## DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

September 15, 2011

**VIA HAND DELIVERY**

Clerk, USDC EDVA
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: I/P Engine, Inc. v. AOL, Inc. et al. 2:11-cv-512-RAJ/FBS

Clerk of the Court:

Enclosed please find three supplemental copies accompanying the patent infringement complaint filed this morning in the above referenced case. Please do not hesitate to contact me if you should have any questions.

Sincerely,

Armands I. Chagnon
Senior Paralegal
(202) 420-3511
chagnona@dicksteinshapiro.com

AIC/aic

Cc: