UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

_____
                                       )
I/P ENGINE, INC.,                      )
                                       )
        Plaintiff,                    )
    v.                                 )    Civil Action No. 2:11-cv-512
                                       )
AOL INC. et al.,                       )
                                       )
        Defendants.                   )
_____)

## JOINT MOTION AND MEMORANDUM IN SUPPORT OF
## JOINT MOTION TO MODIFY SCHEDULING ORDER

Defendants AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation (collectively, the "Defendants"), and Plaintiff, I/P Engine, Inc. ("I/P Engine"), by counsel, for their Joint Motion to Modify the Scheduling Order in this matter, state as follows:

    1.    The parties hereby request modifying the Rule 16(b) Scheduling Order in order to set deadlines for the filing and briefing of certain pretrial motions.

    2.    Except as provided later in this motion, the parties propose the following deadlines for pretrial motions and briefing:

- The parties shall file any Daubert Motion or Motion in Limine (except as such motion(s) relates to Lyle Ungar, Ph.D. ("Dr. Ungar") on or before **Friday, September 21, 2012;**
- The parties shall file any responsive briefs opposing any Daubert Motion or Motion in Limine on or before **Thursday, September 27, 2012;**
- The parties shall file any reply briefs in support of a party's Daubert Motions on or before **Monday, October 1, 2012**, and no reply briefs shall be filed for Motions in Limine;
- The parties will advise the Court of any agreements regarding Motions in Limine on **October 4, 2012.**

3. Plaintiff may file any Daubert challenge to Dr. Ungar, or Motion in Limine directed to Dr. Ungar based solely upon his report and/or testimony from his deposition as follows:

- any Daubert Motion or Motion in Limine relating to Dr. Ungar must be filed on or before **Monday, September 24, 2012;**
- Defendants shall file any responsive briefs opposing such Daubert Motion or Motion in Limine on or before **Monday October 1, 2012;**
- Plaintiff shall serve and file any reply brief in support of such Daubert Motion on or before **Wednesday, October 3, 2012,** and no reply brief shall be filed for any Motion in Limine.

3. Modification of the Scheduling Order as proposed in this motion will streamline the pretrial process and not require adjustment of other dates set forth in the Scheduling Order, including, without limitation, the trial date.

WHEREFORE, the Defendants and I/P Engine request that the Court modify the Rule 16(b) Scheduling Order in accordance with the proposed Agreed Order attached as **Exhibit 1**.

DATED: September 20, 2012

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannet Co., Inc.*

By: */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile: (415) 653-6444

*Counsel for Defendant AOL Inc.*


 */s/ Donald C. Schultz*
Donald C. Schultz
(Virginia Bar No. 30531)
W. Ryan Snow
(Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP

                                        1825 Eye Street NW  
                                        Washington, DC   20006  
                                        Telephone:  (202) 420-2200  
                                        Facsimile:  (202) 420-2201  
                                        sherwoodj@dicksteinshapiro.com  
                                        brothersk@dicksteinshapiro.com  

*Counsel for Plaintiff, I/P Engine, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

                                                                                  */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

11936264v1