UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AOL, INC. et al., )<br>)<br>Defendants. )<br>) | Civ. Action No. 2:11-cv-512 |

**PLAINTIFF I/P ENGINE, INC.'S *DAUBERT* MOTION, AND FOURTH MOTION *IN LIMINE,* TO EXCLUDE LYLE UNGAR'S NEW THEORY OF INVALIDITY AND OPINIONS REGARDING CLAIM CONSTRUCTION**

Pursuant to Federal Rules of Evidence 401 through 403, and 702, Plaintiff I/P Engine, Inc. ("I/P Engine") moves to preclude any evidence of, reference to, or suggestion of Dr. Ungar's late disclosed new invalidity theory based on Culliss, as it was not rightfully or timely disclosed in his expert report. I/P Engine additionally moves to preclude any arguments, opinions or evidence at trial by Dr. Ungar (or any other witness) regarding any claim constructions proposed during the Markman process that were rejected by this Court.

For the reasons set forth in the accompanying Memorandum in Support of Plaintiff I/P Engine, Inc.'s *Daubert* Motion and Fourth Motion *in Limine*, precluding any evidence of, reference to, or suggestion of this invalidity theory and any arguments, opinions or evidence

regarding rejected claim construction arguments is the most effective way to ensure that this irrelevant and prejudicial information is not considered at trial and does not confuse the jury.

Dated: September 24, 2012

By: /s/ Jeffrey K. Sherwood
Donald C. Schultz (Virginia Bar No. 30531)
W. Ryan Snow (Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN PLC
150 West Main Street
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735

Jeffrey K. Sherwood (Virginia Bar No. 19222)
Frank C. Cimino, Jr.
Kenneth W. Brothers
DeAnna Allen
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Counsel for Plaintiff I/P Engine, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2012, the foregoing **PLAINTIFF I/P ENGINE, INC.'S *DAUBERT* MOTION, AND FOURTH MOTION *IN LIMINE,* TO EXCLUDE LYLE UNGAR'S NEW THEORY OF INVALIDITY AND OPINIONS REGARDING CLAIM CONSTRUCTION**, was served via the Court's CM/ECF system, on the following:

Stephen Edward Noona
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com

David Bilsker
David Perlson
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
robert.burns@finnegan.com

Cortney S. Alexander
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
cortney.alexander@finnegan.com

/s/ Jeffrey K. Sherwood