IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
SEP 28 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

I/P ENGINE, INC.

Plaintiff,

v.

Civil Action No. 2:11-cv-512

AOL, INC., et al.,

Defendants.

### ~~■■■■■~~ AGREED ORDER TO MAINTAIN PORTIONS OF DOCUMENTS UNDER SEAL

*see addition to second page*

On this day came Plaintiff I/P Engine, Inc. ("I/P Engine") and Defendants Google Inc. ("Google"), IAC Search & Media, Inc., Target, Corp., and Gannett Co., Inc., ("Defendants"), jointly and by counsel, upon the Notice of Filing of Certain Unsealed and Further Sealed Materials in Response to Order to Show Cause, and, upon consideration of the arguments set forth in the Notice, and for good cause shown, it is

ORDERED that the following document be maintained under seal in full:

**ECF No. 125** – Exhibits 14, 18 and 21 to the Plaintiff's Motion to Seal.

**ECF Nos. 234-41** – Exhibits 9 and 25 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment.

It is further ORDERED that portions of the following documents be maintained under seal in connection with the motions they support:

**ECF No. 115** – Exhibits 15, 16, 17, and 21 to the Plaintiff's Motion to Seal.

**ECF No. 125** – Exhibits 11, 12, 15, and 22 to Plaintiff's Motion to Seal, and I/P Engine's Brief in Opposition to Google, and IAC's Motion to Compel Plaintiff to Supplement Its Infringement Contentions.

**ECF No. 136** – Exhibits AA and BB to Defendants' Motion to Seal, and the Reply Brief in Support of Motion to Compel.

**ECF No. 181** – Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions.

**ECF No. 206** – Exhibits A, B, C, J, K, and the Brief in Support of Defendants' Motion to Compel.

**ECF No. 214** – Exhibits M and N to the Declaration of Emily O'Brien in Support of the Motion to Seal Portions of Defendants Brief in Opposition to Plaintiff's Motion for Discovery Sanctions, and the Brief in Opposition to Plaintiff's Motion for Sanctions.

**ECF Nos. 234-41** – Exhibits 4, 5, 6, 7, 8, 9, 21, 22, 26, 27, 28, 29, and 30 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment, the Declaration of Bartholomew Furrow in Support of Defendants" Motion for Summary Judgment, and the Memorandum in Support of Defendants' Motion for Summary Judgment.

It is further ORDERED that the following documents be unsealed in connection with the motions they support:

**ECF No. 115** – Exhibit 18 to the Plaintiff's Motion to Seal.

**ECF No. 206** – Exhibits H, I, L, M, N, P, Q, R, S, T, and U.

**ECF No. 226** – The Reply Brief in Support of the Motion to Compel.

**ECF Nos. 234-41** – Exhibit 31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment.

Dated: September 28, 2012     Entered: 9/28/2012

F. Bradford Stillman, Magistrate Judge
United States District Court
Eastern District of Virginia

\* The parties are DIRECTED to file their Joint Response to the Orders to Show Cause and non-confidential exhibits, proffered in camera on September 24, 2012, via CM/ECF within five days of the date of this Order.

**WE ASK FOR THIS:**

DATED: September 24, 2012

/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Defendants GOOGLE INC., IAC SEARCH & MEDIA, INC., TARGET CORP., and GANNETT COMPANY, INC.*

/s/ *Donald C. Schultz*

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

*Counsel for Plaintiff I/P Engine, Inc.*