UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. Action No. 2:11-cv-512 |
| ) | |
| AOL INC. et al., ) | |
| ) | |
| Defendants. ) | |

FILED
OCT - 2 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

## AGREED ORDER

On this day came the parties, by counsel, upon their Joint Motion to Modify the Scheduling Order in this matter and, upon consideration of the parties' arguments, and for good cause shown it is ORDERED that:

The Scheduling Order is modified as follows:

1. The Scheduling Order is hereby modified to extend the following briefing deadline by one day:

   - The parties shall file any reply briefs in support of a party's Daubert Motions, *i.e.*, D.N. 319, 327, 340, (except as such motion(s) relate to Lyle H. Ungar ("Dr. Ungar")) on or before **Tuesday, October 2, 2012.**

2. Modification of the Scheduling Order shall not adjust the other dates set forth in the Scheduling Order, including, without limitation, the trial date.

Dated: October 2, 2012

/s/ [signature]
United States Magistrate Judge
United States District Court
Eastern District of Virginia

WE ASK FOR THIS:

Donald C. Schultz
(Virginia Bar No. 30531)
W. Ryan Snow
(Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com

Jeffrey K. Sherwood
(Virginia Bar No. 19222)
Frank C. Cimino, Jr.
Kenneth W. Brothers
Dawn Rudenko Albert
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

*Counsel for Plaintiff I/P Engine, Inc.*

WE ASK FOR THIS:

/s/ Stephen E. Noona

Stephen E. Noona
(Virginia Bar No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169

David Perlson
QUINN EMANUEL URQUHART &
 SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants Google Inc.,
IAC Search & Media, Inc., Gannett Company, Inc.
and Target Corporation*

/s/ Stephen E. Noona

Stephen E. Noona
(Virginia Bar No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile: (415) 653-6444

*Counsel for Defendant AOL Inc.*

3