IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



I/P ENGINE, INC.,

    Plaintiff,

v.               CIVIL ACTION NO.: 2:11-cv-512

AOL, INC., et. al.,

    Defendants.

## ORDER

Before the Court is Defendants' Motion for Summary Judgment (ECF No. 237) pursuant to Rule 56 of the Federal Rules of Civil Procedure. The Court finds that oral argument of this motion will not aid its decisional process. Having carefully reviewed the parties' pleadings, the Court finds that summary judgment is inappropriate at this time as there are genuine issues of material fact in dispute.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**. It is further **ORDERED** that parties engage in settlement discussions before United States Magistrate Judge Lawrence R. Leonard at 10:30 AM on Tuesday, October 9, 2012.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and parties of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
October 3 , 2012

              Raymond A. Jackson
              United States District Judge