## EXHIBIT 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
OCT 9 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| I/P ENGINE, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 2:11-cv-512-RAJ ) |
| AOL, INC., GOOGLE INC., IAC SEARCH & MEDIA, INC., TARGET CORP., and GANNETT CO., INC. | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) |

### [PROPOSED] AGREED ORDER OF DISMISSAL WITH PREJUDICE OF I/P ENGINE'S CLAIMS RELATING TO AOL'S ADVERTISING.COM SPONSORED LISTINGS

On this day, I/P Engine, Inc. and AOL Inc. announced to the Court that they have settled I/P Engine's claims against AOL relating to AOL's Advertising.com Sponsored Listings. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that I/P Engine's claims for relief against AOL relating to AOL's Advertising.com Sponsored Listings are dismissed with prejudice.

**IT IS FURTHER ORDERED** that all attorneys' fee, costs of court and expenses relating to the dismissed claims shall be borne by each party incurring the same.

Dated: August 6, 2012

Entered: 10/9/12

Raymond A. Jackson
United States District Judge
United States District Court
Eastern District of Virginia