# Civil Minutes

Time Set:     9:30 a.m.
Start Time:   9:39 a.m.
End Time:     11:26 a.m.

| | | |
|---|---|---|
| I/P Engine, Inc. | Civil Case Number: | 2:11cv512 |
| ( x ) Plaintiff  ( ) Government | Date: | 10/09/2012 |
| vs. | Presiding Judge: | Lawrence R. Leonard, USMJ |
| | Court Reporter | Sharon Borden, OCR |
| AOL Inc., et al. | Courtroom Deputy: | C. Dodge |
| Defendant(s) | | |

Proceedings:   Matter came on for hearing on plaintiffs two pending motions for sanctions (#277, 282).
Present were Jeffrey Sherwood, W. Ryan Snow, Frank Cimino, Jr. and Kenneth
Brothers present on behalf of the plaintiff and David Bilsker, David Perlson, Steve
Noona and David Nelson present on behalf of the defendants.
Mr. Sherwood argues motion #277 and Mr. Bilsker responds. The Court makes rulings
on the record. Mr. Cimino argues #282 and Mr. Perlson responds. The Court makes
Rulings made on the record.
The Court will enter an order in this matter.
Parties adjourn to participate in a settlement conference in this case and a final
pretrial conference later in the afternoon with Judge Jackson.
Court adjourned.