# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 2:11-cv-512 |
| AOL, INC. et al., | ) ) ) |
| Defendants. | ) ) |

## VERDICT FORM

### INSTRUCTIONS

1. When answering the following questions and filling out this Verdict Form, please follow these directions and the directions provided throughout the form.

2. All questions must be answered, unless the specific instructions for a question indicate the question should not be answered.

3. Your answer to each question must be unanimous.

4. Answer questions 1-6 by writing either "Yes" or "No" in the blank space provided.

5. Answer question 7 by writing the appropriated dollar amount in the blank space provided.

6. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

**I.     INFRINGEMENT**

**Question No. 1 - Infringement by Google**

Has I/P Engine proven, by a preponderance of the evidence, that Google infringed claims 10, 14, 15, 25, 27 or 28 of the '420 patent?

Answer "Yes" or "No" for each claim.

Claim 10: _____

Claim 14: _____

Claim 15: _____

Claim 25: _____

Claim 27: _____

Claim 28: _____

Has I/P Engine proven, by a preponderance of the evidence, that Google infringed claims 1, 5, 6, 21, 22, 26, 28 or 38 of the '664 patent?

Answer "Yes" or "No" for each claim.

Claim 1: _____

Claim 5: _____

Claim 6: _____

Claim 21: _____

Claim 22: _____

Claim 26: _____

Claim 28: _____

Claim 38: _____

If the answer to any of the foregoing in Question 1 is "Yes", then answer the following question:

Has I/P Engine proved, by clear and convincing evidence, that Google willfully infringed the patent claims which you have found to be infringed? Answer "Yes" or "No":

_____

**Question No. 2 - Infringement by AOL**

Has I/P Engine proven, by a preponderance of the evidence, that AOL infringed claims 10, 14, 15, 25, 27 or 28 of the '420 patent?

Answer "Yes" or "No" for each claim.

Claim 10: _____

Claim 14: _____

Claim 15: _____

Claim 25: _____

Claim 27: _____

Claim 28: _____

Has I/P Engine proven, by a preponderance of the evidence, that AOL infringed claims 1, 5, 6, 21, 22, 26, 28 or 38 of the '664 patent?

Answer "Yes" or "No" for each claim.

Claim 1: _____

Claim 5: _____

Claim 6: _____

Claim 21: _____

Claim 22: _____

Claim 26: _____

Claim 28: _____

Claim 38: _____

If the answer to any of the foregoing in question 2 is "Yes", then answer the following question:

Has I/P Engine proved, by clear and convincing evidence, that AOL willfully infringed the patent claims which you have found to be infringed? Answer "Yes" or "No":

_____

**Question No. 3 - Infringement by IAC**

Has I/P Engine proven, by a preponderance of the evidence, that IAC infringed claims 10, 14, 15, 25, 27 or 28 of the '420 patent?

Answer "Yes" or "No" for each claim.

Claim 10: _____

Claim 14: _____

Claim 15: _____

Claim 25: _____

Claim 27: _____

Claim 28: _____

Has I/P Engine proven, by a preponderance of the evidence, that IAC infringed claims 1, 5, 6, 21, 22, 26, 28 or 38 of the '664 patent?

Answer "Yes" or "No" for each claim.

Claim 1: _____

Claim 5: _____

Claim 6: _____

Claim 21: _____

Claim 22: _____

Claim 26: _____

Claim 28: _____

Claim 38: _____

**Question No. 4 - Infringement by Gannett**

Has I/P Engine proven, by a preponderance of the evidence, that Gannett infringed claims 10, 14, 15, 25, 27 or 28 of the '420 patent?

Answer "Yes" or "No" for each claim.

Claim 10: _____

Claim 14: _____

Claim 15: _____

Claim 25: _____

Claim 27: _____

Claim 28: _____

Has I/P Engine proven, by a preponderance of the evidence, that Gannett infringed claims 1, 5, 6, 21, 22, 26, 28 or 38 of the '664 patent?

Answer "Yes" or "No" for each claim.

Claim 1: _____

Claim 5: _____

Claim 6: _____

Claim 21: _____

Claim 22: _____

Claim 26: _____

Claim 28: _____

Claim 38: _____

**Question No. 5 - Infringement by Target**

Has I/P Engine proven, by a preponderance of the evidence, that Target infringed claims 10, 14, 15, 25, 27 or 28 of the '420 patent?

Answer "Yes" or "No" for each claim.

Claim 10: _____

Claim 14: _____

Claim 15: _____

Claim 25: _____

Claim 27: _____

Claim 28: _____

Has I/P Engine proven, by a preponderance of the evidence, that Target infringed claims 1, 5, 6, 21, 22, 26, 28 or 38 of the '664 patent?

Answer "Yes" or "No" for each claim.

Claim 1: _____

Claim 5: _____

Claim 6: _____

Claim 21: _____

Claim 22: _____

Claim 26: _____

Claim 28: _____

Claim 38: _____

## II. **VALIDITY**

### **Question No. 6 - Validity by Defendants**

Have Defendants proven, by clear and convincing evidence, that claims 10, 14, 15, 25, 27 or 28 of the '420 patent are invalid? Answer "Yes" or "No" for each claim as to both Anticipation and Obviousness. A "Yes" for either means that you find the patent to be invalid.

Claim 10: Anticipation _____   Obviousness _____

Claim 14: Anticipation _____   Obviousness _____

Claim 15: Anticipation _____   Obviousness _____

Claim 25: Anticipation _____   Obviousness _____

Claim 27: Anticipation _____   Obviousness _____

Claim 28: Anticipation _____   Obviousness _____

Have Defendants proven, by clear and convincing evidence, that claims 1, 5, 6, 21, 22, 26, 28 or 38 of the '664 patent are invalid? Answer "Yes" or "No" for each claim as to both Anticipation and Obviousness. A "Yes" for either means that you find the patent to be invalid.

Claim 1:  Anticipation _____   Obviousness _____

Claim 5:  Anticipation _____   Obviousness _____

Claim 6:  Anticipation _____   Obviousness _____

Claim 21: Anticipation _____   Obviousness _____

Claim 22: Anticipation _____   Obviousness _____

Claim 26: Anticipation _____   Obviousness _____

Claim 28: Anticipation _____   Obviousness _____

Claim 38: Anticipation _____   Obviousness _____

**III.   DAMAGES**

**Question No. 7 – Damages**

Answer this question only if you have found infringement of at least one claim, and that at least one claim of the patents is valid. To what amount of damages has I/P Engine shown it is entitled for each of the Defendants' past infringement?

Google:    $_____

AOL:      $_____

IAC:      $_____

Target:    $_____

Gannett:   $_____

Please have the foreperson apply today's date, and sign on behalf of the jury.

We, the jury unanimously so find:

_____

Today's date: _____