# EXHIBIT A

Below is a key to the Defendants' Objections.

**Objection Key**

| CODE | OBJECTION |
|---|---|
| A | Argumentative |
| AA | Asked and answered |
| B | Beyond scope of counter-designation |
| BE | Best evidence rule |
| CC | Calls for conclusion |
| CD | Compound |
| DSI | Document speaks for itself |
| ERR | Errata |
| I | Incomplete; incomprehensible |
| IH | Incomplete hypothetical |
| MOT | Subject to the Court's ruling on a pending motion, including with limitation motions *in limine* and *Daubert* motions |
| MT | Misstates prior testimony (mischaracterization) |
| NR | Non-responsive |
| O | Overbroad |
| V | Vague and ambiguous |
| W | Withdrawn |
| 30b6 | Outside of the scope of FRCP 30(b)(6) deposition topics for which witness was designated |
| 103 | Assumes facts not in evidence |
| 104a | Foundation |
| 402 | Relevance |

| | |
|---|---|
| 403 | Unduly prejudicial |
| 408 | Privileged settlement communication |
| 501 | Privileged |
| 602 | Calls for speculation; speculative |
| 611b | Outside of scope of direct examination |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 702 | Improper opinion by expert |
| 802 | Hearsay |
| 901 | Authenticity |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 4 of 19 PageID# 15478

I/P Engine, Inc. v. AOL Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0001 | 6,314,420 Patent | IPE 0002452 - 477 | |
| PX 0002 | 6,775,664 Patent | IPE 0014369 - 395 | |
| PX 0003 | 5,867,799 Patent | IPE 0013581 - 614 | |
| PX 0004 | 6,314,420 File History | IPE 0001912 - 2166 | |
| PX 0005 | 6,775,664 File History | IPE 0002167 - 346 | |
| PX 0006 | 5,867,799 File History | IPE 00013870 - 4188 | |
| PX 0007 | SmartASS Prediction Model | G-IPE-0000567 - 574 | |
| PX 0008 | Smart Ad Selection System | G-IPE-0002076 - 080 | |
| PX 0009 | Ads Quality for CJK | G-IPE-0006684 - 685 | 402, 403 |
| PX 0010 | Life of a Dollar Course Transcript | G-IP E-0008812 -824 | 402, 403, MOT |
| PX 0011 | Ads System Overview | G-IPE-0009726 - 750 | |
| PX 0012 | Ads Quality Overview: Levers | G-IPE-0030593 - 595 | |
| PX 0013 | Google Document Related to SmartASS | G-IPE-0061819 - 820 | |
| PX 0014 | Deli Experiment #1: Wal-Mart Creatives | G-IPE-0063660 - 664 | 402 |
| PX 0015 | Google Document re Exploiting Click Feedback for Content Targeting | G-IPE-0063864 - 868 | 402, 403 |
| PX 0016 | Google Document re Conceptual Orientation | G-IPE-0096923 - 027 | |
| PX 0017 | Relevance Server | G-I PE-0106274 - 277 | |
| PX 0018 | Life of a Dollar Course Transcript | G-IPE-0115894 -899 | 402, 403, MOT |
| PX 0019 | Google Document re Ads Quality | G-IPE-0146084 - 085 | |
| PX 0020 | Ads Quality: SmartASS Models Overview | G-IPE-0146309 - 318 | |
| PX 0021 | About Quality Score | G-IPE-0171129 - 130 | MOT, 402, 403 |
| PX 0022 | Ad Rank Formulas | G-IPE-0171137 - 138 | MOT, 402, 403 |
| PX 0023 | LPQSRE Overview | G-IPE-0191539 - 542 | |
| PX 0024 | 5/8/09 Deposition of Jonathan Alferness | G-IPE-0218379 - 406 | 802, 402 |
| PX 0025 | 8/20/09 Deposition of Jonathan Alferness | G-IPE-0218692 - 753 | 802, 402 |
| PX 0026 | 3/7/11 Deposition of Greg Friedman | G-IPE-0219104 - 219 | 802, 402 |
| PX 0028 | 07-432 Performance Pricing v. Google Rebuttal Expert Report Regarding Damages 11/4/09 | G-IPE-0222193 - 351 | 802, 402, 403 |
| PX 0029 | 07-582 Bid for Position v. AOL et. al. Rebuttal Report of Matthew Lynde Regarding Damages 7/9/08 | G-IPE-0222661 - 720 | 802, 402, 403 |
| PX 0030 | 07-371 Bright Response v. Google Rebuttal Expert Report Regarding Damages 7/22/10 | G-IPE-0222749 - 945 | 802, 402, 403 |
| PX 0031 | Video | G-I PE-0224358 | 402, ,403 |
| PX 0032 | Video | G-I PE-0224360 | 402, 403, 104a, 802 |
| PX 0033 | Video | G-I PE-0224365 | |
| PX 0034 | Video | G-I PE-0224366 | 402, 403, 104a, 802 |
| PX 0035 | Video | G-I PE-0224368 | 402, ,403 |
| PX 0036 | Internet Statistic Compendium: E-Consultancy | G-IPE-0244991 - 5121 | 402, 403, 802, 901 |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 5 of 19 PageID# 15479

