# EXHIBIT C

Defendants Google Inc., AOL, Inc., IAC Search & Media, Inc., Gannett Co., Inc., and Target Corporation ("Defendants") by counsel, hereby submit the following Objections to Plaintiff's Deposition Designations. Defendants object generally to the introduction of any deposition testimony without a showing by Plaintiff that the witness whose testimony it seeks to introduce is unavailable as required by Federal Rule of Evidence 804 and Federal Rule of Civil Procedure 32. Defendants also object to Plaintiff's designations to the extent they include objections made during the depositions. Additionally, Defendants object to Plaintiff's over-designation of deposition testimony, and will be filing a motion to strike Plaintiff's designations.

In addition to these specific objections, Defendants filed motions *in limine* and *Daubert* motions, which also address some of Plaintiff's pretrial disclosures.

Defendants also hereby submit their counter-designations, which Defendants request be read with Plaintiff's designations for completeness purposes if Plaintiff's designated testimony is admitted into evidence. If certain of Plaintiff's designations are not admitted, Defendants intend to withdraw the corresponding counter-designations listed below. Additionally, the parties have agreed that if Plaintiff chooses to present only certain portions of its designations rather than the entirety of any such designations, Defendants will be entitled to counter-designate the remainder of the designation. Defendants understand that Plaintiff will not object to the timing of these counter-designations, but reserves all right to object on other admissibility grounds.

Because the admissibility of testimony from a witness depends on the context, the inclusion of testimony from a witness on Defendants' own list of designations is not a waiver and should not be construed as a waiver of the right to object to the testimony or the use of the testimony when offered by Plaintiff. In addition, Defendants reserve the right to use at trial any testimony on Plaintiff's designations.

Below is a key to the Defendants' Objections.

**Objection Key**

| CODE | OBJECTION |
|------|-----------|
| A | Argumentative |
| AA | Asked and answered |
| CD | Compound |
| ERR | Errata |
| I | Incomplete; incomprehensible |
| MOT | Subject to the Court's ruling on a pending motion, including with limitation motions *in limine* and *Daubert* motions |
| MT | Misstates prior testimony (mischaracterization) |
| V | Vague and ambiguous |
| W | Withdrawn |
| 30b6 | Outside of the scope of FRCP 30(b)(6) deposition topics for which witness was designated |
| 103 | Assumes facts not in evidence |
| 104a | Foundation |
| 402 | Relevance |
| 403 | Unduly prejudicial |
| 501 | Privileged |
| 602 | Calls for speculation; speculative |
| 701 | Improper opinion by lay witness |
| 702 | Improper opinion by expert |
| 802 | Hearsay |

901        Authenticity

## DEPOSITION OF JONATHAN ALFERNESS

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| Jonathan Alferness | | | |
| 1 | Alferness: 8:5-8 | | |
| 2 | Alferness: 8:11-18 | | |
| 3 | Alferness: 8:22-21:2 | ERR (19:14) | Alferness Errata |
| 4 | Alferness: 21:23-24:6 | 403 (21:24-22:2) | 21:24-22:2 |
| 5 | Alferness: 24:18-33:18 | ERR (31:19) | Alferness Errata |
| 6 | Alferness: 36:1-37:2 | ERR (36:20) | Alferness Errata |
| 7 | Alferness: 37:16-38:9 | | |
| 8 | Alferness: 39:5-13 | I | 39:14- 24, 40:2-5, 40:7-21 |
| 9 | Alferness: 40:23-42:9 | | |
| 10 | Alferness: 45:10-46:7 | | |
| 11 | Alferness: 51:6-52:16 | | |
| 12 | Alferness: 53:15-20 | | |
| 13 | Alferness: 54:1-56:10 | | |
| 14 | Alferness: 56:14-57:22 | | |
| 15 | Alferness: 59:11-60:13 | | |
| 16 | Alferness: 68:21-71:1 | | |
| 17 | Alferness: 72:10-25 | | |
| 18 | Alferness: 75:15-78:22 | | |
| 19 | Alferness: 80:16-82:10 | | |
| 20 | Alferness: 83:6-86:4 | | |
| 21 | Alferness: 87:13-88:1 | | |
| 22 | Alferness: 89:22-90:6 | | |
| 23 | Alferness: 90:15-91:13 | | |
| 24 | Alferness: 92:8-23 | | |
| 25 | Alferness: 93:22-94:23 | | |
| 26 | Alferness: 95:1-97:10 | | |
| 27 | Alferness: 98:7-15 | | |
| 28 | Alferness: 99:2-100:3 | | |
| 29 | Alferness: 100:14-16 | | |
| 30 | Alferness: | MOT, 402, 403 | |

|  | 101:4-114:14 | (101:4-104:10, 105:24-106:12, 107:8-113:11, 114:4-14) |  |
|---|---|---|---|
| 31 | Alferness: 115:3-118:21 | 402, 403, MOT (115:3-117:16) |  |
| 32 | Alferness: 125:25-126:15 |  |  |
| 33 | Alferness: 129:19-132:7 |  |  |
| 34 | Alferness: 132:11-14 |  |  |
| 35 | Alferness: 139:20-142:18 |  |  |
| 36 | Alferness: 143:16-146:19 |  |  |
| 37 | Alferness: 149:5-150:17 |  |  |
| 38 | Alferness: 155:14-17 |  |  |
| 39 | Alferness: 155:24-156:15 |  |  |
| 40 | Alferness: 157:8-159:10 |  |  |
| 41 | Alferness: 160:6-161:13 |  |  |
| 42 | Alferness: 165:16-171:9 | 104a, 402, 403, 602, MOT |  |
| 43 | Alferness: 188:9-199:20 | ERR (197:6) | Alferness Errata |
| 44 | Alferness: 199:23-201:13 |  |  |
| 45 | Alferness: 201:21-202:5 |  |  |
| 46 | Alferness: 202:16-207:1 |  |  |
| 47 | Alferness: 208:9-214:14 | 104a, 602 (209:10-210:5) |  |
| 48 | Alferness: 215:9-23 |  |  |
| 49 | Alferness: 216:5-220:2 |  | 220:3-4, 220:6-14 |
| 50 | Alferness: 220:15-221:20 |  |  |
| 51 | Alferness: 227:13-228:12 |  |  |
| 52 | Alferness: 232:24-234:9 |  |  |
| 53 | Alferness: 235:20-238:13 |  |  |

