# EXHIBIT D

## Plaintiff I/P Engine, Inc.'s Objections to Defendants' Initial Deposition Designations

1. Berger, Alex (7/11/2012)

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [6:21] – [6:24] | | |
| [15:2] – [16:2] | | [10:3] – [10:18]<br>[11:10] – [12:25]<br>[13:10] – [13:13]<br>[13:17] – [14:25] |
| [22:7] – [23:9] | | |
| [27:16] – [28:6] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [24:3] – [27:15]<br>[28:7] – [29:18]<br>[29:23] – [30:19]<br>[52:17] – [53:17]<br>[54:4] – [54:8]<br>[54:14] – [55:9]<br>[55:17] – [56:10]<br>[56:14] – [57:7]<br>[188:17] – [189:17]<br>[190:7] – [190:12]<br>[191:16] – [192:5] |
| [61:19] – [63:4] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | [61:3] – [61:18]<br>[65:12] – [68:25] |
| [63:5] – [63:16] | 402 – Relevance; 403 – Prejudicial; incomplete question/answer pair | [61:3] – [61:18]<br>[65:12] – [68:25] |
| [69:2] – [69:13] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [61:3] – [61:18]<br>[65:12] – [68:25] |
| [69:17] – [69:24] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [61:3] – [61:18]<br>[65:12] – [68:25]<br>[69:25] – [70:16]<br>[71:10] – [72:5] |
| [74:3] – [74:23] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [127:4] – [127:15]<br>[128:3] – [129:11]<br>[130:13] – [131:2]<br>[177:4 – 178:18]<br>[180:18] – [185:4]<br>[216:25] – [220:25] |
| [75:7] – [75:17] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [75:18] – [76:4] |
| [76:5] – [76:16] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [76:17] – [77:22] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [82:17] – [84:11] | 402 – Relevance | [82:5] – [82:16]<br>[84:12] – [84:24] |
| [85:12 – [86:2] | 402 - Relevance | [85:8] – [85:11] |
| [86:3] – [86:15] | | |

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [89:8] – [89:11] | | |
| [89:12] – [89:23] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [89:24] – [90:7] | | |
| [90:8] – [90:20] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [94:14] – [94:21] | | [94:22] – [96:11]<br>[97:5] – [97:13]<br>[97:19] – [98:7] |
| [98:8] – [98:11] | | [98:12] – [98:16] |
| [98:17] – [99:7] | | |
| [101:12] – [101:16] | | [101:17] – [101:25] |
| [102:5] – [102:25] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [103:7] – [104:15] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Privilege | |
| [105:6] – [108:10] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [108:11] – [108:19]<br>[111:4] – [111:25]<br>[112:17] – [113:17]<br>[119:23] – [120:7] |
| [114:8] – [115:7] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [152:19] – [153:24] | 402 – Relevance; Subject to Plaintiff's MIL 1; lack of foundation | |
| [156:11] – [156:16] | 402 – Relevance; Subject to Plaintiff's MIL 1; lack of foundation | |
| [160:9] – [160:11] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [161:18] – [162:4] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [175:2] – [175:8] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [195:4] – [195:18] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Privilege | |
| [213:3] – [213:18] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |

2. Berger, Alex (7/25/2012, Hudson Bay 30(b)(6))

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [6:13] – [6:17] | 402 - Relevance | |
| [7:5] – [7:17] | | [7:18] – [7:20] |
| [10:11] – [12:12] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of Foundation; Privilege; Incomplete Question/Answer pair | [12:13] – [13:5] |

