# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Wednesday, October 17, 2011

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Sharon Borden, OCR (am)
  Jody Stewart, OCR (pm)

| Set: 10:00 a.m. | Started: 10:10 a.m. | Ended: 5:45 p.m. |
|---|---|---|

| |
|---|
| Case No. 2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, Dawn Rudenko, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, David Perlson, Emily O'Brien, Stephen Noona, David Bilsker, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| |
| Matter came on for trial by jury (Day #2). |
| Petit jurors (9) appeared pursuant to adjournment last evening 10/16/12. |
| Plaintiff presented evidence – witnesses sworn and testified. |
| Plaintiff's and Defendant's Exhibits introduced and admitted into evidence. |
| Objections heard and rulings made on the record. |
| Video Deposition of Jonathan Alferness shown to the jury. |
| |
| |
| (Lunch Recess: 1:00pm – 2:35pm)   (continued on page 2) |

| Case No. 2:11cv512 I/P Engine v. AOL Inc.,et. al. | Continuation... (page 2) |
|---|---|

Out of the presence of the jury, Court DENIED Plaintiff's #700 Motion for Reconsideration of 697 Order denying Motion for Sanctions; and DENIED Defendant's #709 Motion to Strike and for Sanctions and to Strike Plaintiffs Supplemental Expert report in Violation of the Courts Oct. 9th Order.

Jurors excused and Court adjourned until Thursday, 10/18/12 at 10:00 a.m.