# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Thursday, October 18, 2011

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Sharon Borden, OCR (am)
 Jody Stewart, OCR (pm)

Set: 10:00 a.m.  Started: 10:00 a.m.  Ended: 5:05 p.m.

| |
|---|
| Case No. 2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, Frank Cimino, Jr., Charles Monterio, and W. Ryan Snow appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, David Perlson, Emily O'Brien and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| |
| Matter came on for trial by jury (Day #3). |
| Petit jurors (9) appeared pursuant to adjournment last evening 10/17/12. |
| Comments of Court and counsel re: sealing of courtroom for testimony on proprietary information. Public notice to be posted. |
| Plaintiff continued presentation of evidence - witnesses sworn and testified. |
| Video deposition of Jon Diorio, Gary Holt and Bartholomew Furrow shown to the jury. |
| Plaintiff's Exhibits introduced and admitted into evidence. |
| Objections heard and rulings made on the record. |
| Court adjourned until Friday, 10/19/12 at 10:00 a.m. |
| (Lunch Recess: 12:50pm - 2:20pm)   (continued on page 2) |