# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Friday, October 19, 2011

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Sharon Borden, OCR (am)

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 12:00 p.m. |
|---|---|---|
| Case No. 2:11cv512 ||| 
| I/P Engine, Inc., Plaintiff/Counter Defendant |||
| v. |||
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |||
| |||
| Attorney's Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |||
| Attorney's David Nelson, David Perlson, Stephen Noona, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |||
| |||
| Matter came on for trial by jury (Day #4). |||
| Petit jurors (9) appeared pursuant to adjournment last evening 10/18/12. |||
| Court ORDERED courtroom sealed for proprietary testimony. |||
| Plaintiff continued presentation of evidence - witness testified. |||
| Plaintiff's Sealed Exhibits introduced and admitted into evidence. |||
| Objections heard and rulings made on the record. |||
| Out of the presence of the jury, Court DENIES Defendant's Motion to Strike. |||
| Jurors excused and Court adjourned until Monday, 10/22/12 at 10:00 a.m. |||

(continued on page 2)