# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Monday, October 22, 2011

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Sharon Borden, OCR (am)
 Jody Stewart, OCR (pm)

| Set: 10:00 a.m. | Started: 9:45 a.m. | Ended: 5:05 p.m. |
|---|---|---|
| Case No. 2:11cv512 | | |
| I/P Engine, Inc., Plaintiff/Counter Defendant | | |
| v. | | |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants | | |
| | | |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. | | |
| Attorney's David Nelson, David Perlson, Emily O'Brien, Stephen Noona, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. | | |
| | | |
| Matter came on for trial by jury (Day #5). | | |
| Out of the presence of the jury, Pretrial conference held in chambers. | | |
| Petit jurors (9) appeared pursuant to adjournment last Friday, 10/19/12. | | |
| Plaintiff continued presentation of evidence - witnesses sworn and testified. | | |
| Plaintiff's Exhibits introduced and admitted into evidence. | | |
| Objections heard and rulings made on the record. | | |
| Jurors excused and Court adjourned until Tuesday, 10/23/12 at 9:30 a.m. | | |
| | | |
| (Lunch Recess: 12:50pm – 2:25pm) (continued on page 2) | | |