# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, October 23, 2012

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Sharon Borden, OCR (am)
                                               Jody Stewart, OCR (pm)

Set: 9:30 a.m.          Started: 9:20 a.m.          Ended: 5:10 p.m.

| |
|---|
| Case No.   2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, Dawn Rudenko, and W. Ryan Snow appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, Robert Wilson, Emily O'Brien, David Bilsker, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| Matter came on for trial by jury (Day #6). |
| Out of the presence of the jury, Pretrial conference held in chambers. |
| Petit jurors (9) appeared pursuant to adjournment last evening 10/22/12. |
| Plaintiff continued presentation of evidence - witnesses sworn and testified. |
| Plaintiff's Exhibits introduced and admitted into evidence. |
| Objections heard and rulings made on the record. |
| Court STRIKES testimony of Dr. Becker, given on cross examination, re: purchase/sell agreement of the Disney/Google Patent. |
| Court to close Courtroom tomorrow, 10/24/12, from 2:30pm - 3:15pm for proprietary testimony. |
| Juror excused and Court adjourned until Wednesday, 10/24/12 at 10:00 a.m. |
| (Lunch Recess: 12:50pm - 2:20pm)                    (continued on page 2) |