**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC.,        ) | |
|        ) | |
|       Plaintiff,   ) | |
|        v.        ) | Civ. Action No. 2:11-cv-512 |
|        ) | |
| AOL, INC. et al.,       ) | |
|        ) | |
|       Defendants.   ) | |

**NOTICE OF PLAINTIFF'S PROPOSED CURATIVE INSTRUCTIONS**

Plaintiff I/P Engine, Inc. ("I/P Engine") hereby provides notice of submission of the proposed curative instructions to the jury, with regard to the misconduct of Defendants during the cross-examination of I/P Engine's damages expert, Dr. Stephen Becker.  I/P Engine requests that the attached instructions be read to the jury at the re-commencement of trial on the morning of Wednesday, October 24, 2012.

Dated: October 24, 2012

By:  /s/ Jeffrey K. Sherwood
Donald C. Schultz (Virginia Bar No. 30531)
W. Ryan Snow (Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN PLC
150 West Main Street
Norfolk, VA 23510
Telephone:     (757) 623-3000
Facsimile:     (757) 623-5735

Jeffrey K. Sherwood (Virginia Bar No. 19222)
Frank C. Cimino, Jr.
Kenneth W. Brothers
Dawn Rudenko Albert
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone:     (202) 420-2200

Facsimile:       (202) 420-2201

Counsel for Plaintiff I/P Engine, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of October, 2012, the foregoing was served via the

Court's CM/ECF system on the following:

Stephen Edward Noona
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com

David Bilsker
David Perlson
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
robert.burns@finnegan.com

Cortney S. Alexander
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
cortney.alexander@finnegan.com

/s/ Jeffrey K. Sherwood

2