# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Wednesday, October 24, 2012

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*     Reporter: Sharon Borden, OCR (am)
                                          Jody Stewart, OCR (pm)

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 5:05 p.m. |
|---|---|---|
| Case No. 2:11cv512 | | |
| I/P Engine, Inc., Plaintiff/Counter Defendant | | |
| v. | | |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants | | |
| | | |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, Dawn Rudenko, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. | | |
| Attorney's David Nelson, Robert Wilson, Emily O'Brien, David Perlson, David Bilsker, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. | | |
| | | |
| Matter came on for trial by jury (Day #7). | | |
| Out of the presence of the jury, Defendants Motion to Strike Testimony of Dr. Becker – Argued – Court DENIES the Motion. | | |
| Out of the presence of the jury, Defendants Motion to Strike Certain Testimony of Dr. Becker – Argued – Court to issue a curative jury instruction. | | |
| Out of the presence of the jury, the Court heard objections to certain exhibits. | | |
| | | |
| | | |
| (Lunch Recess: 1:15pm – 2:30pm) | | (continued on page 2) |

| Case No. 2:11cv512 I/P Engine v. AOL Inc.,et. al. | | Continuation...    (page 2) |
|---|---|---|
| | | |
| Petit jurors (9) appeared pursuant to adjournment last evening 10/23/12. | | |
| Plaintiff read interrogatory into the record. | | |
| Plaintiff rested. | | |
| Out of the presence of the jury, Defendant's Motion for a Judgment as a Matter of Law – Argued – Court DENIED the motion. | | |
| | | |
| Defendants presented evidence – witnesses sworn and testified. | | |
| Plaintiff's Exhibit introduced and admitted into evidence. | | |
| Objections heard and rulings made on the record. | | |
| | | |
| Jurors excused and Court adjourned until Thursday, 10/25/12 at 10:00 a.m. | | |