# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Thursday, October 25, 2012

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*            Reporter: Sharon Borden, OCR (am)
                                                 Jody Stewart, OCR (pm)

| Set: 10:00 a.m. | Started: 9:50 a.m. | Ended: 4:45 p.m. |
|---|---|---|
| Case No.   2:11cv512 | | |
| I/P Engine, Inc., Plaintiff/Counter Defendant | | |
| v. | | |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants | | |
| | | |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. | | |
| Attorney's David Nelson, David Perlson, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. | | |
| | | |
| Matter came on for trial by jury (Day #8). | | |
| Out of the presence of the jury, objections heard and rulings made on the record about certain exhibits and testimony. | | |
| Petit jurors (9) appeared pursuant to adjournment last evening 10/24/12. | | |
| Court ORDERED courtroom sealed for proprietary testimony. | | |
| Defendants continued presentation of evidence. | | |
| Defendants exhibits introduced and admitted into evidence. | | |
| Objections heard and rulings made on the record. | | |
| Jurors excused and Court adjourned until Friday, 10/26/12 at 10:00 a.m. | | |
| (Lunch Recess: 12:55pm – 2:30pm)                    (continued on page 2) | | |