# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Friday, October 26, 2012

**MINUTES OF PROCEEDINGS IN**  Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Sharon Borden, OCR (am)
Jody Stewart, OCR (pm)

| Set: 10:00 a.m. | Started: 9:35 a.m.  10:00 a.m. | Ended: 9:45 p.m.  4:55 p.m. |
|---|---|---|

| |
|---|
| Case No.  2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, Dawn Rudenko, W. Ryan Snow, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, David Perlson, David Bilsker, Emily O'Brien, Robert Wilson, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| Matter came on for trial by jury (Day #9). |
| Petit jurors (9) appeared pursuant to adjournment last evening 10/25/12. |
| Court ORDERED courtroom sealed for proprietary testimony. |
| Defendants continued presentation of evidence. |
| Defendants and Plaintiff exhibits introduced and admitted into evidence. |
| Objections heard and rulings made on the record. |
| Out of the presence of the jury, objections heard and rulings made on the record about certain exhibits and testimony. |
| Jurors excused and Court adjourned until Monday, 10/29/12 at 10:00 a.m. |
| (Lunch Recess: 12:55pm – 2:20pm) |