# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Thursday, November 1, 2012

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*      Reporter: Sharon Borden, OCR (am)

Set: 10:30 a.m.      Started: 9:00 a.m.      Ended: 5:05 p.m.

| |
|---|
| Case No.   2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, Frank Cimino, Jr., Dawn Rudenko, Charles Monterio, and Donald Schultz, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, David Perlson, David Bilsker, Robert Wilson, Joshua Sohn, Emily O'Brien and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| Matter came on for trial by jury (Day #12). |
| Out of the presence of the jury, Court conducted a charge conference off the record. Objections heard on the record. |
| Petit jurors (9) appeared pursuant to adjournment last evening 10/31/12. |
| Out of the presence of the jury, Court finds the co-defendants will benefit from Court's previous ruling on Laches. |
| Closing Arguments heard. |
| Court ORDERED Jurors sequestered for lunch. |
| |
| |
| (Lunch Recess: 1:35pm – 2:45pm)      (continued on page 2) |

Jury received Court's charge and instructions.

Court excused jurors to begin their deliberations at 4:10pm.

Jurors excused and Court adjourned until Friday, 11/2/12 at 9:30 a.m.