# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Friday, November 2, 2012

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*    Reporter: Sharon Borden, OCR (am)

| Set: 9:30 a.m. | Started: 9:40 a.m. | Ended: 9:45 a.m. |
|---|---|---|
| | 10:12 a.m. | 10:17 a.m. |
| | 5:03 p.m. | 5:13 p.m. |

| |
|---|
| Case No.   2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Jeffrey Sherwood, Frank Cimino, Jr., Dawn Rudenko, Charles Monterio, and Donald Schultz, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, David Perlson, David Bilsker, Robert Wilson, Joshua Sohn, Emily O'Brien and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| |
| Matter came on for trial by jury (Day #13). |
| Petit jurors (9) appeared pursuant to adjournment last evening 11/1/12. |
| Court excused jurors to continue their deliberations at 9:43am. |
| Outside of the presence of the jury, Court and counsel discussed and answered questions of the jury. |
| Court ORDERED Jurors sequestered for lunch. |
| Jurors excused and Court adjourned to Monday November 5, 2012 at 10:00am. |
| |
| (Lunch Recess: 12:00pm – 1:30pm) |