# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Monday, November 5, 2012

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                Reporter: Sharon Borden, OCR (am)

| Set: 10:00 a.m. | Started: 9:55 a.m. | Ended: 10:00 a.m. |
|---|---|---|
| | 10:09 a.m. | 10:19 a.m. |
| | 3:41 p.m. | 3:44 p.m. |
| | 3:47 p.m. | 3:51 p.m. |
| | 5:07 p.m. | 5:10 p.m. |

| |
|---|
| Case No.   2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Frank Cimino, Jr. Charles Monterio, and W. Ryan Snow, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, David Perlson, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| Matter came on for trial by jury (Day #14). |
| Petit jurors (9) appeared pursuant to adjournment last Friday 11/2/12. |
| Court excused jurors to continue their deliberations at 9:58am. |
| Outside of the presence of the jury, Court and counsel discussed and answered questions of the jury. |
| |
| Jurors excused and Court adjourned until Tuesday, 11/6/12 at 10:00 a.m. |
| |
| (Lunch Recess: 1:00pm – 2:30pm)                            (continued on page 2) |