# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, November 6, 2012

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Sharon Borden, OCR (am)

| Set: 10:00 a.m. | Started: 10:03 a.m.<br>11:28 a.m.<br>12:43 p.m. | Ended: 10:04 a.m.<br>11:40 a.m.<br>1:00 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:11cv512 |
| I/P Engine, Inc., Plaintiff/Counter Defendant |
| v. |
| AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, Defendants/Counter Claimants |
| |
| Attorney's Kenneth Brothers, Frank Ciminio, Jr., W. Ryan Snow, Donald Schultz, and Charles Monterio appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |
| Attorney's David Nelson, David Perlson, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation. |
| |
| Matter came on for trial by jury (Day #15). |
| |
| Petit jurors (9) appeared pursuant to adjournment last evening 11/5/12. |
| Court excused jurors to continue their deliberations at 10:04am. |
| Out of the presence of the jury, court and counsel answered questions of the jury. |
| Court ordered jury sequestered for lunch. |
| |
| (continued on page 2) |

| Case No. 2:11cv512 I/P Engine v. AOL Inc.,et. al. | | Continuation... (page 2) |
|---|---|---|
| | | |
| Jury later returned with a verdict which was read into the record. | | |
| Jurors excused. | | |
| | | |
| Court directed counsel to file any motions in accordance with the Rules of Civil Procedure. | | |
| Judgment will issue once the Court makes a ruling on obviousness. | | |
| | | |
| Court adjourned. | | |