*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*

Norfolk Division

EXHIBIT LIST

I/P Engine, Inc.
PLAINTIFF

V.

AOL Inc., et.al.
DEFENDANTS

Case No: 2:11cv512

| PRESIDING JUDGE<br>Raymond A. Jackson | COURTROOM DEPUTY<br>P. Thompson | COURT REPORTER<br>Sharon Borden, OCR |
|---|---|---|
| HEARING DATE(S)<br>10/16/12 – 10/30/12 | PLAINTIFF ATTORNEY(S) K. Brothers, J. Sherwood, R. Snow, D. Rudenko, D. Schultz, F. Cimino | DEFENDANT ATTORNEY(S) D. Nelson, D. Perlson, E. O'Brien, S. Noona, D. Bilsker, R. Nelson |

| PLF NO. | DFT NO. | DATE Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **Andrew K Lang** |
| PX 218 | | 10/17/12 | X | X | Investor summary of Empirical Media Corporation 12/21/95 |
| PX3 | | " " | X | X | 5,867,799 Patent |
| PX1 | | " " | X | X | 6,314,420 Patent |
| PX2 | | " " | X | X | 6,775,664 Patent |
| PX 123 | | " " | X | X | Lang – Lycos Nondisclosure and Developments Agreement |
| PX 121 | | 10/17/12 | X | X | Patent 6,314,420 Assignment History |
| PX 416 | | " " | X | X | 7,647,242 Patent |
| | DX4 | " " | X | X | File History for Patent 6,314,420 |
| | | | | | |
| | | | | | **Donald M. Kosak** |
| | DX 303 | 10/17/12 | X | X | Kosak consulting agreement dated 6/6/11 |
| | DX 305 | " " | X | X | Kosak consulting agreement dated 6/24/11 |
| | DX 17 | 10/17/12 | X | X | Stock subscription agreement between Labrador Search Corp. and Donald Kosak. |
| | | | | | **Jonathan Alferness (video deposition)** |
| PX 228 | | 10/18/12 | X | X | Sealed Exhibit |
| PX 231 | | " " | X | X | Product Communications Plan Landing Page Quality |
| PX 232 | | " " | X | X | Google Adwords Help Document |
| | | | | | (continued on page 2) |

