# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
**Norfolk/Newport News Division**

I/P Engine, Inc.
PLAINTIFF

V.

AOL, Inc.
DEFENDANTS

**Case Number: 2:11cv512**

| PRESIDING JUDGE<br>Raymond A. Jackson | COURTROOM DEPUTY<br>P. Thompson | COURT REPORTER<br>Sharon Borden, OCR |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>10/16/11 - 10/30/11 | PLAINTIFF ATTORNEY(S) K. Brothers, J. Sherwood, R. Snow, D. Rudenko, D. Schultz, F. Cimino | DEFENDANT ATTORNEY(S) D. Nelson, D. Perlson, E. O'Brien, S. Noona, D. Bilsker, R. Nelson |

| PLF | DFT | DATE APPEARED | *WITNESSES* |
|---|---|---|---|
| X | | 10/17/12 | Andrew Perlman, CEO of Vringo, Inc. |
| X | | " " | Andrew K Lang (permanently excused) |
| X | | " " | Donald Kosak (permanently excused) |
| X | | " " | Jonathan Alferness (video deposition) |
| X | | 10/18/12 | Jon Diorio (video deposition) |
| X | | " " | Greg Holt (video deposition) |
| X | | " " | Bartholomew Furrow (video deposition) |
| X | | 10/18/12 | Dr. Ophir Frieder (expert) |
| X | | 10/19/12 | Bartholomew Furrow (video deposition) sealed |
| X | | " " | Gary Holt (video deposition) sealed |
| X | | 10/19/12 | Dr. Ophir Frieder (expert) |
| X | | 10/22/12 | Dr. Ophir Frieder (expert) subject to recall |
| X | | 10/22/12 | Nicholas Fox (video deposition) |
| X | | 10/23/12 | Jonathan Alferness (video deposition) |
| X | | 10/23/12 | Derek Leslie-Cook (video deposition) |
| | | | |
| | | | (continued on page 2) |

| | | 2:11cv512 | I/P Engine v. AOL Inc., et. al. |
| | | | - Page 2 - |
|---|---|---|---|
| PLF | DFT | Date Appeared | WITNESSES |
| X | | 10/23/12 | Robert Hickernell (video deposition) |
| X | | " " | Kevin Cotter (video deposition) |
| X | | " " | Celia Denery (video deposition) |
| X | | " " | James Christopherson (video deposition) |
| X | | " " | Stephen Kurtz (video deposition) |
| X | | 10/23/12 | Dr. Stephen L. Becker (Damages Expert)(Permanently excused) |
| | X | 10/24/12 | Jonathan Alferness (Permanently excused) |
| | X | " " | Bartholomew Furrow (Permanently excused) |
| | X | 10/24/12 | Dr. Lyle Ungar (Expert) |
| | X | 10/25/12 | Dr. Lyle Ungar (Expert) |
| | X | 10/26/12 | Dr. Lyle Ungar (Expert)(Permanently excused) |
| | X | 10/26/12 | Dr. Keith Ugone (Damages Expert) |
| | X | 10/30/12 | Dr. Keith Ugone (Damages Expert)(Permanently excused) |
| X | | 10/31/12 | Dr. Jaime Carbonell (Expert)(Rebuttal Witness)(Permanently excused) |