# Exhibit A

Interest at Prime Rate on Allocated Damages (compounded quarterly)

| Quarter Ending | Annual Rate | Quarters | Google | AOL | IAC | Target | Gannett | Total |
|---|---|---|---|---|---|---|---|---|
| 9/30/2011 | 3.25% | 5 | $23,483 | $11,805 | $9,884 | $147 | $6 | $45,325 |
| 12/31/2011 | 3.25% | 4 | 123,310 | 61,991 | 51,900 | 771 | 34 | 238,006 |
| 3/31/2012 | 3.25% | 3 | 91,943 | 46,222 | 38,697 | 575 | 25 | 177,462 |
| 6/30/2012 | 3.25% | 2 | 62,836 | 31,589 | 26,447 | 393 | 17 | 121,281 |
| 9/30/2012 | 3.25% | 1 | 31,609 | 15,891 | 13,304 | 198 | 9 | 61,010 |
| | | | $333,181 | $167,497 | $140,231 | $2,084 | $91 | $643,084 |