# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. Action No. 2:11-cv-512 |
| ) | |
| AOL, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF I/P ENGINE, INC.'S MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST-JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS' POST-DISCOVERY/PRE-VERDICT INFRINGEMENT

Plaintiff I/P Engine, Inc. ("I/P Engine"), as the prevailing party, hereby moves this Court for an award in accordance with 35 U.S.C. § 284 that includes prejudgment interest, post-judgment interest, and reasonable royalty damages from September 15, 2011 through entry of judgment against defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corp. ("Defendants").

In support of this Motion, I/P Engine provides the accompanying Memorandum of Law, Declaration of Dr. Stephen L. Becker, and Declaration of Dawn Rudenko, and accompanying exhibits.

| Dated: November 9, 2012 | Respectfully submitted, |
|---|---|
| | By: /s/ Jeffrey K. Sherwood |
| | Donald C. Schultz (Virginia Bar No. 30531) |
| | W. Ryan Snow (Virginia Bar No. 47423) |
| | CRENSHAW, WARE & MARTIN PLC |
| | 150 West Main Street |
| | Norfolk, VA 23510 |
| | Telephone: (757) 623-3000 |
| | Facsimile: (757) 623-5735 |

2

|  |  |
|---|---|
|  | Jeffrey K. Sherwood (Virginia Bar No. 19222)<br>Frank C. Cimino, Jr.<br>Kenneth W. Brothers<br>Charles J. Monterio, Jr.<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 420-2200<br>Facsimile: (202) 420-2201<br><br>Dawn Rudenko<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, New York 10019<br><br><br>Counsel for Plaintiff I/P Engine, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2012, the foregoing, PLAINTIFF I/P ENGINE, INC.'S MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST-JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS' POST-DISCOVERY/PRE-VERDICT INFRINGEMENT**,** was served via the Court's CM/ECF system on the following:

Stephen Edward Noona
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com

David Bilsker
David Perlson
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
robert.burns@finnegan.com

Cortney S. Alexander
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
cortney.alexander@finnegan.com

/s/ Jeffrey K. Sherwood

DOCSNY-521983v1