# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| I/P ENGINE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 2:11-cv-512 |
| AOL, INC. et al., | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF I/P ENGINE, INC.'S MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST-JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS' POST-DISCOVERY/PRE-VERDICT INFRINGEMENT**

This Court, having considered Plaintiff I/P Engine Inc.'s Motion For An Award Of Prejudgment Interest, Post-Judgment Interest And Damages For Defendants' Post-Discovery/Pre-Verdict Infringement and supporting materials, hereby **ORDERS** that the motion is **GRANTED** as follows:

(1) Prejudgment interest in the amount of $643,084, as calculated in Exhibit A to the Declaration of Stephen L. Becker, Ph.D., corresponding to interest at the prime rate compounded quarterly from September 15, 2011 through November 6, 2012;

(2) Post-judgment interest calculated pursuant to 28 U.S.C. § 1961, including prejudgment interest and supplemental damages as determined;

(3) Defendants are directed to provide I/P Engine with an accounting of their U.S. revenue attributable to the accused AdWords, AdSense For Search, and AdSense For Mobile Search systems for the period from October 1, 2012 through the date of judgment; and

2

     (4) I/P Engine shall be awarded supplemental damages for Defendants' infringing revenues from October 1, 2012 through the date of judgment in accordance with calculation provided by I/P Engine at trial and as determined by the jury: the apportioned royalty base of 20.9% of the Defendants' total U.S. revenue for the infringing sales multiplied by the royalty rate of 3.5%.

     **IT IS SO ORDERED.**


Dated: November ___, 2012                        _____
                                                    Raymond A. Jackson, United States District Judge
                                                    United States District Court
                                                    Eastern District of Virginia