# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division



FILED
NOV 20 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

I/P ENGINE, INC.,

    Plaintiff.

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 2:11cv512

AOL INC., et. al.,

    Defendants.

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff, I/P Engine, Inc., recover of defendant, Google, Inc., the sum of Fifteen Million Eight Hundred Thousand Dollars and 00/100 ($15,800,000.00). The Running Royalty Rate is 3.5%.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff I/P Engine, Inc., recover of defendant AOL, Inc., the sum of Seven Million Nine Hundred Forty-Three Thousand Dollars and 00/100 ($7,943,000.00).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff I/P Engine, Inc., recover of defendant IAC Search & Media, Inc., the sum of Six Million Six Hundred Fifty Thousand Dollars and 00/100 ($6,650,000.00).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff I/P Engine, Inc., recover of defendant Gannett Co., Inc., the sum of Four Thousand Three Hundred Twenty-Two Dollars and 00/100 ($4,322.00).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff I/P Engine, Inc., recover of defendant Target Corp., the sum of Ninety-Eight Thousand Eight Hundred Thirty-Three Dollars and 00/100 ($98,833.00).

Date: __November 20, 2012__                    FERNANDO GALINDO, CLERK


By: _____/s/_____
Patrice L. Thompson, Deputy Clerk

Form of judgment approved in accordance
with Rule 58, FRCivP, July 20, 2012


_____
Raymond A. Jackson
United States District Judge