**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**



| | |
|---|---|
| I/P ENGINE, INC.<br><br>               Plaintiff,<br><br>    v.<br><br>AOL INC., *et al.*,<br><br>               Defendants. | Civil Action No. 2:11-cv-512 |

**AGREED ORDER GRANTING UNOPPOSED MOTION TO STAY
EXECUTION OF JUDGMENT PENDING DISPOSITION OF A MOTION**

On this day came the Defendants AOL Inc. ("AOL"), IAC Search & Media, Inc. ("IAC Search & Media"), Gannett Co., Inc. ("Gannett"), Target Corporation ("Target"), and Google Inc. ("Google") (collectively "Defendants"), by counsel, upon their Motion To Stay Execution of Judgment Pending Disposition of a Motion pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, upon joint representation of counsel and for good cause shown, it is

ORDERED that the Defendants' Motion To Stay Execution of Judgment Pending Disposition of a Motion is granted, and any proceedings to execute on or enforce the Final Judgment against Defendants shall be stayed pending resolution of any post-judgment motions timely filed in this case, and for 14 days thereafter.

Dated: December 5, 2012

Entered: 12/5/12

/s/
Raymond A. Jackson
United States District Judge
United States District Court
Eastern District of Virginia

**WE ASK FOR THIS:**

/s/
_____
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., IAC Search & Media, Inc., Gannett Co., Inc. and Target Corporation*

/s/
_____
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone:   (404) 653-6400
Facsimile:   (415) 653-6444

*Counsel for Defendant AOL Inc.*

**SEEN AND AGREED:**

_____
Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

*Counsel for Plaintiff, I/P Engine, Inc.*

12082775v2

01980.51928/5077697.2