UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>AOL INC., *et al.*,<br><br>                Defendants. | Civil Action No. 2:11-cv-512 |

**JOINT MOTION AND MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO POST-JUDGMENT MOTIONS FILED BY THE PARTIES**

      The Defendants AOL Inc. ("AOL"), IAC Search & Media, Inc. ("IAC Search & Media"), Gannett Co., Inc. ("Gannett"), Target Corporation ("Target"), and Google Inc. ("Google") (collectively "Defendants"), and the Plaintiff, I/P Engine, Inc. ("I/P Engine"), by counsel, pursuant to Rule 7 of the Local Rules of Practice for the United States District Court for the Eastern District of Virginia, jointly move this Court for entry of an order granting the parties an extension of time to file both opposition briefs to and reply briefs in support of the various post-judgment motions filed by the parties, and in support thereof state as follows:

      1.     On December 18, 2012, the parties filed the following post-judgment motions (collectively, "Post-Judgment Motions"):

    **A. By Defendants:**

- Renewed Motion for Judgment as a Matter of Law on Invalidity or New Trial (Dkt. 820);
- Renewed Motion for Judgment as a Matter of Law on Non-Infringement or New Trial (Dkt. 831); and

- Renewed Motion for Judgment as a Matter of Law on Damages or a New Trial (Dkt. 833);

B.     **By Plaintiff:**

- Motion for an Award of Post-Judgment Royalties by I/P Engine, Inc. (Dkt. 822)[1];
- Motion for New Trial on the Dollar Amount of Past Damages by I/P Engine, Inc. (Dkt. 825);
- Motion for Judgment under Rule 52(B) and a New Trial under Rule 59 by I/P Engine, Inc. (Dkt. 835).

Under Local Rule 7 and Fed. R. Civ. P. 6, Oppositions to the Post-Judgment Motions are due on or before January 3, 2013, and Reply Briefs in Support of the Post-Judgment Motions are due on or before January 10, 2013.

2.     Because of the interceding holidays, the parties have agreed to extend the date to file oppositions to Post-Judgment Motions through and including January 25, 2013, and the date to file Reply Briefs in Support of the Post-Judgment Motions through and including February 15, 2013.

3.     Granting these extensions will not prejudice the Court or the parties and will allow a more orderly presentation of pleadings on the Post-Judgment Motions.

4.     Attached as **Exhibit 1** is a proposed agreed order granting the jointly requested extensions.

WHEREFORE, the parties, by counsel, jointly request that this Court enter the proposed agreed order attached as **Exhibit 1** granting the parties through and including January 25, 2013, and the date to file Reply Briefs in Support of the Post-Judgment Motions through and including February 15, 2013.

---

[1] Defendants plan to file a separate motion seeking a postponement of resolution and briefing on Plaintiff's Motion for an Award of Post-Judgment Royalties and/or enlargement of time to respond.  I/P Engine intends to oppose that motion.

2

Dated: December 21, 2012                    Respectfully submitted,

                */s/ Stephen E. Noona*
                Stephen E. Noona
                Virginia State Bar No. 25367
                KAUFMAN & CANOLES, P.C.
                150 West Main Street, Suite 2100
                Norfolk, VA 23510
                Telephone:  (757) 624-3000
                Facsimile:   (757) 624-3169
                senoona@kaufcan.com

*Counsel for AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Co., Inc. and Target Corporation*

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., IAC Search & Media, Inc., Gannett Co., Inc. and Target Corporation*

                */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,  GARRETT &
  DUNNER, LLP
Two Freedom Square

3

11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
 DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile: (415) 653-6444

*Counsel for Defendant AOL Inc*.


/s/ W. Ryan Snow_____
W. Ryan Snow
Donald C. Schultz
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

*Counsel for Plaintiff, I/P Engine, Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

W. Ryan Snow
Donald C. Schultz
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC   20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

*Counsel for Plaintiff, I/P Engine, Inc.*

    */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com