UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>AOL INC., *et al.*,<br><br>    Defendants. | Civil Action No. 2:11-cv-512 |

**MOTION TO POSTPONE BRIEFING AND RULING ON PLAINTIFF'S
MOTION FOR POST-JUDGMENT ROYALTIES**

The Defendants Google Inc., Target Corporation, IAC Search & Media, Inc., Gannett Co., Inc. and AOL Inc. (collectively "Defendants"), respectfully request that the briefing and consideration of Plaintiff's Motion for an Award of Post-Judgment Royalties (D.N. 822) be postponed until after the Court has ruled on all the parties' pending post-trial motions under Federal Rules of Civil Procedure 50, 52, and 59:

- Renewed Motion for Judgment as a Matter of Law on Invalidity or New Trial (D.N. 820);
- Renewed Motion for Judgment as a Matter of Law on Non-Infringement or New Trial (D.N. 831);
- Renewed Motion for Judgment as a Matter of Law on Damages or a New Trial (D.N. 833);
- Motion for New Trial on the Dollar Amount of Past Damages by I/P Engine, Inc. (D.N. 825);
- Motion for Judgment under Rule 52(B) and a New Trial under Rule 59 by I/P Engine, Inc. (D.N. 835).

In the alternative, should the Court not postpone briefing altogether until after a ruling on the parties' other post-trial motions, Defendants request that the Court postpone the deadline for

1

the opposition to Plaintiff's Motion for an Award of Post-Judgment Royalties to February 28, 2013.

The grounds and authorities in support of this Motion are set forth in the accompanying Brief In Support of Defendants' Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post-Judgment Royalties. A proposed order is attached as **Exhibit 1**.

DATED: December 21, 2012

/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannett Co., Inc.*


/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

        Robert L. Burns
        FINNEGAN, HENDERSON, FARABOW, GARRETT &
        DUNNER, LLP
        Two Freedom Square
        11955 Freedom Drive
        Reston, VA 20190
        Telephone: (571) 203-2700
        Facsimile: (202) 408-4400

        Cortney S. Alexander
        FINNEGAN, HENDERSON, FARABOW, GARRETT &
        DUNNER, LLP
        3500 SunTrust Plaza
        303 Peachtree Street, NE
        Atlanta, GA 94111
        Telephone: (404) 653-6400
        Facsimile: (415) 653-6444

        *Counsel for Defendant AOL Inc*.

## **CERTIFICATE OF CONSULTATION**

In accordance with Local Rule 37(E), I certify that counsel conferred in good faith to resolve this dispute prior to the filing of the present Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post-Judgment Royalties. Counsel's meet-and-confer efforts included a telephonic meet-and-confer on December 21, 2012.

 */s/ Stephen E. Noona*
Stephen E. Noona

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 21, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

                                                */s/ Stephen E. Noona*
                                                Stephen E. Noona
                                                Virginia State Bar No. 25367
                                                KAUFMAN & CANOLES, P.C.
                                                150 West Main Street, Suite 2100
                                                Norfolk, VA 23510
                                                Telephone:  (757) 624-3000
                                                Facsimile:  (757) 624-3169
                                                senoona@kaufcan.com