**Exhibit 1**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>AOL INC., *et al.*,<br><br>                Defendants. | Civil Action No. 2:11-cv-512 |

**PROPOSED ORDER**

On this day came the parties, by counsel, upon the parties' Joint Motion To Expedite Briefing On Defendants' Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post-Judgment Royalties and, upon consideration of the parties' arguments, and for good cause shown it is ORDERED that:

- Plaintiff shall respond to Defendants' Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post-Judgment Royalties on or before December 31, 2012; and

- Defendants' Reply Brief in Support of Defendants' Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post-Judgment Royalties shall be filed on or before January 3, 2013.

Dated: December ___, 2012              _____
                                                         United States District Court
                                                         Eastern District of Virginia

**WE ASK FOR THIS:**

      /s/Stephen E. Noona
Stephen E. Noona
(Virginia Bar No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169

David Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants Google Inc.,
IAC Search & Media, Inc., Gannett Company, Inc.
and Target Corporation*

      /s/Stephen E. Noona
Stephen E. Noona
(Virginia Bar No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile: (415) 653-6444

*Counsel for Defendant AOL Inc*.

  /s/ Donald C. Schultz_____
Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com


Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC   20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

*Counsel for Plaintiff*