**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC. <br><br> Plaintiff, <br><br> v. <br><br> AOL INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:11-cv-512 |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE**
**BRIEFING ON MOTION TO COMPEL DEPOSITION OF DR. BECKER**

Defendants Google Inc., Target Corporation, IAC Search & Media, Inc., Gannett Co., Inc., and AOL Inc. (collectively, "Defendants"), by counsel, move this Court to expedite the briefing on Defendants' Motion to Compel Deposition of Dr. Becker (D.N. 856) and in support thereof, state as follows:

1. Defendants' Opposition to Plaintiff's Motion for an Award of Post-Judgment Royalties currently must be filed by January 25, 2013. Defendants' Motion to Compel Deposition of Dr. Becker requests that Plaintiff be compelled to make Dr. Becker available for deposition, and at minimum that the deadline for Defendants' opposition to Plaintiff's Motion for an Award of Post-Judgment Royalties be postponed until no earlier than seven days after Dr. Becker's deposition.

2. As a result, Defendants request that the Court issue an order expediting the briefing schedule for the briefing on Defendants' Motion to Compel the Deposition of Dr. Becker. Defendants request that the Proposed Order attached as Exhibit 1 be entered expediting that briefing as follows:

- Plaintiff shall respond to Defendants' Motion to Compel Deposition of Dr. Becker on or before January 18, 2013; and

- Defendants' Reply Brief in Support of Defendants' Motion to Compel Deposition of Dr. Becker shall be filed on or before January 22, 2013.

3. Pursuant to Local Rule 37(E), counsel have attempted in good faith to resolve the foregoing dispute.

WHEREFORE, Defendants request that this Court expedite the briefing of Defendants' Motion to Compel Deposition of Dr. Becker (D.N.___) to require the parties to fully brief the motion by January 22, 2013, with Plaintiff's opposition due on January 18, 2013, and Defendants' reply brief due on January 22, 2013.

DATED: January 16, 2013

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannett Co., Inc.*

    /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile: (415) 653-6444

*Counsel for Defendant AOL Inc*.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

                                                                          /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

12159782v1