**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

FILED

JAN 2 3 2013

CLERK US DISTRICT COURT

**I/P ENGINE, INC.,**

        **Plaintiff,**

V.                                        **CIVIL ACTION NO. 2:11cv512**

**AOL INC.,** *et al.,*

        **Defendants.**

**ORDER**

Before the Court is Defendants' Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post-Judgment Royalties (ECF No. 847). Having considering the pleadings for this motion, the Court **GRANTS** the Defendants' motion in the interests of judicial economy and efficiency. The parties' briefing on Plaintiff's Motion for Post-Judgment Royalties (ECF No. 822) and the Court's consideration of said motion shall be postponed until after the Court rules on the parties' post-trial motions currently pending before the Court under Federal Rules of Civil Procedure 50, 52, and 59. The Court will provide further guidance on the revised briefing schedule for Plaintiff's Motion for Post-Judgment Royalties as necessary after the Court completes its consideration of the other relevant post-trial motions.

    **IT IS SO ORDERED.**

Norfolk, Virginia
January 23, 2013

Raymond A. Jackson
United States District Judge