**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AOL, INC. et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. Action No. 2:11-cv-512 |

**MEMORANDUM IN SUPPORT OF I/P ENGINE, INC.'S
UNOPPOSED MOTION TO ALLOW FILING OF
<u>DOCKET ITEMS 871, 872 AND 876 WITH EXCESS PAGES</u>**

Plaintiff I/P Engine, Inc. ("I/P Engine"), by counsel, for its Memorandum in Support of its Unopposed Motion to Allow Filing of Docket Items 871, 872 and 876 with Excess Pages, states as follows:

**<u>Background and Argument</u>**

On January 25, 2013, I/P Engine timely filed the following docket items in this action:

| | |
|---|---|
| D.I. 871 | Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law on Damages or a New Trial (30 pages of body text; 34 pages with Table of Contents, signature block and certificate of service) |
| D.I. 872 | Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law on Invalidity or a New Trial (30 pages of body text; 33 pages with Table of Contents, signature block and certificate of service) |
| D.I. 876 | Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law on Non-Infringement or a New Trial (30 pages of body text; 35 pages with Table of Contents, signature block and certificate of service) |

I/P Engine intended the Opposition Briefs that it filed on January 25, 2013 to comport with Local Rule 7(F)(3). The body text of each brief is no more than 30 pages as specified in Local Rule 7(F)(3). On January 28, 2013, however, the Clerk of this Court issued a Notice of Correction as to each of the Opposition Briefs with a notation that the document contains excess pages. I/P Engine has been informed that the Clerk is including the Table of Contents and the caption page in the page count for purposes of the 30-page limit in Local Rule 7(F)(3). When the Table of Contents and caption pages are included in the page count, each of the briefs exceeds 30 pages. I/P Engine added a Table of Contents to each brief to assist the Court.

The defendants in this action do not oppose I/P Engine's motion.

## Conclusion

WHEREFORE, I/P Engine respectfully requests that this Court enter an Order allowing Docket Items 871, 872 and 876 to exceed the page limit specified in Local Rule 7(F)(3) as filed on January 25, 2013.

Dated: January 28, 2013        I/P ENGINE, INC.


                               By:        /s/ W. Ryan Snow
                                              Of Counsel

Donald C. Schultz, VSB No. 30531
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.com
wrsnow@cwm-law.com

Jeffrey K. Sherwood, VSB No. 19222
Frank C. Cimino, Jr.
Kenneth W. Brothers

Dawn Rudenko Albert
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
*Counsel for I/P Engine, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of January 2013 I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification to the following:

>Stephen Edward Noona
>Kaufman & Canoles, P.C.
>150 W Main St
>Suite 2100
>Norfolk, VA 23510 senoona@kaufcan.com
>
>David Bilsker
>David Perlson
>Quinn Emanuel Urquhart & Sullivan LLP
>50 California Street, 22nd Floor San Francisco, CA 94111
>davidbilsker@quinnemanuel.com
>davidperlson@quinnemanuel.com
>
>Robert L. Burns
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP Two
>Freedom Square
>11955 Freedom Drive Reston, VA 20190
>robert.burns@finnegan.com
>
>Cortney S. Alexander
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>3500 SunTrust Plaza
>303 Peachtree Street, NE Atlanta, GA 94111
>cortney.alexander@finnegan.com

/s/ W. Ryan Snow