**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC. | |
| Plaintiff, | |
| v. | Civil Action No. 2:11-cv-512 |
| AOL INC., *et al.*, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF DEFENDANTS'**
**MOTION TO COMPEL DEPOSITION OF DR. BECKER**

Defendants Google Inc., Target Corporation, IAC Search & Media, Inc., Gannett Co.,

Inc., and AOL Inc. (collectively, "Defendants"), by counsel, hereby withdraw, without prejudice,

their Motion to Compel Deposition of Dr. Becker filed on January 16, 2013, at Doc. No. 856.

The Court's ruling (Doc. No. 851) postponing the briefing and ruling on the Motion of Plaintiff,

I/P Engine, Inc. for Post-Judgment Royalties ("I/P Engine") moots the issue at this time.

Defendants reserve the right to re-file the motion or a similar motion in the future.


DATED: January 29, 2013            /s/ Stephen E. Noona
                                   Stephen E. Noona
                                   Virginia State Bar No. 25367
                                   KAUFMAN & CANOLES, P.C.
                                   150 West Main Street, Suite 2100
                                   Norfolk, VA 23510
                                   Telephone:  (757) 624.3000
                                   Facsimile:  (757) 624.3169
                                   senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC*
*Search & Media, Inc., and Gannett Co., Inc.*


 */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

 /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169
senoona@kaufcan.com

*12178613v1*

3