**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

FILED
JAN 30 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| I/P ENGINE, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AOL, INC. et al., )<br>)<br>Defendants. )<br>) | Civ. Action No. 2:11-cv-512 |

**ORDER GRANTING UNOPPOSED MOTION TO ALLOW FILING OF
DOCKET ITEMS 871, 872 AND 876 WITH EXCESS PAGES**

THIS MATTER COMES to the Court on plaintiff I/P Engine, Inc.'s Unopposed Motion to Allow Filing of Docket Items 871, 872 and 876 with Excess Pages. Upon consideration thereof, and finding it to be in the interest of justice, it is hereby

ORDERED that Docket Items 871, 872 and 876 may exceed the page limit specified in Local Rule 7(F)(3) as filed in their current form on January 25, 2013.

ENTERED this 29th day of January 2013:

Raymond A. Jackson
United States District Judge
~~United States Magistrate Judge~~

WE ASK FOR THIS:

_____
Donald C. Schultz, VSB No. 30531
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com

Jeffrey K. Sherwood, VSB No. 19222
Frank C. Cimino, Jr.
Kenneth W. Brothers
Dawn Rudenko Albert
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
*Counsel for Plaintiff I/P Engine, Inc.*


SEEN WITHOUT OBJECTION:

_____
Stephen E. Noona, VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone:   (757) 624.3000
Facsimile:   (757) 624.3169

David Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

2

*Counsel for Defendants AOL, Inc., Google, Inc., IAC Search & Media, Inc., Gannett Company, Inc. and Target Corporation*

_____
Stephen E. Noona
(Virginia Bar No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone:   (757) 624.3000
Facsimile:     (757) 624.3169

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone:   (404) 653-6400
Facsimile:     (415) 653-6444

*Counsel for Defendant AOL, Inc.*