FILED
FEB -7 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

I/P ENGINE, INC.,

        Plaintiff,

V.                                      CIVIL ACTION NO. 2:11cv512

AOL INC., *et al.*,

        Defendants.

### *ORDER REGARDING OUTSTANDING MOTIONS TO SEAL CASE DOCUMENTS*

Before the Court are a series of motions to seal various portions of documents and transcripts in this case. As the Court warned during trial, the volume of information parties requested be sealed and made unavailable to the public was excessive. Having reviewed the docket, **WITHIN SEVEN (7) DAYS** of the entry of this order, the Court **ORDERS** the parties to undertake an assessment of outstanding motions to seal case records and provide the names and document numbers of motions to seal that are now moot, withdrawn, or that should otherwise be dismissed. The Court **ORDERS** the parties to submit a proposed order disposing of any outstanding motions to seal that are moot, withdrawn, or otherwise should be dismissed. It is **FURTHER ORDERED** that the parties affirmatively identify, by name and document number, which outstanding motions to seal should still be resolved by the Court. The Court encourages the parties to coordinate their efforts for the sake of judicial economy.

The Clerk is **DIRECTED** to send a copy of this Order to counsel and parties of record.

IT IS SO ORDERED.

Norfolk, Virginia
February 6, 2013

/s/
Raymond A. Jackson
United States District Judge