UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.<br><br>                Plaintiff,<br><br>     v.<br><br>AOL, INC., *et al.*,<br><br>                Defendants. | Civil Action No. 2:11-cv-512 |

**NOTICE OF CONTINUED OPPOSITION TO
PLAINTIFF'S AMENDED BILL OF COSTS**

On December 3, 2012, Plaintiff I/P Engine, Inc. ("Plaintiff") filed a Bill of Costs and supporting declaration. (D.N. 809, D.N. 810.) On January 11, 2013, Defendants AOL Inc., Gannett Co., Inc., Google Inc., IAC Search & Media, Inc., and Target Corporation (collectively "Defendants") filed an opposition to Plaintiff's Bill of Costs and supporting declaration. (D.N. 854; D.N. 855.) Plaintiff replied in support of its Bill of Costs on January 25, 2013. (D.N. 861; D.N. 862.) Plaintiff submitted an Amended Bill of Costs with its reply brief, and the Clerk entered this Amended Bill of Costs onto the Docket on February 11, 2013. (D.N. 887.)

Notice is hereby given that Defendants continue to object to Plaintiff's Bill of Costs and hereby object to Plaintiff's Amended Bill of Costs for all of the reasons set forth in Defendants' Opposition to Plaintiff's Proposed Bill of Costs and the Declaration of Sarah Agudo in Support of Defendants' Opposition. (*See* D.N. 854; D.N. 855.)

DATED: February 12, 2013     /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannett Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

    /s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com