UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|   |   |   |
|---|---|---|
| I/P ENGINE, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 2:11-cv-512 |
| AOL, INC. et al., | | |
| Defendants. | | |

**MEMORANDUM IN SUPPORT OF I/P ENGINE, INC.'S MOTION FOR LEAVE
TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff I/P Engine, Inc. ("I/P Engine"), by counsel, for its Memorandum in Support of its Motion for Leave to File Notice of Supplemental Authority, states as follows:

**ARGUMENT**

Good cause exists for the Court to grant I/P Engine leave to file the Notice of Supplemental Authority. The Notice identifies new authority that is directly related to the Court's determination of Defendants' Renewed JMOL on Damages (D.I. 833).

On February 26, 2013, after the close of briefing on Defendants' Renewed JMOL on Damages, the United States District Court for the Eastern District of Texas issued an opinion in *VirnetX Inc. v. Cisco Systems, Inc.*, No. 6:10-cv-417, D.I. 732 (E.D. Tex. Feb. 26, 2013). In *VirnetX*, the Court denied a defendant's JMOL on damages where the defendant, like the defendants here, argued that the plaintiff failed to present sufficient evidence of a royalty base.

*See* Opinion, pp. 23-25.  As in this case, the defendant in *VirnetX* "failed to advance a credible alternative" at trial.  *Id.* at 25.

For the foregoing reasons, I/P Engine respectfully requests that the Court grant it leave to file *Plaintiff I/P Engine, Inc.'s Notice of Supplemental Authority*.

Dated:  March 1, 2013                    I/P ENGINE, INC.


By:            /s/ W. Ryan Snow
                  Of Counsel

Donald C. Schultz, VSB No. 30531
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.com
wrsnow@cwm-law.com

Jeffrey K. Sherwood, VSB No. 19222
Frank C. Cimino, Jr.
Kenneth W. Brothers
Dawn Rudenko Albert
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
*Counsel for I/P Engine, Inc.*

# CERTIFICATE OF SERVICE

I certify that on this 1st day of March 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the following:

>Stephen Edward Noona
>Kaufman & Canoles, P.C.
>150 W Main St, Suite 2100
>Norfolk, VA 23510 senoona@kaufcan.com
>
>David Bilsker
>David Perlson
>Quinn Emanuel Urquhart & Sullivan LLP
>50 California Street, 22nd Floor San Francisco, CA 94111
>davidbilsker@quinnemanuel.com
>davidperlson@quinnemanuel.com
>
>Robert L. Burns
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP Two Freedom Square
>11955 Freedom Drive Reston, VA 20190
>robert.burns@finnegan.com
>
>Cortney S. Alexander
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>3500 SunTrust Plaza
>303 Peachtree Street, NE Atlanta, GA 94111
>cortney.alexander@finnegan.com

           /s/ W. Ryan Snow