UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>AOL, INC., *et al.*,<br><br>  Defendants. | Civil Action No. 2:11-cv-512 |

**OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Co., Inc., and Target Corp. (collectively "Defendants") respectfully request that the Court deny Plaintiff I/P Engine, Inc.'s ("I/P Engine") Motion for Leave to File Notice of Supplemental Authority. Although Defendants would not oppose the filing of supplemental authority that actually would be relevant to the Court's determination of the issues, I/P Engine's proffered "supplemental authority" is not relevant.

I/P Engine argues *VirnetX Inc. v. Cisco Systems, Inc.*, No. 6:10-cv-417, D.N. 732 (E.D. Tex. Feb. 26, 2013), is relevant because the court in that case rejected the defendant's argument that the plaintiff failed to present sufficient evidence of a royalty base. I/P Engine states "[a]s in this case, the defendant in *VirnetX* 'failed to advance a credible alternative' at trial." (D.N. 901, 2.)  The court in *VirnetX*, however, did not deny the defendant's motion merely because the defendant did not provide an alternative base as I/P Engine suggests.  Indeed, the defendant in that case did provide some evidence in relation to a royalty base.  Rather, the court found that the plaintiff presented sufficient evidence of a royalty base, and therefore the jury's award was supported by the evidence.  The court also found that what defendant presented for a base was

not "credible." No. 6:10-cv-417, D.N. 732, 24-25. In doing so, however, the court did not eliminate the requirement that the plaintiff provide legally sufficient evidence of a royalty base or suggest that anything the defendant did in that case altered that burden.

Here, I/P Engine did <u>not</u> present evidence of a royalty base. Thus, whether Defendants introduced an alternative damages base is irrelevant, and *VirnetX* says nothing to the contrary. This is just another attempt by I/P Engine to shift its burden of proof on damages to Defendants. (*See, e.g.*, D.N. 894, 5, 15-16 (discussing previous arguments by I/P Engine attempting to shift the burden of proof on damages).)

For the foregoing reasons, I/P Engine's Motion should be denied.

DATED: March 11, 2013

 /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannett Co., Inc.*

 /s/ Stephen E. Noona
Stephen E. Noona

Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL Inc*.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

      /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

12257161v1