**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

FILED
APR - 3 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

I/P ENGINE, INC.,

**Plaintiff,**

V.                                                                              CIVIL ACTION NO. 2:11cv512

AOL INC., *et al.*,

**Defendants.**

## *ORDER*

On January 23, 2013, the Court granted Defendants' Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post-Judgment Royalties (ECF No. 847) in order to permit the Court to consider other post-trial motions. Having considered and ruled on several relevant post-trial motions, the Court is now prepared to consider Plaintiff's request for post-judgment royalties. As such, Defendants are **ORDERED** to respond to Plaintiff's Motion for Post-Judgment Royalties within **FIFTEEN (15) DAYS** of the entry of this Order. Plaintiff is permitted to file a reply to Defendants' response within **SEVEN (7) DAYS**, at which point, the motion will be ripe for judicial disposition. The Clerk is **DIRECTED** to send a copy of this Order to counsel and parties of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
April 3, 2013

/s/
Raymond A. Jackson
United States District Judge