UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.<br><br>Plaintiff,<br><br>v.<br><br>AOL, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:11-cv-512 |

**DEFENDANTS' NOTICE OF APPEAL**

Defendants AOL Inc., Gannett Co., Inc. Google Inc., IAC Search & Media, Inc., and Target Corporation ("Defendants") hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered by the District Court in the above-captioned action on November 20, 2012, any and all opinions, orders or rulings that gave rise to that judgment, including but not limited to the Order entered as Dkt. No. 801, the Order entered on June 15, 2012 as Dkt. No. 171, the Order entered on August 16, 2012 as Dkt. No. 212, the Order entered on October 12, 2012 as Dkt. No. 705, the Order entered on November 20, 2012 as Dkt. No. 799, the Order entered on April 3, 2013 as Dkt. No. 905, the Order entered on April 3, 2013 as Dkt. No. 906, and the Order entered on April 3, 2013 as Dkt. No. 907.

Included is a payment of $5 filing fee required by 28 U.S.C. § 1917 and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

| | |
|---|---|
| DATED: April 4, 2013 | /s/ *Stephen E. Noona* <br>Stephen E. Noona<br>Virginia State Bar No. 25367<br>KAUFMAN & CANOLES, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone: (757) 624.3000<br>Facsimile: (757) 624.3169<br>senoona@kaufcan.com |

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannett Co., Inc.*

By: /s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC   20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

                                        */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169
senoona@kaufcan.com