**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC. <br><br> Plaintiff, <br><br> v. <br><br> AOL, INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:11-cv-512 |

**DECLARATION OF MARGARET P. KAMMERUD IN SUPPORT OF EXPEDITING THE BRIEFING ON DEFENDANTS' RENEWED MOTION TO COMPEL DEPOSITION OF DR. BECKER AND FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR POST-JUDGMENT ROYALTIES**

I, Margaret P. Kammerud, declare as follows:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and am counsel for Defendants in the above-captioned case. I provide this declaration upon personal knowledge and, if called upon as a witness, would testify competently as to the matters recited herein.

2. On April 9, 2013, the parties met and conferred about the possibility of postponing briefing of the Motion for an Award of Post-Judgment Royalties and conducting additional related discovery. Defendants' counsel reiterated its position that Plaintiff should make Dr. Becker available for deposition to give Defendants the opportunity to question Dr. Becker about his new theories and then respond to Plaintiff's motion for post-judgment royalties. Plaintiff's counsel said that such deposition was unnecessary, but did not elaborate. Defendants'

counsel reiterated that they wanted to depose Dr. Becker before filing an Opposition to Plaintiff's Motion for an Award of Post-Judgment Royalties. Defendants further noted that a deposition may further be appropriate should Dr. Becker consider Google's offered discovery on its new system in his new opinion. In particular, Defendants suggested a two week extension on Defendants' Opposition to Plaintiff's Motion for an Award of Post-Judgment Royalties, and a comparable extension for Plaintiff's Reply in Support of its Motion for Post-Judgment Royalties. During the conference, Defendants' counsel also suggested that the parties consider an interim extension while negotiating a final agreement on any discovery concerning the Motion for an Award of Post-Judgment Royalties. Defendants' counsel said they also would send Plaintiff's counsel a proposal for further extension to accommodate additional discovery, which they did on April 12, 2013. (*See* D.N. 925, Perlson Declaration, Ex. 2.)

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 16, 2013

*Margaret P. K____*
Margaret P. Kammerud

01980.51928/5270481.1

| | |
|---|---|
| DATED: April 17, 2013 | /s/ Stephen E. Noona |

Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation,
IAC Search & Media, Inc., and Gannett Co., Inc.*


 /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

01980.51928/5270481.1

                                        Cortney S. Alexander
                                        FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                        DUNNER, LLP
                                        3500 SunTrust Plaza
                                        303 Peachtree Street, NE
                                        Atlanta, GA 94111
                                        Telephone: (404) 653-6400
                                        Facsimile:  (415) 653-6444

                                        *Counsel for Defendant AOL, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Stephen E. Noona
　　　　　　　　　　　　　　　　　　　　　　　　　Stephen E. Noona
　　　　　　　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 25367
　　　　　　　　　　　　　　　　　　　　　　　　　KAUFMAN & CANOLES, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　150 West Main Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　　　Norfolk, VA 23510
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (757) 624-3000
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (757) 624-3169
　　　　　　　　　　　　　　　　　　　　　　　　　senoona@kaufcan.com