

FILED

APR 17 2013

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

I/P ENGINE, INC.,

        **Plaintiff,**

V.                                          **CIVIL ACTION NO. 2:11cv512**

AOL INC., *et al.*,

        **Defendants.**

### *ORDER*

On January 23, 2013, the Court granted Defendants' Motion to Postpone Briefing and

Ruling on Plaintiff's Motion for Post-Judgment Royalties (ECF No. 847) in order to permit the

Court to consider other post-trial motions.  Having considered and ruled on several relevant post-

trial motions, on April 2, 2013, the Court directed the Defendants to response to Plaintiff's

Motion for Post-Judgment Royalties within fifteen days of the entry of said order.  Further, the

Court permitted the Plaintiff to file a reply to Defendants' response within seven days, at which

point, the motion would be ripe for judicial disposition.  However, since the entry of the Court's

April 2, 2013 Order, the Defendants filed a Renewed Motion to Compel Deposition of Dr.

Becker and For Enlargement of Time to Oppose Plaintiff's Motion for Post-Judgment Royalties

(ECF No. 923).  The Defendants have also requested expedited consideration of their renewed

motion, consideration which the Plaintiff opposes.  Having reviewed the pleadings, it is

**ORDERED** that:

- Plaintiff shall respond to Defendants' Renewed Motion to Compel Deposition of Dr.
  Becker and for Enlargement of Time to Oppose Plaintiff's Motion for Post-Judgment
  Royalties (ECF No. 923) **WITHIN FIVE (5) DAYS** of the entry of this Order.
  Defendants shall forego filing a Reply brief in support of their motion.

- Briefing on Plaintiff's Motion for an Award of Post-Judgment Royalties (ECF No. 822) is hereby **SUSPENDED** until the Court rules on Defendants' Renewed Motion to Compel Deposition of Dr. Becker and for Enlargement of Time to Oppose Plaintiff's Motion for Post-Judgment Royalties.  The Court will provide additional instructions regarding briefing schedule of Plaintiff's Motion for an Award of Post-Judgment Royalties upon resolution of Defendants renewed motion.

The Clerk is **DIRECTED** to send a copy of this Order to counsel and parties of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
April /7, 2013

Raymond A. Jackson
United States District Judge