

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

I/P ENGINE, INC.

        Plaintiff,

v.

AOL INC., *et al.*,

        Defendants.

Civil Action No. 2:11-cv-512

## STIPULATION

Counsel for Plaintiff I/P Engine, Inc. ("I/P Engine") and Counsel for Defendants AOL Inc., Google Inc., IAC Search and Media, Inc., Target Corporation and Gannett Company, Inc. (collectively "Defendants") stipulate to the following:

1. On November 20, 2012, this Court entered judgment against Defendants in this case (the "Judgment") in the amounts of $15,800,000 against Google Inc., $7,943,000 against AOL, Inc., $6,650,000 against IAC Search & Media, Inc., $4,322 against Gannett Co., Inc., and $98,833 against Target Corp. (Docket No. 801.)

2. The parties have agreed to stay any proceeding to execute or enforce the Judgment against Defendants pending resolution of the related pending appeals (Case Nos. 13-1307 and 13-1313), and for thirty (30) days thereafter.

3. The parties have also agreed that a supersedeas bond is not necessary to protect I/P Engine's interests pending Defendants' appeal of this case.

4. Consistent with Local Rule 62(B) for the United States District Court for the Eastern District of Virginia, the requirement of the posting of a supersedeas bond pending Defendants' appeal of this case is waived.

5. This stipulation will terminate thirty (30) days after service of the issuance of a mandate from the United States Court of Appeal for the Federal Circuit, unless Defendants post a supersedeas bond in an amount sufficient to cover the Judgment amounts that remain after appeal.

6. Because Google is indemnifying the other Defendants for the Judgment, Google will satisfy in full any Judgment amounts that remain after appeal against all Defendants.

7. This stipulation has no relation to, and does not affect any request by I/P Engine for any future damages, including ongoing royalties, or any opposition to such request by Defendants.

8. This Stipulation represents the entire agreement of the parties to this action regarding the matters set forth herein.

So stipulated:

Dated: April 16th, 2013

By: _____
Donald C. Schultz (Virginia Bar No. 30531)
W. Ryan Snow (Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN PLC
150 West Main Street
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735

Jeffrey K. Sherwood (Virginia Bar No. 19222)
Frank C. Cimino, Jr.
Kenneth W. Brothers
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

Telephone: (202) 420-2200
Facsimile: (202) 420-2201


Dawn Rudenko Albert
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 277-6715
Facsimile: (212) 277-6501

Counsel for Plaintiff I/P Engine, Inc.

Dated: April 16th, 2013

By: _____
Stephen E. Noona
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (757) 624-3169

David Perlson
David Bilsker
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Counsel for Defendants AOL Inc., Google Inc., IAC Search and Media, Inc., Target Corporation and Gannett Company, Inc.

SO ORDERED: _____ April 17, 2013
Raymond A. Jackson
United States District Judge
Honorable Raymond A. Jackson