**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

FILED
MAY - 1 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

I/P ENGINE, INC.,

      **Plaintiff,**

V.                                                       **CIVIL ACTION NO. 2:11cv512**

AOL INC., *et al.*,

      **Defendants.**

## *ORDER*

Before the Court is Defendants' Renewed Motion to Compel Deposition of Dr. Becker and for Enlargement of Time to Oppose Plaintiff's Motion for Post-judgment Royalties. On April 17, 2013, the Court entered an order directing Plaintiff to respond to the Defendants' motion on an expedited basis. The Court also directed the Defendants to forgo filing a reply brief in support of their motion. Having considered the pleadings, the Court finds no basis to permit further discovery on Plaintiff's Motion for an Award of Post-Judgment Royalties (ECF No. 822). Accordingly, Defendants' Renewed Motion to Compel Deposition of Dr. Becker and for Enlargement of Time to Oppose Plaintiff's Motion for Post-judgment Royalties is **DENIED**. Defendants are **ORDERED** to respond to Plaintiff's Motion for an Award of Post-Judgment Royalties **WITHIN TEN (10) DAYS** of the entry of this Order. Plaintiff is permitted to file a reply to Defendants' response **WITHIN FIVE (5) DAYS** of the entry of Defendants' response. In the event that the Court finds that oral argument would assist its decisional process, it will notify the parties.

      **IT IS SO ORDERED.**

/s/
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
May 1, 2013