UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.<br><br>               Plaintiff,<br><br>     v.<br><br>AOL INC., *et al.*,<br><br>               Defendants. | Civil Action No. 2:11-cv-512 |

**MOTION TO SEAL (1) PORTIONS OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR POST-JUDGMENT ROYALTIES, (2) PORTIONS OF THE DECLARATION OF KEITH UGONE, PH.D., IN SUPPORT OF DEFENDANTS' OPPOSITION, (3) CERTAIN EXHIBITS TO THE DECLARATION OF MARGARET KAMMERUD IN SUPPORT OF DEFENDANTS' OPPOSITION, AND (4) PORTIONS OF THE DECLARATION OF BARTHOLOMEW FURROW IN SUPPORT OF DEFENDANTS' OPPOSITION**

Pursuant to Local Rule 5 and the Agreed Protective Order entered in this matter on January 23, 2012 (Doc. No. 85) ("Protective Order"), Defendants Google Inc., Target Corporation, IAC Search & Media, Inc., Gannett Co., Inc. and AOL Inc. (collectively "Defendants"), respectfully move this Court for entry of the attached Order permitting Defendants to file under seal (1) Portions of Defendants' Memorandum In Opposition To Plaintiff's Motion For Post-Judgment Royalties ("Portions of Defendants' Opposition"), (2) Portions of the Declaration of Keith Ugone, Ph.D. ("Ugone Declaration and Certain Exhibits Thereto"), (3) Exhibits 2-21 to the Declaration of Margaret Kammerud ("Certain Exhibits to the Kammerud Declaration") and (4) Portions of the Declaration of Bartholomew Furrow in Support of Defendants' Opposition ("Furrow Declaration"). In compliance with Local Rule 5,

Defendants attach a Proposed Order as **Exhibit 1** and are filing separately a Public Notice of Defendants' Motion to Seal. Defendants request that the Court retain sealed materials until forty-five (45) days after a final order is entered and request that, unless the case is appealed, any sealed materials be returned to counsel for the filing parties.

DATED: May 13, 2013                    /s/ Stephen E. Noona
                                       Stephen E. Noona
                                       Virginia State Bar No. 25367
                                       KAUFMAN & CANOLES, P.C.
                                       150 West Main Street, Suite 2100
                                       Norfolk, VA 23510
                                       Telephone: (757) 624-3000
                                       Facsimile: (757) 624-3169
                                       senoona@kaufcan.com

                                       David Bilsker
                                       David A. Perlson
                                       QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
                                       50 California Street, 22nd Floor
                                       San Francisco, California 94111
                                       Telephone: (415) 875-6600
                                       Facsimile: (415) 875-6700
                                       davidbilsker@quinnemanuel.com
                                       davidperlson@quinnemanuel.com

                                       *Counsel for Google Inc., Target Corporation,
                                       IAC Search & Media, Inc., and Gannett Co., Inc.*

                                        /s/ Stephen E. Noona
                                       Stephen E. Noona
                                       Virginia State Bar No. 25367
                                       KAUFMAN & CANOLES, P.C.
                                       150 W. Main Street, Suite 2100
                                       Norfolk, VA 23510
                                       Telephone: (757) 624-3000
                                       Facsimile: (757) 624-3169

                                       Robert L. Burns
                                       FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                       DUNNER, LLP
                                       Two Freedom Square

11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC   20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

          */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

12391541v2