# EXHIBIT 24

# Georgia-Pacific Factors
## Others Considered

1. Comparable licenses to patents-in-suit **NONE**
2. Google's comparable licenses **NONE**
3. Nature and scope of license **STANDARD**
4. Lycos established licensing policy **NONE**
5. Commercial relationship
6. Convoyed sales **NONE**
7. Duration/term **STANDARD**
8. Profitability and commercial successj
9. Advantages of the patented technology
10. Benefits obtained by Google
11. Extent of use by Google
12. Comparable industry rates
13. Proportion of profit to be credited to the technology
14. Opinions of other experts **CONSIDERED**
15. Hypothetical negotiation

PDX071



## SmartAds – Apportionment Factors

|      | Q1    | Q2    | Q3    | Q4    |
|------|-------|-------|-------|-------|
| 2012 | 20.9% | 20.9% | 20.9% |       |
| 2011 | 20.9% | 20.9% | 20.9% | 20.9% |
| 2010 | 20.9% | 20.9% | 20.9% | 20.9% |
| 2009 | 20.9% | 20.9% | 20.9% | 20.9% |
| 2008 | 20.9% | 20.9% | 20.9% | 20.9% |
| 2007 | 21.8% | 19.7% | 21.8% | 20.9% |
| 2006 | 20.2% | 19.8% | 22.2% | 22.4% |
| 2005 |       |       | 15.9% | 19.7% |

PDX076