# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.<br><br>                    Plaintiff,<br><br>       v.<br><br>AOL, INC., *et al.*,<br><br>                    Defendants. | Civil Action No. 2:11-cv-512 |

## NOTICE OF COMPLIANCE

Notice is hereby given that Defendants AOL Inc., Google Inc., IAC Search & Media, Inc., Target Corp., and Gannett Co., Inc. ("Defendants") have complied with the Court's August 1, 2013 Memorandum Opinion and Order (Dkt. 960) by providing to Plaintiff I/P Engine, Inc. an accounting of revenue for the accused products from October 1, 2013 through the date of judgment, November 20, 2013.

DATED: August 16, 2013

     /s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111

1

        Telephone:  (415) 875-6600
        Facsimile:  (415) 875-6700
        davidbilsker@quinnemanuel.com
        davidperlson@quinnemanuel.com

        *Counsel for Google Inc., Target Corporation,*
        *IAC Search & Media, Inc., and*
        *Gannett Co., Inc.*

### **CERTIFICATE OF SERVICE**

   I hereby certify that on August 16, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC   20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA   23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

   */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169
senoona@kaufcan.com