UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.<br><br>                Plaintiff,<br>      v.<br>AOL, INC.,<br>GOOGLE INC.,<br>IAC SEARCH & MEDIA, INC.,<br>GANNETT COMPANY, INC., and<br>TARGET CORPORATION,<br><br>                Defendants. | Civil Action No. 2:11-cv-512 |

**DECLARATION OF MARGARET P. KAMMERUD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF I/P ENGINE, INC.'S NOTICE OF CALCULATION OF SUPPLEMENTAL DAMAGES, PREJUDGMENT INTEREST AND POST-JUDGMENT INTEREST**

I, Margaret P. Kammerud, declare as follows:

      1. I am an attorney with Quinn, Emanuel, Urquhart & Sullivan, LLP, outside counsel for Defendants AOL, Inc., Google Inc., IAC Search & Media, Inc., Gannett Co., Inc., and Target Corporation. I make this declaration in support of Defendants' Opposition to Plaintiff I/P Engine, Inc.'s Notice of Calculation of Supplemental Damages, Prejudgment Interest and Post-Judgment Interest. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness, I could testify competently to those matters.

      2. Exhibit A is a true and correct copy is a true and correct copy of an email from me to Plaintiff's counsel sent on August 16, 2013.

3. Exhibit B is a true and correct copy of the document bearing the Bates number G-IPE-0892255, which I produced to Plaintiff's counsel on August 16, 2013.  This document contains revenue figures for October 1, 2012 through November 30, 2012.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 26th day of August, 2013 at San Francisco, CA.

_____
Margaret P. Kammerud

DATED: August 26, 2013      /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannett Co., Inc.*


  /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP

3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

                                               */s/ Stephen E. Noona*
                                               Stephen E. Noona
                                               Virginia State Bar No. 25367
                                               KAUFMAN & CANOLES, P.C.
                                               150 West Main Street, Suite 2100
                                               Norfolk, VA 23510
                                               Telephone: (757) 624-3000
                                               Facsimile: (757) 624-3169
                                               senoona@kaufcan.com