**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

|   |   |
|---|---|
| I/P ENGINE, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AOL, INC. *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2:11-cv-512 |

## I/P ENGINE, INC.'S MOTION FOR DEFENDANTS TO SHOW CAUSE UNDER RULE 37 FOR NONCOMPLIANCE WITH AUGUST 13, 2013 ORDER

Plaintiff I/P Engine, Inc. ("I/P Engine"), by counsel, respectfully moves this Court to require Defendants to appear and show cause why their failure to fully and timely comply with this Court's Order entered August 13, 2013 should not result in sanctions under Rule 37, and for such other relief as is appropriate under the circumstances, including all means of relief allowed under Rule 37. In support thereof, I/P Engine submits the accompanying memorandum.

Dated: August 29, 2013        I/P ENGINE, INC.

                              By:       /s/ Jeffrey K. Sherwood

Donald C. Schultz, VSB No. 30531
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.com
wrsnow@cwm-law.com

Jeffrey K. Sherwood, VSB No. 19222
Kenneth W. Brothers (admitted pro hac vice)
Frank C. Cimino, Jr. (admitted pro hac vice)
Dawn Rudenko Albert (admitted pro hac vice)
Charles J. Monterio, Jr. (admitted pro hac vice)
Jonathan Falkler (admitted pro hac vice)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

*Counsel for I/P Engine, Inc.*

## CERTIFICATE OF GOOD FAITH

In accordance with Local Rule 37(E), I certify that counsel conferred in good faith to resolve this dispute prior to the filing of the present Motion. Counsel's meet-and-confer efforts included a telephonic meet-and-confer.

                                    /s/ Jeffrey K. Sherwood
                                        Jeffrey K. Sherwood

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the following:

    Stephen Edward Noona
    Kaufman & Canoles, P.C.
    150 W Main St, Suite 2100
    Norfolk, VA 23510 senoona@kaufcan.com

    David Perlson
    Quinn Emanuel Urquhart & Sullivan LLP
    50 California Street, 22nd Floor San Francisco, CA 94111
    davidbilsker@quinnemanuel.com
    davidperlson@quinnemanuel.com

    Robert L. Burns
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP Two Freedom Square
    11955 Freedom Drive Reston, VA 20190
    robert.burns@finnegan.com

    Cortney S. Alexander
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    3500 SunTrust Plaza
    303 Peachtree Street, NE Atlanta, GA 94111
    cortney.alexander@finnegan.com

                                        /s/ Jeffrey K. Sherwood