# Exhibit A

# Monterio, Charles

| | |
|---|---|
| **From:** | Margaret P. Kammerud <margaretkammerud@quinnemanuel.com> |
| **Sent:** | Wednesday, August 28, 2013 10:40 PM |
| **To:** | Monterio, Charles; zz-IPEngine; Brothers, Kenneth |
| **Cc:** | QE-IP Engine; 'senoona@kaufcan.com'; 'wrsnow@cwm-law.com'; 'dschultz@cwm-law.com' |
| **Subject:** | I/P Engine v. Google |

Counsel:

As discussed in our meet and confer yesterday, Google maintains that its custodial emails are not relevant.  Google already produced technical documents and made the source code available for your inspection in compliance with the Court's Order.   In any event, in order to work with Plaintiff in good faith to avoid unnecessary disputes, Google will do a targeted production of email.  Google is in the process of identifying custodians and search terms.  We will provide additional information later this week regarding the timing of the production.

Regards,
Meg


**Margaret P. Kammerud**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6316 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
margaretkammerud@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.