**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

I/P ENGINE, INC.

        Plaintiff,

    v.                                Civil Action No. 2:11-cv-512

AOL, INC., *et al.*,

        Defendants.

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SHOW CAUSE

Defendants, by counsel, respectfully move this Court for an order striking Plaintiff's Reply in Support of Motion to Show Cause. The grounds and authorities in support of this motion are set forth in the accompanying Brief in Support of Defendants' Motion to Strike Plaintiff's Reply in Support of Motion to Show Cause, the Declaration of Stephen Noona in Support Defendants' Motion to Strike Plaintiff's Reply in Support of Motion to Show Cause, and the associated Exhibit 1.

DATED: September 13, 2013

                                                  /s/ *Stephen E. Noona*
                                                  Stephen E. Noona
                                                  Virginia State Bar No. 25367
                                                  KAUFMAN & CANOLES, P.C.
                                                  150 West Main Street, Suite 2100
                                                  Norfolk, VA 23510
                                                  Telephone: (757) 624-3000
                                                  Facsimile: (757) 624-3169
                                                  senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation,*
*IAC Search & Media, Inc., and Gannett Co., Inc.*


 /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,  GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL Inc*.

**CERTIFICATE OF SERVICE**

   I hereby certify that, on September 13, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

                /s/ Stephen E. Noona
                Stephen E. Noona
                Virginia State Bar No. 25367
                KAUFMAN & CANOLES, P.C.
                150 West Main Street, Suite 2100
                Norfolk, VA 23510
                Telephone: (757) 624-3000
                Facsimile: (757) 624-3169
                senoona@kaufcan.com