I/P Engine, Inc. v. AOL Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0037 | Ads Quality Help Center Content Reorganizations Table of Contents | G-IPE-0247092 - 107 | MOT, 402, 403 |
| PX 0038 | 11/8/06 Email from N. Fox to Ads Quality Team RE: [Adsquality-core] Launched Landing Page Quality Improvement on Google, AFS, and AFC | G-IPE-0247648 | |
| PX 0040 | 12/5/07 Email from C. Bavor to K. Hansen and Adsquality-ps RE: [Adsquality-ps] Change to Quality Score FAQ | G-IPE-0260374 - 376 | MOT, 402, 403 |
| PX 0041 | Title: About Quality Score - Detailed | G-IPE-0263332 - 335 | MOT, 402, 403 |
| PX 0042 | Search Quick Reference | G-IPE-0264611 | MOT, 402, 403 |
| PX 0043 | 2008 AOL Summit | G-IPE-0265514 - 526 | MOT, 402, 403 |
| PX 0044 | 5/9/08 E-mail from F. Vallaeys to N. Fox, A. Bapna, and Ads Quality PS, PM, and PMM RE: Expanded Match Feedback | G-IPE-0267522- 525 | MOT, 402, 403 |
| PX 0045 | 8/21/08 Email from J. Alferness to D. Adair, N. Fox, B. Wharton, et al. RE: FYI- Blog Post: Google AdWords Quality Score Factors Chart | G-IPE-0277078 - 079 | MOT, 402, 403 |
| PX 0046 | 12/14/07 Email from K. Hansen to M.O'Connor Ads Quality-PS, Ads Quality Core, RE: Change to Quality Score FAQ | G-IPE-0260682 - 688 | MOT, 402, 403 |
| PX 0047 | Global Direct Syndication Dashboard 2008-12-29 | G-IPE-0294094 - 105 | 402, 403 |
| PX 0048 | AOL/GOOGLE Partnership Presentation | G-IPE-0302073 - 100 | |
| PX 0049 | 2009 AOL Summit | G-IPE-0306971 - 7024 | 402, 403 |
| PX 0050 | 8/26/09 Email from D. Friedman to Fox et. al. RE: What to say about LPQ | G-IPE-0310824 - 826 | MOT, 402, 403 |
| PX 0051 | Understanding Search Ads Quality Presentation 8/26/08 | G-IPE-0313099 - 112 | MOT, 402, 403 |
| PX 0052 | 6111: How are ads ranked? | G-IPE-0337659 - 660 | MOT, 402, 403 |
| PX 0053 | Q3 Product Monetization Update (Mock-up) November 2006 | G-IPE-0338219 - 274 | 402, 403 |
| PX 0054 | Quality Based Bidding V3 Launch Update Presentation 8/6/08 | G-IPE-0338509 - 517 | |
| PX 0055 | Susan's Extended Staff: Ads Quality Presentation 1/20/09 | G-IPE-0338606 - 651 | MOT, 402, 403 |
| PX 0056 | Q3 Product Monetization Update (Mock-up) November 2006 Presentation | G-IPE-0340604 - 655 | 402, 403 |
| PX 0057 | Untitled Document | G-IPE-0347004 - 063 | 402, 403 |
| PX 0058 | 2005 Weekly Rolling Revenue Forecast - Package Details | G-IPE-0347078 | 402, 403 |
| PX 0059 | 4/09 Weekly Revenue Forecast | G-IPE-0347087 - 108 | 402, 403 |
| PX 0060 | 8/31/11 Email from A. Juda to A. Miller et. al. RE: Notes : Quality Score Updates Kick-off 8/11/11 | G-IPE-0347560 - 564 | MOT, 402, 403 |

I/P Engine, Inc. v. AOL, Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0061 | 2/19/10 Email from D. Shimshowitz to afsg-eng RE: add'l QS questions | G-IPE-0407258 | MOT, 402, 403 |
| PX 0062 | 12/24/03 Email from P. Renaker to Ads Quality Team et. al. RE: Ads Quality: Year-end Update and Upcoming Changes | G-IPE-0476688 - 689 | 402, 403 |
| PX 0063 | 5/24/06 Email from J. Huber to R. Cringley RE: my next column about Google | G-IPE-0483110 - 115 | MOT, 402, 403 |
| PX 0064 | Revenue Force, June 26, 2006 Presentation | G-IPE-0484319 - 386 | MOT, 402, 403 |
| PX 0065 | 11/7/06 Email from N. Fox to E. Schmidt et. al. RE: Launching Ads Landing Page Quality Improvement | G-IPE-0491639 - 640 | 402, 403 |
| PX 0066 | NSC EDU 07 Google Ads Presentation | G-IPE-0507848 - 879 | 402, 403 |
| PX 0067 | Susan Wojcicki NASO Presentation Speaker Notes 6/9/07 | G-IPE-0507880 - 892 | 402, 403 |
| PX 0068 | 11/30/07 Email from R. Ho to eadsqualitycoreteam, content-adstech RE: Launched: Auction Quality Score Improvement | G-IPE-0510443 | 402, 403 |
| PX 0069 | 3/20/08 Email from D. Kisman to B. Balinger et. al. RE: Google's Riches rely on ads, algorithms, and worldwide confusion | G-IPE-0517470 | MOT, 402, 403 |
| PX 0070 | Jeff Huber: Objectives and Key Results Q2 April-June 2008 | G-IPE-0518677 - 696 | 402, 403 |
| PX 0071 | 10/20/08 Email from N. Fox to N. Arora et. al. RE: Heads-up: Three ads quality launches on Monday, Nov 3 | G-IPE-0530395 - 398 | MOT, 402, 403 |
| PX 0072 | 3/09 Weekly Revenue Forecast | G-IPE-0537274 - 295 | 402, 403 |
| PX 0073 | 5/09 Weekly Revenue Forecast | G-IPE-0538962 - 990 | 402, 403 |
| PX 0074 | 7/09 Weekly Revenue Forecast | G-IPE-0539377 - 403 | 402, 403 |
| PX 0075 | 6/8/09 Email from M. Hollendoner to gfm-core RE: Weekly Revenue Update Week 9, Q2 2009 | G-IPE-0539546 - 553 | 402, 403 |
| PX 0076 | 6/09 Weekly Revenue Forecast | G-IPE-0539601 - 624 | 402, 403 |
| PX 0077 | 6/09 Weekly Revenue Forecast (6/24/09) | G-IPE-0540148 - 171 | 402, 403 |
| PX 0078 | 7/09 Weekly Revenue Forecast (7/1/09) | G-IPE-0540551 - 585 | 402, 403 |
| PX 0079 | 7/09 Weekly Revenue Forecast (7/8/09) | G-IPE-0540771 - 815 | 402, 403 |
| PX 0080 | 7/09 Weekly Revenue Forecast (7/15/09) | G-IPE-0540942 - 984 | 402, 403 |
| PX 0081 | 7/09 Weekly Revenue Forecast (7/22/09) | G-IPE-0541199 - 240 | 402, 403 |
| PX 0082 | The OC 7/27/09 | G-IPE-0541253 - 286 | 402, 403 |
| PX 0083 | 7/09 Weekly Revenue Forecast (7/29/09) | G-IPE-0541635 - 677 | 402, 403 |
| PX 0084 | 8/09 Weekly Revenue Forecast (8/5/09) | G-IPE-0541717 - 761 | 402, 403 |
| PX 0085 | 8/09 Weekly Revenue Forecast (8/12/09) | G-IPE-0541850 - 888 | 402, 403 |
| PX 0086 | 8/09 Weekly Revenue Forecast (8/19/09) | G-IPE-0541988 - 2027 | 402, 403 |
| PX 0087 | 8/09 Weekly Revenue Forecast (8/26/09) | G-IPE-0542282 - 322 | 402, 403 |