| 54 | Alferness: 247:12-248:1 | | |
| 55 | Alferness: 248:14-249:8 | | |
| 56 | Alferness: 249:21-250:2 | | |
| 57 | Alferness: 250:17-251:23 | | |
| 58 | Alferness: 271:17-272:10 | | |
| 59 | Alferness: 279:21-280:1 | | |
| 60 | Alferness: 289:21-290:16 | 402 | |
| 61 | Alferness: 293:19-297:23 | 402, 403, MOT (297:8-23) | 297:25-298:4 |
| 62 | Alferness: 301:4-20 | 402, 403, MOT, 104a, 602 | |
| 63 | Alferness: 303:2-19 | 402, 403, MOT, 104a, 602 | |
| 64 | Alferness: 305:8-306:7 | 402, 403, 104a, 602 | |
| 65 | Alferness: 319:22-323:12 | 104a, 602 (323:4-12) | |
| 66 | Alferness: 323:23-324:19 | 104a, 602 (324:5-19) | |
| 67 | Alferness: 325:6-12 | I | 325:14-17 |
| 68 | Alferness: 325:18-23 | | |
| 69 | Alferness: 326:13-24 | | |

## DEPOSITION OF MARK BLAIS

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| Mark Blais | | | |
| 1 | Blais: 6:3-6 | | |
| 2 | Blais: 7:16-10:11 | | |
| 3 | Blais: 13:13-16 | | |
| 4 | Blais: 13:20-23 | | |
| 5 | Blais: 15:6-16 | | |
| 6 | Blais: 16:17-22 | 104a, 402, 403, 602 | |
| 7 | Blais: 17:14-20 | | |
| 8 | Blais: 18:1-20:11 | | |
| 9 | Blais: 22:16-23:24 | | |
| 10 | Blais: 25:6-13 | | |

| | | | |
|---|---|---|---|
| 11 | Blais: 26:6-29:8 | | |
| 12 | Blais: 32:10-20 | | |
| 13 | Blais: 32:23-34:16 | | |
| 14 | Blais: 35:7-12 | | |
| 15 | Blais: 36:8-37:13 | | |
| 16 | Blais: 38:19-41:16 | | |
| 17 | Blais: 46:14-48:2 | | |
| 18 | Blais: 48:14-55:11 | | |
| 19 | Blais: 57:2-16 | I | 56:2-13, 57:17-19, 57:21-22 |
| 20 | Blais: 60:9-61:2 | | |
| 21 | Blais: 64:5-65:3 | | |
| 22 | Blais: 65:9-68:18 | | |
| 23 | Blais: 69:3-70:13 | | |
| 24 | Blais: 71:5-72:22 | | |
| 25 | Blais: 73:8-18 | | |
| 26 | Blais: 74:23-75:15 | | |
| 27 | Blais: 80:6-16 | | 78:12-79:1, 79:3 |
| 28 | Blais: 81:16-83:15 | | 83:16-85:3 |
| 29 | Blais: 85:24-86:11 | | |
| 30 | Blais: 87:1-89:24 | | 90:5-19 |
| 31 | Blais: 92:4-94:18 | | |
| 32 | Blais: 96:2-101:3 | | |
| 33 | Blais: 101:7-106:21 | | 108:4-6, 108:8 |
| 34 | Blais: 112:9-113:10 | | 110:5-6, 110:8-10, 110:12, 111:24-112:1, 112:3-8 |
| 35 | Blais: 114:12-115:10 | | |
| 36 | Blais: 115:18-117:9 | | |
| 37 | Blais: 122:2-21 | | |
| 38 | Blais: 122:24-123:11 | | |
| 39 | Blais: 123:15-124:11 | I | 123:12-14 |
| 40 | Blais: 150:1-21 | | |
| 41 | Blais: 153:20-154:22 | | |
| 42 | Blais: 155:2-21 | | |

## DEPOSITION OF JAMES CHRISTOPHERSON

| Name | Deposition Cite | Objections | Counter-Designations |
|---|---|---|---|
| James Christopherson | | | |
| 1 | Christopherson: 8:5-10 | | |

| 2 | Christopherson: 11:5-13 | | |
|---|---|---|---|
| 3 | Christopherson: 16:8-17:22 | | |
| 4 | Christopherson: 19:10-19 | | |
| 5 | Christopherson: 20:4-8 | | |
| 6 | Christopherson : 20:13-21:6 | | |
| 7 | Christopherson: 23:25-24:14 | | |
| 8 | Christopherson: 26:20-24 | | |
| 9 | Christopherson: 27:16-29:9 | | |
| 10 | Christopherson: 31:3-33:5 | | |
| 11 | Christopherson: 36:20-38:6 | | |
| 12 | Christopherson: 38:12-40:7 | | |
| 13 | Christopherson: 40:18-41:25 | | 42:1-14 |
| 14 | Christopherson: 42:15-43:1 | | |
| 15 | Christopherson: 44:15-25 | | |
| 16 | Christopherson: 53:25-54:7 | | |
| 17 | Christopherson: 54:16-56:10 | | |
| 18 | Christopherson: 57:15-65:2 | | |
| 19 | Christopherson: 67:10-81:22 | | 66:8-67:9 |
| 20 | Christopherson: 82:8-91:15 | | 91:16-17 |
| 21 | Christopherson: 92:19-96:18 | | |
| 22 | Christopherson: 102:11-104:6 | | |
| 23 | Christopherson: 107:6-21 | | |
| 24 | Christopherson: 109:24-110:25 | | 109:20-23 |