| | | |
|---|---|---|
| [13:6] – [14:5] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1 | [12:13] – [13:5] |
| [16:9] – [17:7] | 402 – Relevance; subject to Plaintiff's MIL 1; lack of foundation | [14:6] – [14:25] |
| [17:19] – [18:23] | 402 – Relevance; subject to Plaintiff's MIL 1 | |
| [21:6] – [21:12] | 402 – Relevance; subject to Plaintiff's MIL 1 | |
| [21:22] – [22:11] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1 | |
| [23:5] – [23:19] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [23:25] – [26:11] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1 | |
| [26:25] – [27:23] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1 | |
| [28:8] – [29:5] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1 | |
| [29:10] – [29:18] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1 | |
| [31:15] – [34:14] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1 | [29:19] – [31:13]<br>[41:4] – [41:13] |
| [43:20] – [44:2] | 402 – Relevance; subject to Plaintiff's MIL 1 | |
| [44:12] – [46:25] | 402 – Relevance; 403 - Prejudicial; subject to Plaintiff's MIL 1; lack of foundation | |

3. Berger, Alex (7/25/2012, I/P Engine 30(b)(6))

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [7:10] – [7:13] | | |
| [9:14] – [10:9] | | |
| [13:18] – [14:19] | | [15:14] – [16:15] |
| [17:5] – [18:22] | | [19:5] – [21:4]<br>[58:5] – [62:25]<br>[66:23] – [67:17]<br>[67:25] – [68:8] |
| [21:5] – [21:7] | | |
| [22:21] – [23:16] | 402 – Relevance | [22:4] – [22:19] |
| [24:5] – [25:15] | 402 – Relevance | [23:17] – [23:18]<br>[23:23] – [24:4]<br>[25:16] – [25:20]<br>[26:5] – [26:12] |
| [26:13] – [26:25] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |

| | | |
|---|---|---|
| [27:2] – [27:21] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [39:12] – [40:6]<br>[63:21] – [64:21]<br>[65:6] – [65:8]<br>[65:11] – [65:13]<br>[65:19] – [65:21] |
| [29:5] – [30:5] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [30:6] – [30:12] |
| [30:22] – [31:20] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [31:21] – [32:2] |
| [32:15] – [32:21] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [34:8] – [36:8]<br>[36:20] – [36:24] |
| [32:22] – [33:18] | | [34:8] – [36:8]<br>[36:20] – [36:24] |
| [36:9] – [36:19] | | |
| [36:25] – [37:9] | | [37:13] – [37:16] |
| [41:19] – [42:12] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | [38:16] – [38:19]<br>40:17] – [41:2]<br>[41:16] – [41:18] |
| [48:23] – [50:15] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [50:24] – [50:25] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [52:14] – [52:25] | | [53:14] – [53:17] |
| [54:2] – [55:5] | | |
| [55:19] – [56:7] | | |
| [56:8] – [57:7] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| [57:8] – [57:13] | | |
| [63:15] – [63:20] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [70:9] – [70:22] | | |
| [71:19] – [73:10] | 402 – Relevance; Subject to Plaintiff's MIL 1; lack of foundation | [73:11] – [74:7] |
| [78:17] – [78:25] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [75:25] – [76:7]<br>[79:2] – [79:13] |
| [80:13] – [80:15] | | [80:16] – [80:20] |
| [81:24] – [82:2] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [83:23] – [84:20] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [85:11] – [85:13] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [87:24] – [88:18] | 402 – Relevance; Subject to Plaintiff's MIL 1; 403 – Prejudicial; Privilege | |
| [88:22] – [89:3] | 402 – Relevance; Subject to Plaintiff's MIL 1; 403 - Prejudicial | |
| [90:4] – [90:9] | 402 – Relevance; Subject to Plaintiff's MIL 1; 403 – Prejudicial; Privilege | |
| [91:3] – [92:9] | 402 – Relevance; Subject to Plaintiff's MIL 1; 403 – Prejudicial; Privilege | |
| [93:19] – [95:25] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |

| | | |
|---|---|---|
| [96:21] – [99:22] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| [104:18] – [106:14] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| [129:22] – [131:8] | 402 – Relevance; Subject to Plaintiff's MIL 1; lack of foundation; Includes question | [131:16] – [132:21] |
| [133:8] – [133:18] | 402 – Relevance; Subject to Plaintiff's MIL 1; Lack of Foundation | |