|  |  | 2:11cv512 |  |  | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|---|
|  |  |  |  |  | Exhibits – Page 2 – |
|  |  |  |  |  |  |
|  |  |  |  |  | **Dr. Ophir Frieder** |
| PX 338 |  | 10/18/12 | X | X | Quality Score – AdWords Help |
| PX 117 |  | " " | X | X | Varian Video Clip |
| PX 229 |  | " " | X | X | "The Life of a Dollar" A talk for Nooglers about Google's Ad System |
| PX 115 |  | " " | X | X | Google AdWords Help – Why does AdWords visit my ad's landing page? |
| PX7 |  | " " | X | X | SmartASS Prediction Model |
| PX 51 |  | 10/18/12 | X | X | Understanding Search Ads Quality Presentation 8/26/08 |
| PX 95 |  | " " | X | X | Extreme Data Mining: The Google Adwords and Adsense Machine Learning Infrastructure |
| PX 55 |  | " " | X | X | Susan's extended Staff: Ads Quality Presentation 1/20/09 |
| PX 302 |  | " " | X | X | Marketing and Advertising Using Google – Targeting Your Advertising to the Right Audience |
| PX 52 |  | " " | X | X | 6111: How are ads ranked? |
| PX 357 |  | 10/18/12 | X | X | An AdWords Help Page |
| PX 112 |  | " " | X | X | Google Learning Center – AdWords Help (2) |
| PX 21 |  | " " | X | X | About Quality Score |
| PX 22 |  | " " | X | X | Ad Rank Formulas |
| PX 40 |  | " " | X | X | 12/5/07 email from C. Bavor to K. Hansen |
| PX 46 |  | " " | X | X | 12/14/07 email from K. Hansen to M. O'connor re: Change to Quality Score FAQ |
| PX 180 |  | 10/18/12 | X | X | 6,269,361 Patent |
|  |  |  |  |  |  |
|  |  |  |  |  | (continued on page 3) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 2:11cv512 |  |  | I/P Engine, Inc. v. AOL Inc., et.al. |
|  |  |  |  |  | Exhibits – Page 3 - |
|  |  |  |  |  |  |
|  |  |  |  |  | **Dr. Ophir Frieder cont'd** |
| PX 330 |  | 10/19/12 | X | X | Sealed Exhibit |
| PX 227 |  | "       " | X | X | Sealed Exhibit |
| PX 333 |  | "       " | X | X | Sealed Exhibit |
| PX 332 |  | "       " | X | X | Sealed Exhibit |
| PX 331 |  | 10/19/12 | X | X | Sealed Exhibit |
| PX 111 |  | 10/22/12 | X | X | Google Learning Center-AdWords Help |
| PX 249 |  | 10/22/12 | X | X | 2008 Google Ads Narratives |
|  |  |  |  |  |  |
|  |  |  |  |  | **Jonathan Alferness(Video Deposition)** |
| PX 251 |  | 10/23/12 | X | X | Building Our Partnership Presentation |
|  |  |  |  |  |  |
|  |  |  |  |  | **Derek Leslie-Cook (Video Deposition)** |
| PX 349 |  | 10/23/12 | X | X | Google Ads Quality Explained, SES |
| PX 255 |  | 10/23/12 | X | X | Google 10/3/11 Document by Derek Cook & David Arthur |
|  |  |  |  |  |  |
|  |  |  |  |  | **Kevin Cotter (Video Deposition)** |
| PX 242 |  | 10/23/12 | X | X | IAC Google Services Agreement |
|  |  |  |  |  | **James Christopherson (Video Deposition)** |
| PX 260 |  | 10/23/12 | X | X | Google Services Agreement |
| PX 261 |  | 10/23/12 | X | X | Google Services Agreement Order Form |
|  |  |  |  |  | (continued on page 4) |

| | | 2:11cv512 | | | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|---|
| | | | | | Exhibits – Page 4 - |
| | | | | | |
| | | | | | **Dr. Stephen L. Becker** |
| PX 64 | | 10/23/12 | X | X | Page 38 of the presentation |
| PX 34 | | " " | X | X | Video |
| PX 32 | | " " | X | X | Video |
| PX 337 | | " " | X | X | SmartAds PCTR Model Reliability Design |
| | | | | | |
| | | | | | **Jonathan Alferness** |
| PX 176 | | 10/24/12 | X | X | Google Inside AdWords – Answers to your keyword state questions 7/18/05 |
| | | | | | |
| | | | | | **Dr. Lyle Ungar** |
| | DX 91 | 10/25/12 | X | X | U.S. Patent No. 7,130,808 |
| | DX 92 | " " | X | X | U.S. Patent No. 7,415,423 |
| | DX 50 | " " | X | x | "Content-Based, Collaborative Recommendation," by M. Balabanovic & Y. Shoham |
| | DX 49 | " " | X | X | "Feature Guided Automated Collaborative Filtering," by Y. Z. Lashkari Master's Thesis |
| | DX 34 | " " | X | X | U.S. Patent No. 6,202,058 |
| | DX 59 | 10/25/12 | X | X | U.S. Patent No. 6,185,558 |
| | DX 58 | 10/25/12 | X | X | U.S. Patent No. 6,006,222 |
| PX 5 | | 10/26/12 | X | X | 6,775,664 File History |
| | | | | | |
| | | | | | |
| | | | | | (continued on page 5) |