3

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 7 of 19 PageID# 15481

I/P Engine, Inc. v. AOL Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0088 | 1/23/11 Email from V. Subramanya to Industryinfo RE: Register: That's Schmidt: So long to the Google Chief who wasn't | G-IPE-0554456 - 460 | 402, 403, 901 |
| PX 0089 | December Revenue Force Meeting 12/15/04 | G-IPE-0561465 - 501 | 402, 403 |
| PX 0090 | 7/26/06 Email from N. Fox to adsquality-leads et. al. RE: Upcoming Ads Quality Launches | G-IPE-0591639 - 640 | |
| PX 0091 | 8/8/06 Email from J. Alferness to D. Thacker et. al. RE: AdRank | G-IPE-0605010 - 011 | MOT, 402, 403 |
| PX 0092 | What Does the Ads Quality Team Do? Presentation | G-IPE-0630634 - 654 | |
| PX 0093 | 9/20/08 Email from M. Suzuki to J. Huber et. al. RE: Launching QBBv3 | G-IPE-0694062 - 063 | |
| PX 0094 | 5/8/07 Email from D. Girouard to J. Rosenberg RE: Final Strategy Presentation and speaker notes | G-IPE-0747407 - 422 | MOT, 402, 403 |
| PX 0095 | Extreme Data Mining: The Google Adwords and Adsense Machine Learning Infrastructure | G-IPE-0753936 - 999 | |
| PX 0096 | Update on Ads Quality Monetization | G-IPE-0767210 - 212 | |
| PX 0097 | Tripod: The Google Business Model Presentation 2/1/04 | G-IPE-0796938 - 971 | |
| PX 0098 | 2008 Google Ads Narratives | G-IPE-0803345 - 346 | MOT, 402, 403 |
| PX 0099 | 1/9/06 Email from G. Shubina to N. Fox et. al. RE: LP Q1 | G-IPE-0820298 - 299 | |
| PX 0100 | Google Annual Report 2006 | G-IPE-0865258 - 385 | 402, 403 |
| PX 0101 | 6/1/10 Twenty Eighth Amendment to Amended and Restated Interactive Marketing Agreement between Google and AOL | G-IPE-0868084 - 085 | |
| PX 0102 | 10/1/03 Amended and Restated Interactive Marketing Agreement between Google and AOL | G-IPE-0868328 - 400 | |
| PX 0103 | Google AdSense Help | IPE 0000001 - 010 | |
| PX 0104 | Chang, F. Bigtable: A Distributed Storage System for Structured Data | IPE 0000011 - 024 | |
| PX 0105 | Google Corporate Information - Technology Overview | IPE 0000025-030 | |
| PX 0106 | Google AdWords Help | IPE 0000031 | MOT, 402, 403 |
| PX 0107 | Google Advertising Programs | IPE 0000045 | MOT, 402, 403 |
| PX 0108 | Google Search - Grill | IPE 0000051 - 052 | 901 |
| PX 0109 | Google Search - Grill (2) | IPE 0000053 | 901 |
| PX 0110 | Google AdWords Help - Where will my ads appear | IPE 0000054 - 057 | MOT, 402, 403 |
| PX 0111 | Google Learning Center - AdWords Help | IPE 0000058 - 060 | MOT, 402, 403 |
| PX 0112 | Google Learning Center - AdWords Help (2) | IPE 0000063 | MOT, 402, 403 |
| PX 0113 | Google Blog - Using data to help prevent fraud 3/18/08 | IPE 0000064 | MOT, 402, 403 |
| PX 0114 | Google AdWords Help - Google Search Network | IPE 0000065 | MOT, 402, 403 |
| PX 0115 | Google AdWords Help - Why does AdWords visit my ad's landing page? | IPE 0000066 - 067 | MOT, 402, 403 |
| PX 0116 | Google Search - Grill | IPE 0000068 - 069 | |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 8 of 19 PageID# 15482

I/P Engine, Inc. v. AOL Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0117 | Varian Video Clip | IPE 0000073 | MOT, 402, 403 |
| PX 0118 | 9/14/11 Smart Search Labs, Inc. Patent Assignment | IPE 0021608-611 | |
| PX 0119 | AdSense Google Services Order Form - Target | TAR-IPE-0000186 - 205 | |
| PX 0120 | WiseWire Emprical Media Product Brochure | LANG 0000909 - 912 | 802, 402, 403, 901 |
| PX 0121 | US Patent 6,314,420 Assignment History | IPE 0005233 - 238 | . |
| PX 0122 | Kosak - Lycos Nondisclosure and Developments Agreement | LYCOS 0000120 - 134 | |
| PX 0123 | Lang - Lycos Nondisclosure and Developments Agreement | LYCOS 0000148 - 154 | |
| PX 0124 | WiseWire Management Team Bios | LANG 0003856 - 857 | 402, 802, 901 |
| PX 0125 | NewsWeeder: Learning to Filer Netnews | LANG 0007456 - 469 | 402, 802, 901 |
| PX 0126 | WiseWire Corporation - Presentation | IPEL 0000315 - 322 | 402, 802, 901 |
| PX 0127 | Google - Our History In Depth | IPE 0022804 - 840 | |
| PX 0128 | News from Google: Google Launches Self-Service Advertising Program | IPE 0022841 - 843 | |
| PX 0129 | News from Google: Google Introduces New Pricing for Popular Self-Service Online Advertising Program | IPE 0022845 - 847 | |
| PX 0130 | Google - Inside AdWords - Quality Score Improvements 8/21/08 | IPE 0022851 - 854 | MOT, 402, 403 |
| PX 0131 | Google Mobile Blog - Calling all Carriers -- Introducing AdSense for Mobile Serach | IPE 0022866 - 869 | |
| PX 0132 | Google - Using Keyword Matching Options | IPE 0022870 - 874 | |
| PX 0133 | AOL News Release: AOL Launches Search Marketplace | IPE 0022878 - 879 | |
| PX 0135 | Becker Report Ex. 1 | | 402, 403, 702, 802, 901 |
| PX 0136 | Becker Report Ex. 2 | | 402, 403, 702, 802, 901 |
| PX 0137 | Becker Report Ex. 3 | | 402, 403, 702, 802, 901 |
| PX 0138 | Becker Report Ex. 4 | | 402, 403, 702, 802, 901 |
| PX 0139 | Becker Report Ex. 5 | | 402, 403, 702, 802, 901 |
| PX 0140 | Becker Report Ex. 6 | | 402, 403, 702, 802, 901 |
| PX 0141 | Becker Report Ex. 7 | | 402, 403, 702, 802, 901 |
| PX 0142 | Becker Report Ex. 8 | | 402, 403, 702, 802, 901 |
| PX 0143 | Becker Report Ex. 9 | | 402, 403, 702, 802, 901 |
| PX 0144 | Becker Report Ex. 10 | | 402, 403, 702, 802, 901 |
| PX 0145 | Becker Report Ex. 11 | | 402, 403, 702, 802, 901 |
| PX 0146 | Becker Report Ex. 12 | | 402, 403, 702, 802, 901 |
| PX 0147 | Becker Report Ex. 13 | | 402, 403, 702, 802, 901 |
| PX 0148 | Becker Report Ex. 14 | | 402, 403, 702, 802, 901 |
| PX 0149 | Becker Report Ex. 15 | | 402, 403, 702, 802, 901 |
| PX 0150 | Becker Report Ex. 16 | | 402, 403, 702, 802, 901 |
| PX 0151 | Becker Report Ex. 17 | | 402, 403, 702, 802, 901 |
| PX 0152 | Becker Report Ex. 18 | | 402, 403, 702, 802, 901 |
| PX 0153 | 10/15/08 Email from D. Adair to H. Varian RE: Please review: Quality Score Blog Post | G-IPE-0805908 - 919 | MOT, 402, 403 |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 9 of 19 PageID# 15483