| 25 | Christopherson: 111:10-113:12 | | |
|---|---|---|---|

## DEPOSITION OF DEREK LESLIE-COOK

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| Derek Leslie-Cook | | | |
| 1 | Leslie-Cook: 8:16-17 | | |
| 2 | Leslie-Cook: 8:21-9:12 | | |
| 3 | Leslie-Cook: 12:1-5 | | |
| 4 | Leslie-Cook: 12:20-13:10 | | |
| 5 | Leslie-Cook: 14:1-16:4 | | |
| 6 | Leslie-Cook: 19:5-21:1 | | |
| 7 | Leslie-Cook: 25:3-7 | | |
| 8 | Leslie-Cook: 25:21-26:3 | 402, 403 | |
| 9 | Leslie-Cook: 27:14-28:17 | 402, 403, MOT (27:14-20) | |
| 10 | Leslie-Cook: 30:2-32:24 | | |
| 11 | Leslie-Cook: 33:4-12 | | |
| 12 | Leslie-Cook: 34:22-40:3 | AA, A (38:1-14) | |
| 13 | Leslie-Cook: 40:6-43:5 | I | 43:6-8, 43:10-11 |
| 14 | Leslie-Cook: 49:8-11 | | |
| 15 | Leslie-Cook: 50:18-23 | | |
| 16 | Leslie-Cook: 51:2-56:9 | | |
| 17 | Leslie-Cook: 56:17-57:19 | I | 57:20-58:6 |
| 18 | Leslie-Cook: 58:7-61:9 | | |
| 19 | Leslie-Cook: 62:12-67:1 | | |
| 20 | Leslie-Cook: 67:5-11 | I | 67:12-14 |
| 21 | Leslie-Cook: 68:6-14 | | |
| 22 | Leslie-Cook: 70:22-72:10 | | |
| 23 | Leslie-Cook: 74:13- | | |

| | | | |
|---|---|---|---|
| | 76:12 | | |
| 24 | Leslie-Cook: 78:10-80:11 | I | 80:12-14 |
| 25 | Leslie-Cook: 81:17-19 | | |
| 26 | Leslie-Cook: 87:2-89:1 | | |
| 27 | Leslie-Cook: 90:4-93:16 | | |
| 28 | Leslie-Cook: 103:3-18 | I | 103:19-21, 103:23-104:18, 104:20-105:4, 105:6-7 |
| 29 | Leslie-Cook: 105:13-107:19 | | |
| 30 | Leslie-Cook: 108:3-15 | 104a, 602, 402, 403 | |
| 31 | Leslie-Cook: 109:15-23 | 104a, 602, 402, 403 | |
| 32 | Leslie-Cook: 111:17-24 | 104a, 602, 402, 403 | |
| 33 | Leslie-Cook: 112:6-12 | 104a, 602, 402, 403 | |
| 34 | Leslie-Cook: 113:11-20 | MOT, 104a, 602, 402, 403 | |
| 35 | Leslie-Cook: 120:10-121:24 | 104a, 602, 402, 403 | |
| 36 | Leslie-Cook: 124:23-125:6 | 402, 403 | |
| 37 | Leslie-Cook: 125:16-126:3 | 402, 403 | |
| 38 | Leslie-Cook: 126:7-134:2 | | |
| 39 | Leslie-Cook: 136:23-137:17 | | |
| 40 | Leslie-Cook: 140:23-141:3 | 104a, 602 | |
| 41 | Leslie-Cook: 141:15-25 | I | 142:1-4 |

## DEPOSITION OF SANJAY DATTA

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| Sanjay Datta | | | |
| 1 | Datta: 8:5-13 | | |
| 2 | Datta: 10:2-11:8 | | |

| 3 | Datta: 20:20-21:12 | | 18:1-3, 18:6-9 |
| 4 | Datta: 21:22-22:16 | | |
| 5 | Datta: 22:19-23:2 | | |
| 6 | Datta: 24:1-17 | I | 24:19-20, 24:23-25:19 |
| 7 | Datta: 51:7-52:23 | | 55:4-18 |
| 8 | Datta: 60:11-62:21 | | |
| 9 | Datta: 66:3-69:9 | VA, 104a, 602 (68:12-13, 68:16-17) | |
| 10 | Datta: 78:13-16 | | |
| 11 | Datta: 78:24-79:18 | 104a, 602 (79:13-14, 79:17-18) | |
| 12 | Datta: 86:1-4 | | |
| 13 | Datta: 86:11-88:6 | | |
| 14 | Datta: 90:18-91:23 | | |
| 15 | Datta: 93:20-95:14 | | |
| 16 | Datta: 98:4-22 | | |
| 17 | Datta: 98:25-100:3 | | |
| 18 | Datta: 100:22-103:3 | 104a, 602, 30b6 (102:8-12) | |
| 19 | Datta: 104:8-16 | | |
| 20 | Datta: 105:7-15 | | |
| 21 | Datta: 105:24-106:4 | 602 | |
| 22 | Datta: 107:5-21 | 104a, 602, 30b6 | |
| 23 | Datta: 110:19-111:8 | | |
| 24 | Datta: 115:7-116:9 | 402, 403 | |

## DEPOSITION OF CELIA DENERY

| Name | Deposition Cite | Objections | Counter-Designations |
|---|---|---|---|
| Celia Denery | | | |
| 1 | Denery: 8:4-9 | | |
| 2 | Denery: 11:9-15 | | |
| 3 | Denery: 16:13-17:19 | | |
| 4 | Denery: 18:9-19:4 | | |
| 5 | Denery: 21:15-22:11 | | |
| 6 | Denery: 22:18-25:3 | | |
| 7 | Denery: 25:17-26:2 | | |
| 8 | Denery: 26:14-27:25 | | |
| 9 | Denery: 28:24-29:11 | | |
| 10 | Denery: 30:1-32:6 | | |
| 11 | Denery: 32:22-34:4 | 104a, 602 (32:22-33:1) | |
| 12 | Denery: 34:11-35:21 | | |

| 13 | Denery: 37:5-38:5 | | |
|----|-------------------|---|---|
| 14 | Denery: 38:14-43:25 | V, 802, 104a, 602 (41:22-43:25) | |
| 15 | Denery: 45:13-47:14 | 104a, 402, 602 | |
| 16 | Denery: 48:18-25 | | |
| 17 | Denery: 50:5-54:22 | | |
| 18 | Denery: 65:19-67:21 | | |
| 19 | Denery: 81:25-83:18 | 30b6, 104a, 402 , 602 (81:25-82:10) 104a, 602 (82:11-23) 30b6, 104a, 402, 602 (82:24-83:18) | |
| 20 | Denery: 84:14-20 | | |
| 21 | Denery: 85:6-87:5 | | |
| 22 | Denery: 87:17-23 | | |
| 23 | Denery: 93:3-6 | | |
| 24 | Denery: 94:2-9 | | |