4. Blais, Mark (7/31/2012, Lycos 30(b)(6))

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [6:3] – [6:6] | | |
| [8:11] – [8:13] | | |
| [8:21] – [9:1] | | |
| [9:12] – [9:19] | | |
| [9:23] – [10:11] | | |
| [10:22] – [11:1] | | |
| [27:9] – 27:21] | | |
| [28:21] – [29:7] | | |
| [30:19] – [30:21] | | |
| [31:2] – [31:10] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [31:12 – [32:1] |
| [32:15] – [32:18] | | [32:6] – [32:9] |
| [41:24] – [42:15] | 402 – Relevance | [41:17] – [41:23] [43:4] – [45:19] |
| [57:17] – [58:4] | | |
| [78:12] – [79:3] | | [76:11] – [76:24] [79:4] – [80:5] |
| [90:5] – [90:15] | 402 – Relevance | |
| [90:16] – [90:19] | | |
| [96:12] – [96:17] | | |
| [96:18] – [96:23] | | |
| [108:4] – [108:8] | 402 – Relevance; Subject to Plaintiff's MIL 1 | [107:18] – [108:3] |
| [110:5] – [110:12] | | [110:13] – [111:23] |
| [111:24] – [113:7] | | |
| [114:17] – [115:10] | | |
| [116:8] – [116:13] | | |
| [122:2] – [123:2] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [123:12] – [123:19] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [124:12] – [124:23] | 402 – Relevance; Subject to Plaintiff's MIL 1 | |
| [125:23] – [126:5] | 402 – Relevance; Subject to Plaintiff's MIL 1; Incomplete question/answer pair | |

| | | |
|---|---|---|
| [128:20] – [129:8] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1; Incomplete Question/Answer pair | |
| [131:13] – [132:11] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1; Incomplete Question/Answer pair | [130:6] – [131:5] |
| [133:6] – [133:14] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1; Incomplete Question/Answer pair | |
| [133:24] – [134:2] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| [134:11] – [134:23] | 402 – Relevance; Subject to Plaintiff's MIL 1; 403 - Prejudicial | |
| [135:4] – [135:17] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| [136:2] – [136:6] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| [137:14] – [137:21] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| [138:11] – [140:20] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1; lack of foundation | |
| [140:22] – [142:20] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1 | |
| 145:18] – 146:19] | 402 – Relevance; 403 - Prejudicial; Subject to Plaintiff's MIL 1; Speculation | [144:21] – [145:17] [147:2] – [147:6] |
| [150:1] – [150:21] | | |
| [153:22] – [154:8] | | |

5. Kosak, Donald (5/31/2012)

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [10:15] - [11:23] | | |
| [12:8] - [13:21] | | [226:23] - [227:1] |
| [15:2] - [15:8] | | [14:20] - [15:1] |
| [16:6] - [16:11] | | [16:12] - [16:17] [16:23] - [17:14] [20:16] - [21:1] |
| [30:6] – [30:15] | | [29:13] – [30:5] [30:16] – [31:4] |