| | | 2:11cv512 | | | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|---|
| | | | | | Exhibits – Page 5 – |
| | | | | | |
| | | | | | **Dr. Keith Ugone** |
| | DX 19 | 10/26/12 | X | X | Patent Purchase and License Agreement between Smart Search Labs and Lycos |
| | DX 90 | 10/26/12 | X | X | Patent License Agreement between Google and Carl Meyer |
| PX 447 | | 10/31/12 | X | X | Excerpt of Google Inc., Securities and Exchange Commission Form S-1 Registration Statement |
| | | | | | |
| | | | | | **Dr. Jaime Carbonell** |
| PX 434 | | 10/31/12 | X | X | The TREC-4 Filtering Track |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **DEMONSTRATIVE EXHIBITS** |
| PDX 1-49 | | 10/16/12 | X | | Slides used with Plaintiff's opening statement |
| | DDX 1.1 - .65 | 10/16/12 | X | | Slides used with Defendant's opening statement |
| | | | | | |
| | | | | | **Andrew Perlman** |
| PDX 51 | | 10/17/12 | X | | Vringo, Inc. company chart |
| | DDX 10.1 - .2 | 10/17/12 | X | | Slides used with testimony of Mr. Perlman |
| | | | | | |
| | | | | | |
| | | | | | (continued on page 6) |

| | | 2:11cv512 | | | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|---|
| | | | | | Exhibits – Page 6 - |
| | | | | | |
| | | | | | **Donald M. Kosak** |
| | DDX 1.18 | | X | | Slide used with testimony of Mr. Kosak |
| | | | | | |
| | | | | | **Dr. Ophir Frieder** |
| PDX 52-84 | | 10/18/12 | X | | Slides used with testimony of Dr. Frieder |
| PDX 87-97 | | " " | X | | Slides used with testimony of Dr. Frieder |
| PDX 107 | | 10/19/12 | X | | Slides used with testimony of Dr. Frieder |
| PDX 123-129 | | 10/22/12 | X | | Slides used with testimony of Dr. Frieder |
| PDX 98-99 | | 10/22/12 | X | | Slides used with testimony of Dr. Frieder |
| PDX 101-105 | | " " | X | | Slides used with testimony of Dr. Frieder |
| PDX 108-117 | | " " | X | | Slides used with testimony of Dr. Frieder |
| PDX 119-122 | | " " | X | | Slides used with testimony of Dr. Frieder |
| PDX 130-148 | | " " | X | | Slides used with testimony of Dr. Frieder |
| | DDX 4.12 | " " | X | | Grill Google Search Page |
| | | | | | |
| | | | | | |
| | | | | | (continued on page 7) |

| | | 2:11cv512 | | | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|---|
| | | | | | Exhibits – Page 7 – |
| | | | | | |
| | | | | | **Dr. Ophir Frieder cont'd** |
| | DDX 4.2 – 4.4 | " " | X | | Slides used with testimony of Dr. Frieder |
| | DDX 4.6 | 10/22/12 | X | | Slide used with testimony of Dr. Frieder |
| | | | | | |
| | | | | | **Dr. Stephen L. Becker** |
| PDX 53 – 55 | | 10/23/12 | X | | Slides used with testimony of Dr. Becker |
| PDX 58 – 83 | | " " | X | | Slides used with testimony of Dr. Becker |
| | DDX 5.2 – 5.7 | 10/24/12 | X | | Slides used with testimony of Dr. Becker |
| | | | | | |
| | | | | | **Jonathan Alferness** |
| | DDX 7.1 | 10/24/12 | X | | Slide used with testimony of Mr. Alferness |
| | DDX 7.4 – 7.7 | " " | X | | Slides used with testimony of Mr. Alferness |
| | DDX 7.9 | 10/24/12 | X | | Slide used with testimony of Mr. Alferness |
| | | | | | |
| | | | | | |
| | | | | | **Bartholomew Furrow** |
| | DDX 12.1 | 10/24/12 | X | | Slide used with testimony of Mr. Furrow |
| | | | | | |
| | | | | | |
| | | | | | (continued on page 8) |