I/P Engine, Inc. v. AOL Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0154 | 8/31/06 Email from N. Fox to R. Srikant et al. | G-IPE-0487393 - 396 | 402, 403 |
| PX 0155 | 8/15/08 Email from M. O'Connor to N. Fox et. al. RE: QBB v3 FAQs Need Review by EOD Monday | G-IPE-0276335 - 359 | MOT, 402, 403 |
| PX 0156 | 8/14/08 Email from M. O'Connor to N. Fox et. al. RE: QBB v3 FAQs Need Review by EOD Monday | G-IPE-0274437 - 458 | MOT, 402, 403 |
| PX 0157 | 10/31/06 Email from M. Shim to N. Fox et. al. RE: question for 10-q | G-IPE-0247527 - 530 | |
| PX 0158 | 6/26/06 Email from J. Huber to G. Badros RE: June Rev Force - draft deck | G-IPE-0484317 - 318 | 402, 403 |
| PX 0159 | Integrating CPA Ads into the AFC Auction | G-IPE-0057145 - 148 | 402, 403 |
| PX 0160 | Ads Stack Filtering and Generation | G-IPE-0085911 | |
| PX 0161 | Ads Retrieval With User's Previous Query | G-IPE-0030653 - 657 | |
| PX 0162 | 10/9/08 Email from H. Varian to A. Najmi et. al. RE: Please review: Quality Score Blog Post | G-IPE-0805665 - 673 | MOT, 402, 403 |
| PX 0163 | Goowiki Stats | G-IPE-0069621 - 625 | |
| PX 0164 | Q3 '06 Products - Earnings Call Insights Document | G-IPE-0248210 - 241 | 402, 403 |
| PX 0165 | Google 10K 2005 | IPE 0008969 - 9179 | 402, 403 |
| PX 0166 | Google 10K 2006 | IPE 0009180 - 388 | 402, 403 |
| PX 0167 | Google 10K 2007 | IPE 0009389 - 504 | 402, 403 |
| PX 0168 | Google 10K 2008 | IPE 0009505 - 620 | 402, 403 |
| PX 0169 | Google 10K 2009 | IPE 0009621 - 777 | 402, 403 |
| PX 0170 | Google 10K 2011 | IPE 0026310 - 410 | 402, 403 |
| PX 0171 | Google Annual Report 2006 | IPE 0017486 - 608 | 402, 403 |
| PX 0172 | Google Annual Report 2007 | IPE 0014554 - 673 | 402, 403 |
| PX 0173 | Google Annual Report 2010 | IPE 0017609 - 714 | 402, 403 |
| PX 0174 | Google Ads Quality Update Presentation 12/15/04 | G-IPE-0882352 -374 | 402 |
| PX 0175 | Google Ads Quality Dial Presentation 7/13/04 | G-IPE-0882375 - 395 | 402, 403 |
| PX 0176 | Google Inside AdWords - Answers to your keyword state questions 7/18/05 | G-IPE-0888219 - 220 | |
| PX 0177 | Video | G-IPE-0224339 | |
| PX 0178 | 10/9/08 Email from H. Varian to D. Adair et. al. RE: Please review: Quality Score Blog Post | G-IPE-0805696 - 703 | MOT, 402, 403 |
| PX 0180 | 6,269,361 Patent | G-IPE-0890238 - 267 | 402, 403 |
| PX 0181 | Google Inside AdWords - The next generation of keyword evaluation | IPE 0022848 – 850 | |
| PX 0182 | Google AdSense at a glance | IPE 0022861 - 863 | |
| PX 0183 | Video | G-I PE-0224364 | MOT, 402, 403 |
| PX 0184 | Marchex - Overture License Agreement | YAHOO-000119 - 127 | 402, 403, 901, 802 |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 10 of 19 PageID# 15484

I/P Engine, Inc. v. AOL Inc., et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0185 | 3/1/05 Yahoo - eXact Advertising License Agreement | YAHOO-000035 - 040 | 402, 403, 901, 802 |
| PX 0186 | Yahoo - Google - Overture Patent License Agreement and Covenant Not to Sue | YAHOO-000072 - 083 | 402, 403 |
| PX 0187 | Ads Quality FAQ | G-IPE-0030534 - 541 | MOT, 402, 403 |
| PX 0188 | AFSQ Glossary | G-IPE-0086216 - 217 | MOT, 402, 403 |
| PX 0189 | Google Strategy - Now the Fun Really Begins 9/04 (Draft 1) | G-IPE-0480296 - 330 | |
| PX 0190 | Google Strategy - Now the Fun Really Begins 9/04 (Draft 2) | G-IPE-0480336 - 375 | |
| PX 0191 | Varian Video Clip | IPE 0000070 | MOT, 402, 403 |
| PX 0192 | Varian Video Clip | IPE 0000071 | MOT, 402, 403 |
| PX 0193 | Varian Video Clip | IPE 0000072 | MOT, 402, 403 |
| PX 0194 | Varian Video Clip | IPE 0000074 | MOT, 402, 403 |
| PX 0195 | Varian Video Clip | IPE 0000075 | MOT, 402, 403 |
| PX 0196 | Varian Video Clip | IPE 0000076 | MOT, 402, 403 |
| PX 0197 | Varian Video Clip | IPE 0000077 | MOT, 402, 403 |
| PX 0198 | Varian Video Clip | IPE 0000078 | MOT, 402, 403 |
| PX 0199 | Video | IPE 0032908 | 402 |
| PX 0200 | Video | IPE 0032909 | |
| PX 0201 | Video | IPE 0032910 | MOT, 402, 403 |
| PX 0202 | Video | IPE 0032911 | MOT, 402, 403 |
| PX 0203 | Video | IPE 0032913 | |
| PX 0204 | Video | IPE 0032914 | MOT, 402, 403 |
| PX 0205 | Adswords Backend Test Engineering | G-IPE-0115979 - 991 | |
| PX 0206 | Source code | S-G-IPE-0000001 - 150 | |
| PX 0207 | AFS/WS Update aGPS 8/07 Presentation | G-IPE-0257202 - 236 | MOT, 402, 403 |
| PX 0208 | Search Ads Quality Presentation 9/21 /07 | G-IPE-0257719 - 746 | 402, 403 |
| PX 0209 | 12/12/08 Email from V. Goel to M. Liu et. al. | G-IPE-0293241 - 244 | |
| PX 0211 | Emails re: declining clickiness | G-IPE-0876937-41 | MOT, 402, 403 |
| PX 0212 | AFS Sum of Total TAC Q1 2004 through Q2 2012 | G-IPE-0867413 | 402, 403 |
| PX 0214 | 10/18/10 Deposition of Karthik Gopalratnam | G-IPE-0218449 - 564 | 802, 402 |
| PX 0215 | Varian Video Clip | G-IPE-0892254 | MOT, 402, 403 |
| PX 0216 | Machine Learning of User Interests for Newsgroup Filtering | LANG 0007057 - 075 | 402, 403, 802, 901 |
| PX 0217 | NewsWeeder II: Adaptive Information Filtering Technology for the Internet 9/1/95 | IPEL 0000866 - 883 | 402, 403, 802, 901 |
| PX 0218 | Investor Summary of Empirical Media Corporation 12/21/95 | IPEL 0000055 - 073 | 402, 403, 802, 901 |
| PX 0219 | Empirical Media Corporation v2.1 Presentation | LANG 0000972 - 981 | 402, 403, 802, 901 |
| PX 0220 | Q1 2009 - Monetization Dashboard Executive Summary | G-IPE-0302699 - 709 | 402, 403 |
| PX 0221 | Q2 2009 - Monetization Dashboard Executive Summary | G-IPE-0306929 - 940 | 402, 403 |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 11 of 19 PageID# 15485

I/P Engine, Inc. v. AOL, Inc., et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0222 | Q3 2009 - Monetization Dashboard Executive Summary | G-IPE-0312439 - 450 | 402, 403 |
| PX 0223 | Q1 2007 Product Monetization Update | G-IPE-0499897 - 945 | 402, 403 |
| PX 0224 | 2005 Google Products Revenue Summary 3/2/05 - 4/20/05 | G-IPE-0563814 | 402, 403 |
| PX 0225 | Q3 2007 Product Monetization Update | G-IPE-0508752 - 814 | 402, 403 |
| PX 0226 | Google 10K 2004 | IPE 0026953- 7064.pdf | 402, 403 |
| PX 0227 | Source Code | S-G-IPE-0000151 - 229 | |
| PX 0228 | Google Ads Quality; Overview Document | G-IPE-0223566 - 599 | |
| PX 0229 | "The Life of a Dollar" A talk for Nooglers about Google's Ad System | G-IPE-0008829 - 884 | MOT, 402, 403 |
| PX 0230 | Google Services Agreement | G-IPE-0868476 - 498 | |
| PX 0231 | Product Communications Plan Landing Page Quality | G-IPE-0241639 - 642 | MOT, 402, 403 |
| PX 0232 | Google AdWords Help Document | IPE 0000061 - 62 | MOT, 402, 403 |
| PX 0233 | Google Quality Score Document | Alferness 6 | MOT, 402, 403 |
| PX 0234 | 7/7/09 Email From D. Gilly to L. Wong et. al. RE: where does relevance score come from? | G-IPE-0398399 - 400 | |
| PX 0235 | 11/25/10 Email from J. Schonberg to J. Diorio et. al. RE: What goes into quality score? | G-IPE-0331216 - 217 | |
| PX 0236 | Confidential Interactive Marketing Agreement | AOL-01167773 - 855 | |
| PX 0237 | 2009 AOL Summit | G-IPE-0307573 - 642 | 402, 403 |
| PX 0238 | AOL/Google Partnership "Good to Know" Document | G-IPE-0307568 - 569 | 402, 403 |
| PX 0239 | Google Ads Quality: From A - Z in 16 Chapters | G-IPE-0261638 - 763 | |
| PX 0240 | Google Goowiki Ads Landing Page Quality Phase 2 | G-IPE-0171696 - 703 | |
| PX 0241 | Google Using Keyword Matching Options | Alferness 14 | MOT, 402, 403 |
| PX 0242 | IAC Google Services Agreement | G-IPE-0868541 - 619 | |
| PX 0243 | Amendment Number Four to the Google Services Agreement | G-IPE-0868506 - 520 | |
| PX 0244 | Google Services Agreement Order Form | G-IPE-0868652 - 671 | |
| PX 0245 | Suum of Total TAC Document | Alferness 18 | 402, 403 |
| PX 0246 | 10/8/08 Email from H. Varian to D. Adair et. al. RE: quality score blog post | G-IPE-0805641 - 647 | MOT, 402, 403 |
| PX 0247 | Product Communications Plan QBB Document | G-IPE-0239388 - 394 | MOT, 402, 403 |
| PX 0248 | Q4 Product Insights Executive Summary | G-IPE-0261960 - 2042 | MOT, 402, 403 |
| PX 0249 | 2008 Google Ads Narratives | G-IPE-0264232 - 233 | MOT, 402, 403 |
| PX 0250 | Telus - Google Presentation | G-IPE-0247481 - 520 | MOT, 402, 403 |
| PX 0251 | Building Our Partnership Presentation | G-IPE-0259370 - 410 | MOT, 402, 403 |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 12 of 19 PageID# 5486

I/P Engine, Inc. v. AOL, Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0253 | Ads Quality: Overview of Relevance in Landing Pages Printout | G-IPE-0146625 - 628 | |
| PX 0254 | Ads Quality: Launch Guidelines | G-IPE-0009846 - 9851 | |
| PX 0255 | Google 10/3/11 Document by Derek Cook, David Arthur | G-IPE-0011467 - 471 | |
| PX 0256 | 10/29/08 Email from V. Wagle to S. Ramaswamy et. al. | G-IPE-0371647 - 648 | |
| PX 0257 | USAToday.com - Google Services Agreement | GAN-IPE-0000001 - 023 | |
| PX 0258 | Amendment Three to Google Services Agreement | GAN-IPE-0000025 | |
| PX 0259 | Amended Eight to Google Services Agreement | GAN-IPE-0000024 | |
| PX 0260 | Google Services Agreement | TAR-IPE-0000206-11 | |
| PX 0261 | Google Services Agreement Order Form | TAR-IPE-0000166-85 | |
| PX 0262 | Amendment One to Google Google Order Form and Google Services Agreement | TAR-IPE-0000114-5 | |
| PX 0263 | Amendment Two to Google Order Form and Google Services Agreement | TAR-IPE-0000056-7 | |
| PX 0264 | Target/Google Q&A | TAR-IPE-0000232-34 | |
| PX 0265 | Google Workflow Chart | TAR-IPE-0000213 | |
| PX 0266 | Google AdSense for Search Protocol Overview | TAR-IPE-0000222-228 | MOT, 402, 403 |
| PX 0267 | AFS Javascript Protocol Overview | TAR-IPE-0000218-221 | |
| PX 0268 | AFS Javascript Protocol Reference | TAR-IPE-0000058-105 | |
| PX 0269 | AdSense Pre-sales Technical Discussion | TAR-IPE-0000116-129 | |
| PX 0270 | Ad Syndication Status | TAR-IPE-0000289-294 | 402, 403 |
| PX 0271 | DVM External Media | TAR-IPE-0000335-365 | |
| PX 0272 | Google AdSense Branding Guidelines | TAR-IPE-0000235-237 | |
| PX 0273 | "Company, Unit, Account, Department, Product, etc." | IAC-IPE-0052332 | 402, 403 |
| PX 0275 | Amendment One to Google Services Agreement | G-IPE-0868528 - 540 | |
| PX 0276 | Amendment Two to Google Services Agreement | G-IPE-0868526 - 527 | |
| PX 0277 | Amendment Three to Google Services Agreement | G-IPE-0868521 - 525 | |
| PX 0279 | AdWords, AdSense for Search, AdSense for Mobile Search Revenue - As Reported in Google's Quarterly Reporting | G-IPE-0218431 - 448 | 402, 403 |
| PX 0280 | AFS Direct and Online Revenue 1/05 - 7/05 | G-IPE-0218778 - 781 | 402, 403 |
| PX 0281 | Q4 2008 Monetization Dashboard | G-IPE-0306419 - 429 | 402, 403 |
| PX 0282 | Q4 2006 Product Monetization | G-IPE-0495109 - 168 | 402, 403 |
| PX 0283 | 2011 Sum of Revenue, Product Area; Advertising - PA; Product Group; AFS/D/E-PG | G-IPE-0867397 | 402, 403 |

Case 2:11-cv-00512-RAJ-TEM   Document 719-1   Filed 10/15/12   Page 13 of 19 PageID# 15487

I/P Engine, Inc. v. AOL, et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0284 | 2012 Sum of Revenue, Product Area; Advertising - PA; Product Group; AFS/D/E-PG | G-IPE-0867398 | 402, 403 |
| PX 0285 | 2011 Sum of Revenue, Product Area; Advertising - PA; Product Group; AFS/D/E-PG | G-IPE-0867399 | 402, 403 |
| PX 0286 | 2012 Sum of Revenue, Product Area; Advertising - PA; Product Group; AFS/D/E-PG | G-IPE-0867400 | 402, 403 |
| PX 0287 | Product P&L - 2009 through Q1 2011; FY 2009; Roll-up, Search | G-IPE-0867401 - 403 | 402, 403 |
| PX 0288 | Product P&L - 2009 through Q2 2011; FY 2009; Roll-up, Search | G-IPE-0867404 - 406 | 402, 403 |
| PX 0289 | Product P&L - 2009 through Q2 2011; FY 2010; Roll-up, Search | G-IPE-0867407 - 409 | 402, 403 |
| PX 0290 | Google, 2006 Weekly Rolling Revenue Forecast | G-IPE-0347066 - 077 | 402, 403 |
| PX 0291 | Form 10-K, Google, Inc. 12/31/10 | IPE 0009778 - 10032 | 402, 403 |
| PX 0292 | Ask.com Implementaion, Prepared by Product Management 6/2005 | IAC-IPE-0013475 - 484 | 402, 403 |
| PX 0293 | Market Analytics | IAC-IPE-0014707 - 726 | 402, 403, 802 |
| PX 0294 | Google AFS & AFC Flow | IAC-IPE-0000555 - 560 | |
| PX 0295 | Auction and Ranking Feature Comparison | IAC-IPE-0000583 | 104a, 402, 403, 802 |
| PX 0296 | Google, Inc. AdWords Program Terms | IAC-IPE-0015244 | |
| PX 0297 | Syndication Agreement | IAC-IPE-0022484 - 516 | |
| PX 0298 | Email thread: Google Delta API Specs (Hogan to Denery and Tian) | IAC-IPE-0022384 - 385 | |
| PX 0299 | Email thread: Google CTR Drop - other product and data questions (Brinton to Sheppard et. Al.) | IAC-IPE-0020534 - 538 | 402, 403 |
| PX 0300 | Email thread: SEM keyword categories that perform well on Google from an ROI Perpsective (Kim to Rao and McCann) | IAC-IPE-0022752 - 755 | |
| PX 0301 | Ask Business Deep Dive Presentation | IAC-IPE-0022550-576 | MOT, 402, 403 |
| PX 0302 | Marketing and Advertising Using Google - Targeting Your Advertising to the Right Audience | AOL-01202750 - 905 | MOT, 402, 403 |
| PX 0303 | AOL Search Marketplace Overview Presentation | AOL-00325938 - 961 | |
| PX 0304 | 3/12/10 Email from J. Meyers to P. Erickson RE: Forbes Sponsored Listing Followup | AOL-00726137 - 144 | |
| PX 0305 | 6/13/08 Email from G. Guillermo to J. Dombrow RE: One More Excel Grid: IMPT: AOL Information Required / Next Steps for - -ATT Wireless / Wirelines Search Marketplace and Trade Mark Layer Campaign | AOL-00744396 - 408 | |
| PX 0306 | 2/9/10 Email from B. Baynes to J. Luk et. al. RE: Quality Score FAQs for Marketplace Advertisers | AOL-00759708 -713 | MOT, 402, 403 |
| PX 0307 | AOL Search Marketplace Presentation 8/13/06 | AOL-01083412 - 450 | MOT, 402, 403 |
| PX 0308 | AOL Search Sales Training 1/07 | AOL-01083490 - 510 | 104a, 402, 403, MOT |

Case 2:11-cv-00512-RAJ-TEM   Document 719-1   Filed 10/15/12   Page 14 of 19 PageID# 15488

I/P Engine, Inc. v. AOL, Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0309 | 8/26/08 Email from G. Guillermo to B. Wright RE: AOL Search | AOL-01128580 - 582 | |
| PX 0310 | AOL/Google Summit - Executive Summary of Key Next Steps and Owners | AOL-01179731 -740 | 402, 403 |
| PX 0311 | Google WebSearch and AdSense for Search Protocol Reference 3/2/06 | AOL-01179979 -80064 | |
| PX 0312 | SL Differences between AOL sites, Google & Ask | AOL-01180460 - 463 | 104a, 402, 403, MOT, 802 |
| PX 0313 | Smart Ads Launch Presentation | AOL-01184699 - 703 | 104a, 402, 403 |
| PX 0314 | 4/1/10 Email from M. Iwata to R. Hickernell et. al. RE: Tuning exact-match disabling | AOL-01184628 -632 | MOT, 402, 403 |
| PX 0315 | 12/10/10 Email from R. Hickernell to G. Guillermo et. al. RE: TML - Grandfathered account wishlist | AOL-01204668 -673 | 104a, 802 |
| PX 0316 | 3/16/11 Email from R. Hickernell to J. Luk et. al. RE: Price Quotes | AOL-01209573 - 582 | 104a, 402, 403, MOT |
| PX 0318 | 10/1/03 AOL - Google Amended and Restated Interactive Marketing Agreement | AOL-01167873 -961 | |
| PX 0319 | 3/24/06 AOL - Google Marketplace Agreement | AOL-01085437 - 484 | |
| PX 0320 | 3/24/06 AOL - Google Amendment Number One to the Marketplace Agreement | AOL-01181664 -667 | |
| PX 0321 | AOL Google Services Agreement Order Form | AOL-01179509 - 564 | |
| PX 0322 | 3/24/06 AOL - Google Tenth Amendment to Amended and Restated Interactive Marketing Agreement | AOL-01082856 - 884 | |
| PX 0323 | Draft November 12, 2009 | AOL-01022636 - 666 | 402, 403 |
| PX 0324 | 2/26/08 Email from J. Meyer to D. Sasson et. al. RE: Status Update: Quigo Integration | AOL-00015427 - 429 | |
| PX 0325 | Fiscal Year 04 Search Actuals | AOL-01222550 - 569 | 402, 403 |
| PX 0326 | AOL AFS AdSense for Search Summary | AOL-01083774 - 816 | 402, 403 |
| PX 0327 | 8 Quarter Trend Management P&L: AOL Reported | AOL-01067088 - 448 | 402, 403 |
| PX 0328 | AOL / Google Partnership Presentation 7/14/09 | AOL-01182873 - 902 | 402, 403 |
| PX 0329 | AOL Search Marketplace P&L Q1 '07 to Q3 '08 | AOL-01085159 - 172 | 402, 403 |
| PX 0330 | Source Code | SC-G-IPE 1 - 4 | |
| PX 0331 | Source Code | SC-G-IPE 5 - 14 | |
| PX 0332 | Source Code | SC-G-IPE 15 - 32 | |
| PX 0333 | Source Code | SC-G-IPE 73 - 96 | |
| PX 0335 | Google Source Code Document re Templates | G-IPE-0011481 - 484 | |
| PX 0336 | SmartASS (Smart Ad Selection System) Presentation | G-IPE-0426023 - 060 | 104a, 802, 402, 403, |
| PX 0337 | Smartass pCTR Model Reliability Design | G-IPE-0018963 - 968 | |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 15 of 19 PageID# 15489

I/P Engine, Inc. v. AOL, Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0338 | Quality Score - AdWords Help | IPE 0022875 - 877 | MOT, 402, 403 |
| PX 0340 | Engaged Browsing Agreement | GAN-IPE-0000061 - 068 | 402 |
| PX 0347 | 3/18/08 Email from S. Shannon to ads-quality-team@google.com RE: Ads Quality Onsite Notes | G-IPE-0359299 - 308 | |
| PX 0349 | Google Ads Quality Explained, S ES. | G-IPE-0739730 - 749 | MOT, 402, 403 |
| PX 0351 | Disclosure Schedule to the Merger Agreement by and Among Lycos, Inc. Wise Acquisition Corp., and WiseWire Corporation 4/30/98 | LYCOS 0000246 - 321 | |
| PX 0355 | Source Code | SC-G-IPE 33 - 52 | |
| PX 0356 | Source Code | SC-G-IPE 53 - 72 | |
| PX 0357 | An AdWords Help Page | G-IPE-0171132 - 133 | MOT, 402, 403 |
| PX 0362 | Defining Ads Quality at Google | G-IPE-0260180 - 186 | MOT, 402, 403 |
| PX 0364 | Hal Varian Video | IPE 0000079 | MOT, 402, 403 |
| PX 0365 | Nick Fox Interview Video | IPE 0032912 | MOT, 402, 403 |
| PX 0366 | Email String | AOL-01159964 - 967 | 402, 403, 802, 901, MOT |
| PX 0368 | Ads Quality Dial | G-IPE-0817065 - 085 | MOT, 402, 403 |
| PX 0369 | Email String | G-IPE-0805674 - 683 | MOT, 402, 403 |
| PX 0371 | Confidential Settlement Agreement and Release, Yahoo, Inc. Overture Services, Inc. and Google, Inc. 8/9/04 | G-IPE-0220601 - 637 | |
| PX 0372 | Overture License Agreement 6/29/05 | LYCOS 0000912 - 937 | |
| PX 0373 | Defendant Google Inc.'s Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |
| PX 0374 | Defendant Google Inc.'s First Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Nos. 2-10) | | |
| PX 0375 | Defendant Google, Inc.'s Second Supplemental Objections and Responses to Interrogatory Nos. 6-7 of Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 16 of 19 PageID# 15490

I/P Engine, Inc. v. AOL Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0376 | Defendant Google Inc.'s Third Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Interrogatory No. 8) | | |
| PX 0377 | Defendant Google, Inc.'s Third Supplemental Objections and Reponses to Interrogatory Nos. 6-7 of Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |
| PX 0378 | Defendant Google Inc.'s Fifth Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (No. 9) | | |
| PX 0379 | Defendant Google Inc.'s Sixth Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Nos. 5-8) | | |
| PX 0380 | Google Inc.'s Responses to Plaintiff I/P Engine, Inc.'s Second Set of Interrogatories | | |
| PX 0381 | Google Inc.'s Supplemental Responses to Plaintiff I/P Engine, Inc.'s Second Set of Interrogatories | | |
| PX 0382 | Defendant Google Inc.'s Responses to Plaintiff I/P Engine, Inc.'s Third Set of Interrogatories | | |
| PX 0383 | Defendant Google Inc.'s Objections and Responses to Plaintiff I/P Engine, Inc.'s Fourth Set of Interrogatories | | 402, 403 |
| PX 0384 | Defendant Google Inc.'s First Supplemental Response to Plaintiff I/P Engine, Inc.'s Fourth Set of Interrogatories | | 402, 403 |
| PX 0385 | Defendant Google Inc.'s Second Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s Fourth Set of Interrogatories (No. 17) | | |
| PX 0386 | Defendant Google Inc.'s Objections and Responses to Plaintiff I/P Engine, Inc.'s Fifth Set of Interrogatories | | |
| PX 0387 | Defendant AOL Inc.'s Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |
| PX 0388 | Defendant AOL Inc.'s First Supplemental Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |
| PX 0389 | Defendant AOL Inc.'s Second Supplemental Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |
| PX 0390 | Defendant AOL Inc.'s Third Supplemental Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 17 of 19 PageID# 16491

I/P Engine, Inc. v. AOL Inc. et al. Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0391 | Defendant Gannett Co., Inc.'s Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |
| PX 0392 | Defendant Gannett Co., Inc.'s Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Interrogatory No. 4) | | |
| PX 0393 | Defendant Gannett Co., Inc.'s First Supplemental Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Interrogatory No. 2) | | |
| PX 0394 | Defendant Gannett Co., Inc.'s Third Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Nos. 2 and 4) | | |
| PX 0395 | Defendant IAC Search & Media, Inc.'s Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories | | |
| PX 0396 | Defendant IAC Search & Media, Inc.'s Second Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Interrogatory No. 7) | | |
| PX 0397 | Defendant IAC Search & Media, Inc.'s Third Supplemental Objections and Reponses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Interrogatory No. 4) | | |
| PX 0398 | Defendant IAC Search & Media, Inc.'s Fourth Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (No. 8) | | |
| PX 0399 | Defendant IAC Search & Media, Inc.'s Fifth Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Nos. 5 and 7) | | |
| PX 0400 | Defendant Target Corporation's Objections and Responses to Plaintiff I/P Engine Inc.'s First Set of Interrogatories | | |
| PX 0401 | Defendant Target Corporation's First Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Interrogatory No. 4) | | |

Case 2:11-cv-00512-RAJ-TEM Document 719-1 Filed 10/15/12 Page 18 of 19 PageID# 15492

I/P Engine, Inc. v. AOL Inc. et al., Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0402 | Defendant Target Corporation's First Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Interrogatory No. 2) | | |
| PX 0403 | Defendant Target Corporation's Third Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s First Set of Interrogatories (Nos. 2 and 4) | | |
| PX 0404 | Defendant Google Inc.'s Supplemental Responses to Plaintiff I/P Engine, Inc.'s Third Set of Interrogatories | | |
| PX 0405 | Google Inc.'s Second Supplemental Responses to Plaintiff I/P Engine, Inc.'s Second Set of Interrogatories | | |
| PX 0406 | Defendant Google Inc.'s Third Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s Fourth Set of Interrogatories (No. 15) | | MOT, 402, 403 |
| PX 0407 | Defendant Google Inc.'s Supplemental Objections and Responses to Plaintiff I/P Engine, Inc.'s Fifth Set of Interrogatories | | |
| PX 0408 | July 15, 2008: Email from Dan Peterson to opensocial-advocates re: PCMag: Lycos Publishing Tool Includes OpenSocial | G-IPE-0522676-677 | MOT, 402, 403, 802 |
| PX 0409 | July 18, 2008; Email from Sara Jew-lim to makamaka-discuss re: Makamaka coverage email – 7/17/08 | G-IPE-0522702-704 | MOT, 402, 403, 802 |
| PX 0410 | Article: WiseWire Introduces Application for Web Sites and Business | G-IPE-0888030-032 | MOT, 402, 403 |
| PX 0411 | Article: Empirical WiseWire will let users customize searches | G-IPE-0888036-37 | MOT, 402, 403 |
| PX 0412 | Article: Will WiseWire Help Lycos in the Web-Portal Wars | G-IPE-0888052-53 | MOT, 402, 403 |
| PX 0413 | Article: Cutting-edge entrepreneurs seek to balance risk, reward | G-IPE-0888107-111 | MOT, 402, 403 |
| PX 0414 | 6,981,040 Patent | G-IPE-0865983-021 | MOT, 402, 403 |
| PX 0415 | 6,006,218 Patent | G-IPE-0217649-672 | MOT |
| PX 0416 | 7,647,242 Patent | IPE 0004418-442 | MOT, 402, 403 |
| PX 0417 | 7,647,242 File History | IPE 0003862-4417 | MOT, 402, 403 |
| PX 0418 | 7,225,182 Patent | IPE 0003822-861 | MOT, 402, 403 |
| PX 0419 | 7,225,182 File History | IPE 0003066-821 | MOT, 402, 403 |
| PX 0420 | 7,165,119 Patent | IPE 0003034-3065 | MOT, 402, 403 |

*I/P Engine, Inc. v. AOL Inc. et al.* Case No. 2:11-cv-512
Exhibit 1: Defendants' Objections to Plaintiff's Trial Exhibit List

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | OBJECTIONS |
|---|---|---|---|
| PX 0421 | 7,165,119 File History | IPE 0002536-3033 | MOT, 402, 403 |
| PX 0422 | 7,739,408 Patent | IPE 0004900-4930 | MOT, 402, 403 |
| PX 0423 | 7,739,408 File History | IPE 0004443-4889 | MOT, 402, 403 |
| PTX 0424 | Overture-Interchange License Agreement | YAHOO-000084-092 | 402, 403, 901, MOT, 802 |