## DEPOSITION OF JON DIORIO

| Name | Deposition Cite | Objection | Counter-Designations |
|------|-----------------|-----------|----------------------|
| Jon Diorio | | | |
| 1 | 6:7-16 | MOT,[1] 402, 403 | |
| 2 | 8:6-8 | MOT | |
| 3 | 8:12-14 | MOT | |
| 4 | 9:23-10:11 | MOT | |
| 5 | 12:11-13:19 | MOT | |
| 6 | 14:4-9 | MOT | |
| 7 | 16:11-18 | MOT | |
| 8 | 21:4-7 | MOT | |
| 9 | 29:8-30:16 | MOT | |
| 10 | 31:9-33:23 | MOT | |
| 11 | 34:13-17 | MOT | |
| 12 | 36:2-19 | MOT; 104a, 602 (36:12-19) | |
| 13 | 37:8-38:9 | MOT | |
| 14 | 38:14-16 | MOT | |
| 15 | 40:9-41:11 | MOT | 39:21-40:8 |
| 16 | 44:11-45:12 | MOT, I | 45:14-16, 45:18-46:1, 46:3-16 |

---

[1]   Defendants object to the inclusion of the entirety of Mr. Diorio's testimony to the extent it relates to Google's marketing documents, which are the subject of a pending motion *in limine*.

| 17 | 47:13-48:16 | MOT | |
| 18 | 51:25-52:11 | MOT | |
| 19 | 55:2-5 | MOT | |
| 20 | 56:10-12 | MOT | |
| 21 | 60:9-12 | MOT | |
| 22 | 60:20-61:6 | MOT | |
| 23 | 61:24-62:9 | MOT | 61:7-23 |
| 24 | 64:16-19 | MOT | 64:20-22 |
| 25 | 68:22-69:9 | MOT | 69:10-12 |
| 26 | 73:3-6 | MOT | |
| 27 | 74:7-22 | MOT | |
| 28 | 77:7-80:24 | MOT | |
| 29 | 82:10-20 | MOT, 104a, 602, 402, 403 | |
| 30 | 83:25-84:3 | MOT, 104a, 602, 402, 403 | |
| 31 | 97:21-98:7 | MOT | |
| 32 | 98:12-20 | MOT | 98:21-23 |
| 33 | 98:24-99:3 | MOT | 99:5-8 |
| 34 | 99:21-100:4 | MOT | |
| 35 | 108:16-109:4 | MOT | |
| 36 | 119:1-23 | MOT, I; V, 403 (119:1-18) | 119:24-25 |
| 37 | 120:10-18 | 402, 403, MOT | |
| 38 | 121:20-122:1 | MOT | |
| 39 | 125:21-127:1 | MOT, I | 127:10-12, 127:15-21, 127:23-128:1, 128:3-5 |
| 40 | 129:12-130:1 | MOT | |
| 41 | 131:1-6 | MOT | |
| 42 | 131:12-16 | MOT | |
| 43 | 138:20-139:17 | MOT | 132:1-7 |
| 44 | 140:16-141:7 | MOT | |
| 45 | 141:13-142:7 | | |
| 46 | 143:10-22 | MOT, 402, 403 | |
| 47 | 144:9-23 | MOT, I | 144:7-8 |
| 48 | 149:18-150:11 | MOT | |
| 49 | 150:20-151:9 | MOT, 402, 403, V | 151:10-21 |
| 50 | 154:2-5 | MOT, 402, 403, V, AA | |
| 51 | 154:9-156:1 | AA, 602, V, 402, 403, MOT | |
| 52 | 156:16-23 | 602, V, 402, 403, MOT | |

| 53 | 164:20-23 | MOT | |
| 54 | 168:21-170:10 | 104a, 602, 402, 403, MOT | 170:11-12 |
| 55 | 171:20-172:2 | | |
| 56 | 175:16-176:7 | MOT | 176:8-177:9 |
| 57 | 178:25-179:7 | MOT | |
| 58 | 181:14-182:1 | 402, 403, 602, 104a, MOT | 182:2-8 |
| 59 | 182:9-13 | 402, 403, 602, 104a, MOT | |
| 60 | 182:20-25 | 402, 403, 602, 104a, MOT | |
| 61 | 188:21-189:9 | MOT | |
| 62 | 190:13-191:1 | 602, 104a, 402, 403, MOT | |
| 63 | 200:21-201:15 | 402, 403, MOT | |

## DEPOSITION OF NICHOLAS FOX

| Name | Deposition Cite | Objection | Counter-Designations |
|------|-----------------|-----------|---------------------|
| Fox | | | |
| 1 | Fox: 7:4-7 | | |
| 2 | Fox: 9:16-10:11 | | |
| 3 | Fox: 11:20-12:14 | | |
| 4 | Fox: 13:14-16:3 | | |
| 5 | Fox: 16:15-23 | | |
| 6 | Fox: 17:24-19:2 | | |
| 7 | Fox: 19:25-20:24 | | |
| 8 | Fox: 24:21-27:24 | A (26:10-12) 402, 403 (26:13-15) | |
| 9 | Fox: 28:15-30:10 | AA, A (29:15-30:10) | |
| 10 | Fox: 38:24-39:18 | | |
| 11 | Fox: 39:22-41:11 | | |
| 12 | Fox: 41:21-42:18 | I | 42:19-24 |
| 13 | Fox: 47:14-49:9 | | |
| 14 | Fox: 55:2-56:6 | 402, 403, MOT (55:2-25) | |
| 15 | Fox: 56:13-57:22 | | |
| 16 | Fox: 63:1-64:8 | I | 64:9-10, 64:12 |
| 17 | Fox: 64:13-22 | | |
| 18 | Fox: 70:1-8 | | |
| 19 | Fox: 70:18-72:6 | I | 72:7-9 |
| 20 | Fox: 79:5-11 | I | 79:12-24 |
| 21 | Fox: 101:14-106:21 | | |

| 22 | Fox: 107:25-108:23 | | |
|---|---|---|---|
| 23 | Fox: 109:21-132:7 | 402, 403, MOT (111:22-132:7) | |
| 24 | Fox: 135:7-138:17 | | |
| 25 | Fox: 138:24-147:19 | A (144:25-145:3) 402, 403, MOT (146:20-147:19) | |
| 26 | Fox: 148:7-149:7 | 402, 403, MOT | |
| 27 | Fox: 149:14-17 | 402, 403, MOT | |
| 28 | Fox: 151:5-153:11 | 402, 403, MOT | |
| 29 | Fox: 155:14-157:5 | | |
| 30 | Fox: 158:24-160:15 | 402, 403, MOT (159:13-160:15) | |
| 31 | Fox: 161:1-166:14 | 402, 403, MOT (161:1-166:14) AA (163:3-9) AA, A (164:6-165:24) | |
| 32 | Fox: 168:25-170:3 | 402, 403, MOT | |
| 33 | Fox: 171:16-23 | 402, 403, MOT | |
| 34 | Fox: 172:18-173:16 | 402, 403, MOT | |
| 35 | Fox: 173:20-177:20 | 402, 403, MOT | |
| 36 | Fox: 178:3-183:17 | 402, 403, MOT (178:3-182:21) 104a, 602 (183:1-17) | |
| 37 | Fox: 185:1-188:24 | I (185:1-185:3) 402, 403, MOT (185:1-188:24) 104a, 602 (185:16-187:10, 187:23-188:24) | 184:21-25 |
| 38 | Fox: 190:15-22 | 402, 403 | |
| 39 | Fox: 194:20-196:5 | 402, 403 (194:20-195:4, 195:10-196:5) | |
| 40 | Fox: 197:10-199:9 | 402, 403, MOT | |
| 41 | Fox: 200:9-203:8, 13-14 | 402, 403, MOT (200:9-203:1, 203:13-20), I (203:2-8, 203:13-14) | 203:15-20 |
| 43 | Fox: 206:7-208:24 | I, 402, 403, MOT (206:7-208:5) 104a, 602 (206:7-11) | 205:23-206:5 |
| 44 | Fox: 209:21-25 | | |
| 45 | Fox: 210:22-211:10 | 402, 403, MOT | |

| 46 | Fox: 211:24-212:9 | 402, 403, MOT (211:24-212:2) | |
| 47 | Fox: 212:14-19 | | |
| 48 | Fox: 213:13-22 | 402, 403, MOT | |
| 49 | Fox: 216:7-217:2 | 402, 403, MOT | |
| 50 | Fox: 218:5-219:1 | 402, 403, MOT | |
| 51 | Fox: 219:21-221:19 | 402, 403, MOT (219:21-221:15) | |
| 52 | Fox: 222:21-223:25 | 402, 403, MOT | |
| 53 | Fox: 225:2-20 | 402, 104a, 602 | |
| 54 | Fox: 226:5-7 | 104a, 602 | |
| 55 | Fox: 227:10-228:18 | 104a, 602 (227:10-228:8) V (228:9-12) | |
| 56 | Fox: 228:25-229:20 | 402, 403, MOT (229:6-20) V (228:25-229:5) | |
| 57 | Fox: 230:4-231:14 | 402, 403, 104a, 602 (230:4-25) 402, 403 (231:1-12) | |
| 58 | Fox: 231:19-232:17 | | |
| 59 | Fox: 233:9-15 | | |

## DEPOSITION OF BARTHOLOMEW FURROW

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| Bartholomew Furrow | | | |
| 1 | Furrow: 16:8-21 | | |
| 2 | Furrow: 18:4-20:12 | | |
| 3 | Furrow: 29:9-33:25 | I (33:13-25) | 34:11-14 |
| 4 | Furrow: 34:18-35:17 | V (35:12-17) | |
| 5 | Furrow: 36:8-45:1 | V, MT (41:7-43:21) | |
| 6 | Furrow: 45:6-7 | | |
| 7 | Furrow: 48:11-21 | | |
| 8 | Furrow: 49:23-53:15 | V (51:19-25, 52:15-20) | |
| 9 | Furrow: 54:13-57:10 | | |
| 10 | Furrow: 57:16-60:18 | | |
| 11 | Furrow: 63:2-67:22 | 104a, 602 (63:2-7) | |
| 12 | Furrow: 68:3-72:9 | | |
| 13 | Furrow: 72:16-22 | | |
| 14 | Furrow: 75:3-93:19 | | |
| 15 | Furrow: 94:10-21 | | |
| 16 | Furrow: 96:4-101:3 | | |

| | | | |
|---|---|---|---|
| 17 | Furrow: 102:17-103:3 | | |
| 18 | Furrow: 103:21-24 | | |
| 19 | Furrow: 109:1-5 | | |
| 20 | Furrow: 111:19-113:5 | | |
| 21 | Furrow: 113:12-126:5 | V (116:16-118:13, 120:6-121:8, 123:21-124:2) | |
| 22 | Furrow: 126:17-127:10 | | |
| 23 | Furrow: 127:24-131:14 | | |
| 24 | Furrow: 131:19-133:13 | I | 133:14-21 |
| 25 | Furrow: 136:7-137:11 | | |
| 26 | Furrow: 141:20-142:2 | | |
| 27 | Furrow: 142:8-22 | | |
| 28 | Furrow: 144:20-145:19 | | |
| 29 | Furrow: 146:4-147:16 | | |
| 30 | Furrow: 152:6-153:18 | 402 (152:6-153:9) | |
| 31 | Furrow: 156:8-12 | | |
| 32 | Furrow: 156:23-158:3 | | |
| 33 | Furrow: 158:9-160:14 | | |
| 34 | Furrow: 160:21-161:5 | | |
| 35 | Furrow: 161:18-162:2 | I | 162:3-17 |
| 36 | Furrow: 162:18-164:7 | I | 164:10-14 |
| 37 | Furrow: 164:15-24 | I | 164:25-165:5 |
| 38 | Furrow: 165:6-172:3 | | |
| 39 | Furrow: 172:6-16 | | |
| 40 | Furrow: 172:19-197:1 | 104a, 602 (178:13-21, 180:7-16, 195:21-196:6), I (197:1) | |
| 41 | Furrow: 197:15-198:15 | | |
| 42 | Furrow: 198:20-201:21 | | |
| 43 | Furrow: 202:9-11 | | |
| 44 | Furrow: 202:21-205:13 | | |
| 45 | Furrow: 209:7-213:19 | | |
| 46 | Furrow: 214:20-218:2 | | |
| 47 | Furrow: 219:24-220:25 | I | 221:1-7 |

| 48 | Furrow: 221:8-224:20 | 104a, 602 (221:14-19) | |
| 49 | Furrow: 226:4-233:13 | 104a, 602 (230:1-9) V (230:18-23, 232:17-21) | |
| 50 | Furrow: 233:22-235:8 | V, 104a, 602(234:10-235:8) | |
| 51 | Furrow: 241:25-243:19 | | |
| 52 | Furrow: 248:11-251:1 | | |

## DEPOSITION OF ROBERT HICKERNELL

| Name | Deposition Cite | Objections | Counter-Designations |
|---|---|---|---|
| Robert Hickernell | | | |
| 1 | Hickernell: 7:12-20 | | |
| 2 | Hickernell: 8:1-3 | | |
| 3 | Hickernell: 10:11-15 | | |
| 4 | Hickernell: 11:1-5 | | |
| 5 | Hickernell: 13:7-15:21 | | |
| 6 | Hickernell: 17:5-11 | | |
| 7 | Hickernell: 18:11-21:13 | | |
| 8 | Hickernell: 26:14-29:1 | | |
| 9 | Hickernell: 33:9-22 | | 34:1-11 |
| 10 | Hickernell: 41:14-42:13 | | |
| 11 | Hickernell: 42:17-43:8 | | |
| 12 | Hickernell: 45:14-46:6 | CD (45:14-17) | |
| 13 | Hickernell: 46:11-13 | | 46:14-47:1 |
| 14 | Hickernell: 47:5-10 | | 47:17-48:10 |
| 15 | Hickernell: 49:2-21 | | |
| 16 | Hickernell: 52:10-22 | | |
| 17 | Hickernell: 57:1-13 | | |
| 18 | Hickernell: 58:14-16 | | |
| 19 | Hickernell: 67:9-69:3 | | |
| 20 | Hickernell: 71:2-11 | | |
| 21 | Hickernell: 75:15-77:10 | 104a, 402, 403, 602, MOT | |
| 22 | Hickernell: 77:19- | 104a, 602, MOT | |

| | | | |
|---|---|---|---|
| | 78:21 | | |
| 23 | Hickernell: 82:18-83:3 | | |
| 24 | Hickernell: 83:17-19 | | |
| 25 | Hickernell: 87:13-88:4 | | |
| 26 | Hickernell: 88:10-89:14 | 104a, 402, 403, MOT | |
| 27 | Hickernell: 90:22-91:14 | 402, 403, 602, MOT | |
| 28 | Hickernell: 98:14-99:9 | 602, 701 | 99:10-16 |
| 29 | Hickernell: 105:6-107:17 | 104a, 402, 403, 602, 701, MOT | |
| 30 | Hickernell: 114:7-20 | 402, 403, 602, MOT | |
| 31 | Hickernell: 115:19-116:2 | | |
| 32 | Hickernell: 116:22-118:17 | 103, 104a, 402, 602 | |
| 33 | Hickernell: 119:4-16 | 103, 402, 403, 602, MOT | 119:17-120:4 |
| 34 | Hickernell: 120:5-121:9 | 103, 402, 403, 602, MOT (120:5-19) | |
| 35 | Hickernell: 121:21-123:12 | 104a, 402, 403, 602, MOT (122:16-123:12) | |
| 36 | Hickernell: 124:21-127:9 | 104a, 402, 403, 602, MOT (124:21-125:7) 104a, 402, 403, 602, MOT (125:11-127:9) | |
| 37 | Hickernell: 139:22-142:17 | 104a, 402, 403, 802, MOT (140:15-142:17) | |
| 38 | Hickernell: 145:6-146:20 | 104a, 402, 403, 602, 802 | |
| 39 | Hickernell: 148:2-20 | 104a, 402, 403, 602, 802 | |
| 40 | Hickernell: 149:12-14 | 104a, 402, 403, 602, 802 | |
| 41 | Hickernell: 152:18-155:3 | 104a, 402, 403, 602, 802 | |
| 42 | Hickernell: 155:17-21, 156:3, 156:7- | CD (158:19-22) | |

| | | | |
|---|---|---|---|
| | 159:6 | | |
| 43 | Hickernell: 161:17-162:2 | 30(b)(6) | |
| 44 | Hickernell: 162:10-164:6 | | |
| 45 | Hickernell: 179:22-182:2 | | |
| 46 | Hickernell: 193:15-194:11 | | |
| 47 | Hickernell: 201:6-18 | | |
| 48 | Hickernell: 202-14-17 | | |
| 49 | Hickernell: 203:10-16 | | |
| 50 | Hickernell: 225:21-226:14 | | |
| 51 | Hickernell: 245:19-246:7 | | |

## DEPOSITION OF GARY HOLT

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| Gary Holt | | | |
| 1 | Holt: 6:12-15 | | |
| 2 | Holt: 8:7-19 | | |
| 3 | Holt: 9:8-10:6 | | |
| 4 | Holt: 10:18-11:1 | | |
| 5 | Holt: 12:2-5 | | |
| 6 | Holt: 12:10-19 | | |
| 7 | Holt: 26:5-27:7 | | |
| 8 | Holt: 34:7-35:2 | 402, 403 | |
| 9 | Holt: 35:13-37:22 | 402, 403 | |
| 10 | Holt: 38:16-19 | 402, 403 | |
| 11 | Holt: 39:7-21 | 402, 403 | |
| 12 | Holt: 45:15-48:11 | 402, 403, 104a, 602 | |
| 13 | Holt: 48:22-49:13 | 402, 403, 104a, 602 | |
| 14 | Holt: 50:15-51:9 | | |
| 15 | Holt: 51:15-52:10 | | |
| 16 | Holt: 52:15-54:2 | | |
| 17 | Holt: 56:6-19 | | |
| 18 | Holt: 57:6-59:11 | 402, 403, MOT, 104a, 602 | |
| 19 | Holt: 60:14-61:1 | 402, 403, MOT, 104a, 602 | |
| 20 | Holt: 61:16-22 | 402, 403, MOT, 104a, 602 | |

| | | | |
|---|---|---|---|
| 21 | Holt: 62:5-13 | 402, 403, MOT, 104a, 602 | |
| 22 | Holt: 63:21-64:11 | 402, 403, MOT, 104a, 602 | |
| 23 | Holt: 64:19-65:17 | 402, 403, MOT, 104a, 602 | |
| 24 | Holt: 67:8-72:1 | V (67:12-68:6) 402, 403, MOT, 104a, 602 (68:7-13) | |
| 25 | Holt: 72:14-73:5 | | |
| 26 | Holt: 75:1-76:8 | I (75:1-76:8) V (75:16-19) | 76:9-14 |
| 27 | Holt: 76:15-77:1 | I | 77:2-5 |
| 28 | Holt: 77:6-9 | I | 77:10-20 |
| 29 | Holt: 77:22-78:6 | 402, 403, MOT, 104a, 602 | |
| 30 | Holt: 78:18-79:7 | 402, 403, MOT, 104a, 602 | |
| 31 | Holt: 79:19-80:21 | | |
| 32 | Holt: 81:18-82:13 | | |
| 33 | Holt: 83:7-87:17 | | |
| 34 | Holt: 88:7-104:11 | V, 104a, 602 (90:13-18, 92:3-15) 104a, 602 (92:16-93:12, 98:18-100:20, 102:9-19) | |
| 35 | Holt: 105:6-108:17 | 104a, 602 (105:6-106:9, 107:15-21) | |
| 36 | Holt: 108:21-109:10 | | |
| 37 | Holt: 110:8-114:18 | 104a, 602 (110:17-111:3), V (112:10-18, 113:14-18), I (114:15-18) | 114:19-115:3 |
| 38 | Holt: 115:4-117:17 | 104a, 602 (115:4-8) | |
| 39 | Holt: 118:5-119:5 | I | 119:6-120:4 |
| 40 | Holt: 120:13-17 | I | 120:18-21 |
| 41 | Holt: 121:19-123:6 | | |
| 42 | Holt: 123:15-126:7 | 104a, 602 (124:6-14) 104a, 602, 402, 403 (124:15-125:13) | |
| 43 | Holt: 127:19-130:2 | V, MT, 402, 403 (127:19-128:6) | |
| 44 | Holt: 134:4-13 | | |
| 45 | Holt: 135:4-140:10 | V (139:8-14) | |
| 46 | Holt: 141:4-144:9 | | |

| 47 | Holt: 144:14-145:18 | | |
| 48 | Holt: 146:3-13 | | |
| 49 | Holt: 146:20-168:20 | V (164:12-165:1) | |
| 50 | Holt: 169:11-176:20 | 104a, 602 (172:5-20) | |
| 51 | Holt: 177:3-16 | | |
| 52 | Holt: 178:5-179:19 | | |
| 53 | Holt: 180:2-21 | | |
| 54 | Holt: 183:7-186:4 | | |
| 55 | Holt: 186:15-188:8 | | |
| 56 | Holt: 188:14-196:5 | 104a, 602 (190:5-191:22), I (195:17-196:5) | 196:6-7, 196:9-13 |
| 57 | Holt: 197:8-198:1 | | |
| 58 | Holt: 198:17-200:1 | | |
| 29 | Holt: 202:5-203:15 | | |
| 60 | Holt: 206:12-209:10 | | |
| 61 | Holt: 209:18-214:7 | V, 104a, 402, 403, 602 (210:8-213:14) | |
| 62 | Holt: 214:19-215:13 | V (215:8-13) | |
| 63 | Holt: 218:6-222:3 | 104a, 402, 403, 602 | |
| 34 | Holt: 223:15-225:16 | | |
| 65 | Holt: 226:4-17 | | |
| 66 | Holt: 227:8-230:14 | V, 104a, 602 (229:13-21) | |
| 67 | Holt: 230:21-231:18 | | |
| 68 | Holt: 233:7-14 | | |
| 69 | Holt: 235:18-22 | I | 236:1, 236:3-8 |
| 70 | Holt: 236:9-244:21 | V, 402, 403, 104a, 602 (237:15-244:12) | |
| 71 | Holt: 245:16-252:15 | V, 402, 403, 104a, 602 (245:16-246:16) | |
| 72 | Holt: 253:21-263:1 | 402, 403, MOT, 104a, 602 | |

## DEPOSITION OF STEPHEN KURTZ

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| Stephen Kurtz | | | |
| 1 | Kurtz: 7:5-10 | | |
| 2 | Kurtz: 13:11-18 | | |
| 3 | Kurtz: 21:2-23:19 | | |
| 4 | Kurtz: 24:1-3 | | |
| 5 | Kurtz: 24:14-19 | | |
| 6 | Kurtz: 25:8-26:4 | | |

| 7 | Kurtz: 28:17-29:1 | | |
|---|---|---|---|
| 8 | Kurtz: 30:4-31:11 | | |
| 9 | Kurtz: 32:1-33:14 | | |
| 10 | Kurtz: 38:17-44:1 | | |
| 11 | Kurtz: 47:13-16 | | |
| 12 | Kurtz: 47:22-48:18 | | |
| 13 | Kurtz: 49:20-50:2 | | |
| 14 | Kurtz: 50:17-51:22 | | |
| 15 | Kurtz: 52:19-53:4 | | |
| 16 | Kurtz: 54:22-57:5 | | |
| 17 | Kurtz: 58:13-59:2 | | |

## DEPOSITION OF JAMES MACCOUN (VOLUME 1)

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| James Maccoun June 19, 2012 | | | |
| 1 | Maccoun: 8:21-24 | | |
| 2 | Maccoun: 9:2-3 | | |
| 3 | Maccoun: 9:15-17 | | |
| 4 | Maccoun: 9:20-10:2 | | |
| 5 | Maccoun: 10:15-20 | | |
| 6 | Maccoun: 11:12-12:4 | | |
| 7 | Maccoun: 17:10-19 | | |
| 8 | Maccoun: 18:22-19:6 | | |
| 9 | Maccoun: 19:13-15 | | |
| 10 | Maccoun: 19:25-20:4 | | |
| 11 | Maccoun: 23:21-25:9 | | |
| 12 | Maccoun: 27:19-29:9 | 30b6 | |
| 13 | Maccoun: 29:21-32:3 | 30b6 | |
| 14 | Maccoun: 33:2-34:23 | 30b6 | |
| 15 | Maccoun: 35:12-41:13 | 30b6 (36:9-15, 38:1-9) | |
| 16 | Maccoun: 44:7-22 | I | 42:20-44:6 |
| 17 | Maccoun: 45:1-47:6 | | |
| 18 | Maccoun: 47:16-20 | | |
| 19 | Maccoun: 48:12-17 | | |
| 20 | Maccoun: 53:10-54:13 | I | 52:17-53:9 |
| 21 | Maccoun: 55:5-9 | I | 54:20-55:4 |
| 22 | Maccoun: 55:23-56:13 | | |
| 23 | Maccoun: 57:3-58:16 | | |
| 24 | Maccoun: 58:21- | | |

| | | | |
|---|---|---|---|
| | 59:20 | | |
| 25 | Maccoun: 60:2-18 | I | 61:10-24; 63:5-10 |
| 26 | Maccoun: 65:17-66:3 | | |
| 27 | Maccoun: 67:6-12 | | |
| 28 | Maccoun: 68:19-69:25 | I | 70:2-5 |
| 29 | Maccoun: 70:19-72:12 | | |
| 30 | Maccoun: 73:23-74:6 | | |
| 31 | Maccoun: 74:12-75:3 | | |
| 32 | Maccoun: 77:24-78:18 | | |
| 33 | Maccoun: 80:25-81:4 | I | 79:23-80:24 |
| 34 | Maccoun: 83:13-84:18 | | |
| 35 | Maccoun: 84:23-87:1 | | |
| 36 | Maccoun: 87:13-18 | | |
| 37 | Maccoun: 88:19-89:9 | | |
| 38 | Maccoun: 90:3-8 | | |
| 39 | Maccoun: 90:13-91:8 | I | 91:9-11 |
| 40 | Maccoun: 91:12-19 | | |
| 41 | Maccoun: 92:15-93:25 | | |
| 42 | Maccoun: 94:7-11 | | |
| 43 | Maccoun: 94:15-19 | | |
| 44 | Maccoun: 95:1-16 | I | 95:22-96:1 |
| 45 | Maccoun: 96:20-99:24 | | |
| 46 | Maccoun: 100:17-101:1 | | |
| 47 | Maccoun: 101:3-18 | I | 101:19-22 |
| 48 | Maccoun: 101:23-102:2 | I | 102:3-10 |
| 49 | Maccoun: 102:11-17 | | |
| 50 | Maccoun: 102:22-103:7 | I | 102:18-21 |
| 51 | Maccoun: 104:4-105:4 | | |
| 52 | Maccoun: 105:22-106:7 | | |
| 53 | Maccoun: 119:22-120:11 | | |
| 54 | Maccoun: 121:15-123:2 | | |
| 55 | Maccoun: 123:10-18 | I | 123:3-9 |

| | | | |
|---|---|---|---|
| 56 | Maccoun: 127:8-129:23 | I | 129:25-130:1, 130:3-12 |
| 57 | Maccoun: 130:24-131:12 | | |
| 58 | Maccoun: 131:24-132:22 | I | 132:23-133:3 |
| 59 | Maccoun: 133:10-135:9 | | |
| 60 | Maccoun: 136:8-138:7 | 402, 403 | |
| 61 | Maccoun: 138:20-141:3 | 402, 403 | |
| 62 | Maccoun: 141:5-7 | 402, 403 | |
| 63 | Maccoun: 143:4-6 | 402, 403 | |
| 64 | Maccoun: 143:11-17 | 402, 403 | |
| 65 | Maccoun: 144:9-146:3 | 402, 403 | |
| 66 | Maccoun: 146:20-147:4 | 402, 403 | |
| 67 | Maccoun: 147:19-149:6 | 402, 403 | |

## DEPOSITION OF JAMES MACCOUN (VOLUME 2)

| Name | Deposition Cite | Objection | Counter-Designations |
|---|---|---|---|
| James Maccoun August 17, 2012 | | | |
| 1 | Maccoun: 165:17-166:19 | | |
| 2 | Maccoun: 171:6-13 | | |
| 3 | Maccoun : 173:13-21 | | |
| 4 | Maccoun: 174:15-19 | | |
| 5 | Maccoun: 176:4-7 | | |
| 6 | Maccoun: 178:12-19 | | |
| 7 | Maccoun: 179:8-180:16 | | |
| 8 | Maccoun: 183:1-9 | | |
| 9 | Maccoun: 184:17-185:13 | | |
| 10 | Maccoun: 185:23-186:22 | I | 185:14-15, 185:19-21 |
| 11 | Maccoun: 190:15-191:3 | I | 187:24-188:1, 188:2-188:16, 188:18-189:8, 189:10-190:8, 192:8-18 |

| 12 | Maccoun: 194:5-197:12 | | |
|---|---|---|---|
| 13 | Maccoun: 198:22-199:5 | | |
| 14 | Maccoun: 200:14-201:8 | I | 199:22-25, 200:2-13 |
| 15 | Maccoun: 201:19-203:13 | I | 201:10-18, 203:15-22 |
| 16 | Maccoun: 204:14-205:11 | I | 205:13, 205:15-21 |
| 17 | Maccoun: 207:8-208:22 | | |
| 18 | Maccoun: 209:9-22 | | |
| 19 | Maccoun: 210:15-18 | | |
| 20 | Maccoun: 211:10-212:13 | I | 210:19-21, 210:24-211:10, 212:15-18, 212:21-213:4 |
| 21 | Maccoun: 213:6-214:13 | | |
| 22 | Maccoun: 214:25-215:8 | 402, 403, I | 215:9-15 |
| 23 | Maccoun: 217:13-19 | 402, 403 | |
| 24 | Maccoun: 219:23-220:23 | 402, 403 | |
| 25 | Maccoun: 221:9-19 | 402, 403 | |
| 26 | Maccoun: 234:12-21 | | |
| 27 | Maccoun: 236:11-237:4 | I | 235:22-236:10 |
| 28 | Maccoun: 237:23-238:20 | I | 237:13-15, 237:17-21 |
| 29 | Maccoun: 239:6-9 | | |
| 30 | Maccoun: 239:22-240:9 | I | 240:16-21 |
| 31 | Maccoun: 241:5-8 | | |