| | | |
|---|---|---|
| [65:14] – [65:22] | Speculation; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [32:4] - [34:11]<br>[34:17] - [37:1]<br>[38:6] - [42:5]<br>[43:12] - [45:19]<br>[47:2] - [50:25]<br>[51:4] - [53:11]<br>[53:15] - [54:17]<br>[54:21] - [54:24]<br>[55:1] - [56:2]<br>[56:4] - [56:19]<br>[56:24] - [59:1]<br>[59:18] - [60:1]<br>[60:21] - [61:5]<br>[61:13] - [65:1] |
| [66:7] – [66:15] | Speculation; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [73:3] - [73:12] | | |
| [75:4] - [75:23] | | [75:24] - [77:10] |
| [77:11] - [79:6] | | [79:8] - [79:17]<br>[220:11] - [221:10] |
| [79:20] - [80:7] | | |
| [80:18] - [82:5] | | [82:21] - [83:3]<br>[84:2] - [85:3]<br>[273:17] - [274:8] |
| [92:25] – [93:8] | | [89:12] - [89:16]<br>[89:18] - [89:21]<br>[92:4] - [92:5]<br>[92:13] - [92:24]<br>[94:17] - [96:22]<br>[96:25] - [99:7] |
| [99:8] – [100:2] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [100:3] - [101:21]<br>[233:18] - [234:4]<br>[235:3] - [236:1] |
| [101:22] - [102:11] | | [102:12] - [103:17] |
| [103:18] – [103:22] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [103:23] - [104:17] |
| [104:18] – [105:1] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of foundation | [105:2] - [107:14]<br>[108:19] - [111:24] |
| [113:13] – [114:18] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of foundation | [112:20] - [113:12]<br>[114:19] - [115:15] |
| [115:16] – [116:12] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [121:7] - [122:14]<br>[128:24] - [131:10] |
| [162:2] – [163:1] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [161:15] - [162:1] |
| [164:11] – [164:18] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |

| | | |
|---|---|---|
| [173:19] – [173:23] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [173:24] - [175:17] [179:5] - [179:12] |
| [204:14] – [206:5] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of foundation | [206:6] - [206:21] |
| [249:20] – [251:9] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of foundation | [248:7] - [249:10] [251:10 - [252:14] [253:1] - [256:13] |
| [258:14] – [260:9] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |

6. Lang, Andrew (5/17/2012)

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [11:24] - [12:5] | | [114:6] - [115:19] |
| [14:5] - [14:18] | | |
| [23:4] - [24:8] | | |
| [24:20] - [25:6] | | [25:19] - [27:22] |
| [27:23] – [28:8] | | |
| [29:4] – [29:18] | 402 – Relevance | [28:9] - [29:3] [29:19] - [29:21] [30:14] - [30:17] [31:19] - [31:24] |
| [34:2] – [34:17] | 402 – Relevance | |
| [35:6] – [36:11] | | [35:12] - [35:19] |
| [40:23] - [41:7] | | |
| [41:8] – [42:4] | 402 – Relevance | |
| [46:4] - [46:11] | | |
| [47:22] – [49:5] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [49:6] - [49:14] | | [49:15] - [50:7] |
| [50:8] – [50:21] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [57:9] - [57:14] | | [57:20] - [61:6] |
| [64:23] - [65:15] | | |
| [66:2] – [66:5] | | |
| [69:20] – [70:11] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [71:14] - [72:4] | | |
| [72:5] – [72:13] | | |
| [72:24] – [74:3] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [74:4] - [74:25] [75:19] - [76:1] [77:11] - [77:23] [78:3] - [78:9] |

| | | |
|---|---|---|
| [91:4] - [92:8] | | |
| [94:18] - [95:25] | | |
| [96:1] – [97:7] | 402 – Relevance | |
| [97:13] – [97:19] | 402 – Relevance | |
| [97:20] - [99:3] | | |
| [99:4] – [99:16] | 402 – Relevance | |
| [99:22] – [99:25] | 402 – Relevance | [100:14] - [101:1] |
| [123:22] – [124:17] | 402 – Relevance; 701 – Improper Lay Opinion | [124:18] - [124:22] |
| [134:10] – [137:12] | 402 – Relevance; 403 - Prejudicial; Privilege; speculation; 701 – Improper Lay Opinion | [133:15] - [134:9] |
| [137:21] – [139:15] | 402 – Relevance; Lack of Foundation; 701 – Improper Lay Opinion; speculation | |
| [140:6] – [145:3] | 402 – Relevance; speculation; 701 – Improper Lay Opinion | |
| [145:11] – [146:19] | 402 – Relevance; 701 – Improper Lay Opinion | |
| [147:6] – [152:11] | 402 – Relevance; 403 - Prejudicial; Lack of Foundation; Speculation; 701 – Improper Lay Opinion | |
| 152:22] – [153:15] | | |
| [155:19] – [156:10] | | |
| [181:11] – [181:18] | 701 – Improper Lay Opinion | |
| [199:8] – [200:13] | | [198:20] - [199:7] |
| [217:14] – [218:10] | | |
| [228:23] – [229:9] | | |
| [244:20] – [245:10] | 701 – Improper Lay Opinion | |
| [249:20] – [252:2] | 403 – Prejudicial; Lack of Foundation; Privilege | |
| [259:25] – [261:8] | 402 – Relevance; Privilege | |
| [261:17] – [263:18] | Speculation; 701 – Improper Lay Opinion | |

7. Perlman, Andrew (8/29/2012, Vringo 30(b)(6))

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [7:10] - [8:2] | | [8:03] - [8:25]<br>[10:17] – [13:12]<br>[13:15] - [14:7]<br>[14:13] - [17:15]<br>[17:19] - [18:6]<br>[19:2] - [19:4] |
| [19:5] - [19:8] | | [19:9] - [20:2]<br>[20:11] - [20:22]<br>[21:2] - [21:7]<br>[21:16] - [22:7] |

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [22:8] - [22:22] | | |
| [23:6] - [23:10] | | |
| [23:24] - [24:4] | | |
| [25:20] – [26:18] | 402 – Relevance | |
| [27:10]-[27:23] | | |
| [28:16] – [29:5] | 402 – Relevance | [30:3] - [30:7] |
| [30:12] – [30:19] | | |
| [39:12] – [39:21] | | |
| [44:16] – [45:23] | | |
| [46:15] – [46:25] | | [47:2] - [50:17] |
| [50:18] – [51:5] | | |
| [52:15] – [52:21] | 402 – Relevance | |
| [53:20] – [54:3] | 402 – Relevance; Lack of foundation | |
| [54:22] – [55:3] | 402 – Relevance | |
| [68:21] – [69:6] | 402 – Relevance | |
| [73:3] – [73:16] | 402 – Relevance | |
| [73:23] – [74:6] | 402 – Relevance | |
| [75:14] – [78:22] | 402 – Relevance; Lack of foundation | [79:5] - [80:8] |
| [80:9] – [81:3] | 402 – Relevance | [81:4] - [81:23] |
| [94:9] – [97:13] | 402 – Relevance; Lack of foundation | |
| [97:23] – [98:11] | | |
| [99:6] – [99:23] | 402 – Relevance; Lack of foundation | [99:24] - [101:21] [104:6] - [105:3] |
| [106:23] – [107:14] | 402 – Relevance | [107:15] - [108:13] |
| [108:14] – [110:6] | 402 – Relevance | [110:7] - [110:10] |
| [110:11] – [110:13] | 402 – Relevance | [110:14] - [110:22] |
| [110:23] – [111:17] | 402 – Relevance | [111:18] - [111:24] |
| [112:3] – [114:8] | 402 – Relevance; Lack of foundation | |
| [115:21] – [116:12] | 402 – Relevance | |
| [117:7] – [117:25] | 402 – Relevance | [118:2] - [118:11] |
| [118:12] – [118:22] | 402 – Relevance | [118:23] - [119:10] |
| [120:7] – [121:8] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | [121:9] - [121:19] |
| [122:2] – [122:9] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [123:10] – [124:4] | 402 – Relevance | |
| [125:7] – [125:19] | 402 – Relevance | [125:20] - [126:11] |
| [126:12] – [127:10] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [127:16] – [127:23] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [129:3] – [129:16] | 402 – Relevance | |
| [130:2] – [130:12] | 402 – Relevance | |

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [131:9] – [132:16] | 402 – Relevance | |
| [136:5] – [136:17] | 402 – Relevance | [136:18] - [137:5] |
| [143:11] – [144:23] | 402 – Relevance; Lack of foundation | |
| [145:12] – [146:15] | 402 – Relevance; Speculation | [146:16] - [151:24] |
| [151:25] – [152:24] | 402 – Relevance; Lack of Foundation | [152:25] - [154:3] |
| [154:4] – [155:12] | 402 – Relevance; 701 – Improper Lay opinion; Lack of foundation | [155:13] - [155:23] |
| [155:24] – [156:5] | 402 – Relevance; Lack of Foundation | |
| [156:14] – [156:20] | 402 – Relevance | |
| [157:14] – [157:25] | 402 – Relevance | [158:2] - [158:6] |
| [159:15] – [160:25] | | [161:2] - [161:6] [164:8] - [164:11] |
| [166:8] – [167:8] | 402 – Relevance | |
| [167:14] – [168:3] | 402 – Relevance | |
| [168:22] – [168:24] | 402 – Relevance; Prejudicial; Subject to Plaintiff's MIL 1; Incomplete Question/Answer Pair | |
| [169:10] – [169:11] | 402 – Relevance; Incomplete Question/Answer Pair | [170:5] - [171:2] |
| [171:3] – [172:9] | 402 – Relevance; Lack of Foundation; 701 – Improper Lay Opinion; Speculation | [172:10] - [172:12] [173:11] - [174:3] |
| [174:4] – [175:15] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of Foundation | [175:16] - [176:14] [177:7] - [177:13] |
| [178:6] – [178:17] | 402 – Relevance | [178:18 - [179:21] [180:12] - [180:18] [181:20] - [181:23] [183:8] - [183:14] [184:3] - [184:14] |
| [184:22] – [185:7] | 402 – Relevance | [185:8] - [185:11] |
| [185:12] – [185:23] | 402 – Relevance; Lack of Foundation | |
| [186:3] – [186:23] | 402 – Relevance; Lack of Foundation | [186:24] - [187:6] |
| [187:7] - [187:12] | | [187:13] - [188:20] |
| [188:21] – [189:7] | 402 – Relevance | [189:8] - [191:8] |
| [193:13] – [193:22] | 402 – Relevance | |
| [194:25] – [195:3] | 402 – Relevance; Lack of Foundation | |
| [195:5] – [195:7] | 402 – Relevance; Lack of Foundation | [195:8] - [195:10] |
| [195:11] – [197:14] | 402 – Relevance; Lack of Foundation; Speculation | |
| [198:6] – [198:13] | 402 – Relevance | |
| [199:8] – [200:15] | 402 – Relevance | |
| [201:23] – [203:3] | 402 – Relevance; Lack of Foundation | |
| [203:19] – [204:15] | 402 – Relevance | [204:16] - [205:2] |
| [205:18] – [205:21] | 402 – Relevance | |

| Initial Designation Page/Line | Objection | Counter-Designations (Page/Line) |
|---|---|---|
| [205:25] – [206:25] | 402 – Relevance; Lack of foundation | [207:2] - [207:16] |
| [210:4] – [210:23] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of Foundation | [210:24] - [211:14] |
| [211:15] – [211:24] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of Foundation | [211:25] - [212:8] |
| [212:9] – [212:14] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1; Lack of Foundation | [212:15] - [212:24] |
| [212:25] – [213:9] | 402 – Relevance; 403 – Prejudicial; Subject to Plaintiff's MIL 1 | |
| [219:25] – [220:15] | 402 – Relevance | [221:4] - [221:8] |
| [221:12] – [221:19] | 402 – Relevance | |
| [221:25] – [222:13] | 402 – Relevance; Lack of Foundation; Speculation | |
| [222:22] – [223:8] | 402 – Relevance; 403 – Prejudicial; Lack of Foundation | |
| [223:12] – [223:20] | 402 – Relevance | [223:21] - [224:10] |
| [224:11] - [224:17] | | |
| [226:25] – [228:11] | | [228:12] - [229:5] |
| [231:17] - [231:21] | | |

DSMDB-3102365v3