| | 2:11cv512 | | | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|
| | | | | Exhibits – Page 8 – |
| | | | | |
| | | | | **Dr. Lyle Ungar** |
| DDX 2.2 – 2.9 | 10/24/12 | X | | Slides used with infringement testimony of Dr. Ungar |
| DDX 2.11 – 2.21 | "         " | X | | Slides used with infringement testimony of Dr. Ungar |
| DDX 2.25 – 2.36 | 10/24/12 | X | | Slides used with infringement testimony of Dr. Ungar |
| DDX 2.42 – 2.49 | 10/25/12 | X | | Slides used with proprietary testimony of Dr. Ungar (SEALED) |
| DDX 2.35 – 2.40 | "         " | X | | Slides used with infringement testimony of Dr. Ungar |
| DDX 2.50 – 2.57 | "         " | X | | Slides used with infringement testimony of Dr. Ungar |
| DDX 2.59 – 2.62 | "         " | X | | Slides used with infringement testimony of Dr. Ungar |
| DDX 2.64 – 2.81 | 10/25/12 | X | | Slides used with infringement testimony of Dr. Ungar |
| DDX 3.2 – 3.32 | 10/25/12 | X | | Slides used with validity testimony of Dr. Ungar |
| DDX 3.37 – 3.40 | 10/25/12 | X | | Slides used with validity testimony of Dr. Ungar |
| DDX 3.42 – 3.57 | 10/25/12 | X | | Slides used with validity testimony of Dr. Ungar |
| DDX 3.59 – 3.60 | 10/25/12 | X | | Slides used with validity testimony of Dr. Ungar |
| | | | | |
| | | | | (continued on page 9) |

| | | 2:11cv512 | | | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|---|
| | | | | | Exhibits – Page 9 - |
| | | | | | |
| | | | | | **Dr. Lyle Ungar cont'd** |
| | DDX 3.62 – 3.129 | 10/25/12 | X | | Slides used with validity testimony of Dr. Ungar |
| PDX 252 | | 10/25/12 | X | | Slides used with validity testimony of Dr. Ungar |
| | | | | | |
| | | | | | **Dr. Keith Ugone** |
| | DDX 15.1 – 15.14 | 10/26/12 | X | | Slides used with testimony of Dr. Ugone |
| | DDX 15.19 – 15.23 | 10/26/12 | X | | Slides used with testimony of Dr. Ugone |
| | DDX 15.24 | 10/30/12 | X | | Slides used with testimony of Dr. Ugone |
| | DDX 15.27 | "         " | X | | Slides used with testimony of Dr. Ugone |
| | DDX 15.29 | 10/30/12 | X | | Slides used with testimony of Dr. Ugone |
| | | | | | |
| | | | | | **Dr. Jaime Carbonell** |
| PDX 253 – 298 | | 10/31/12 | X | | Slides used with testimony of Dr. Carbonell |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | (continued on page 10) |

|  |  | 2:11cv512 |  |  | I/P Engine, Inc. v. AOL Inc., et.al. |
|---|---|---|---|---|---|
|  |  |  |  |  | Exhibits – Page 9 – |
|  |  |  |  |  |  |
| PDX 401 – 441 |  | 11/1/12 | X |  | Slides used with Plaintiff's closing argument |
| PDX 443 – 444 |  | "          " | X |  | Slides used with Plaintiff's closing argument |
| PDX 447 – 455 |  | "          " | X |  | Slides used with Plaintiff's closing argument |
|  |  |  |  |  |  |
|  | DDX 17.1 – 17.19 | "          " | X |  | Slides used with Defendant's closing argument |
|  | DDX 17.21 – 17.26 | "          " | X |  | Slides used with Defendant's closing argument |
|  | DDX 17.28 – 17.34 | "          " | X |  | Slides used with Defendant's closing argument |
|  | DDX 17.36 – 17.38 | 11/1/12 | X |  | Slides used with Defendant's closing argument |
|  |  |  |  |  |  |
|  |  |  |  |  | Black Binder containing Sealed Material |
|  |  |  |  |  | Black Binder containing Plaintiffs' Video Deposition Transcripts |
|  |  |  |  |  | White Binder containing Blais Transcript with Designations and Counter-Designations.  Used by Court. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |