# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 2:11-cv-512 |
| | ) |
| AOL, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF I/P ENGINE, INC.'S
## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF NEW ADDITIONAL FACTS JUSTIFYING ITS MOTION FOR DEFENDANTS TO SHOW CAUSE UNDER RULE 37 FOR NONCOMPLIANCE WITH AUGUST 13, 2013 ORDER

Plaintiff I/P Engine, Inc. ("I/P Engine"), by counsel, pursuant to Local Rule 7(F)(1), respectfully moves this Court to enter an Order granting I/P Engine leave to file its *Supplemental Memorandum of New Additional Facts Justifying Its Motion for Defendants to Show Cause under Rule 37 for Noncompliance with August 13, 2013 Order*, attached as **Exhibit A**. In support thereof, I/P Engine submits the accompanying Memorandum.

I/P ENGINE, INC.

Dated: October 7, 2013

By: /s/ Jeffrey K. Sherwood
Donald C. Schultz (Virginia Bar No. 30531)
W. Ryan Snow (Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN PLC
150 West Main Street
Norfolk, VA 23510
Telephone:   (757) 623-3000
Facsimile:    (757) 623-5735

Jeffrey K. Sherwood (Virginia Bar No. 19222)
Frank C. Cimino, Jr.

1

Kenneth W. Brothers
Dawn Rudenko Albert
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Counsel for Plaintiff I/P Engine, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2013, the foregoing was served via the Court's CM/ECF system on the following:

Stephen Edward Noona
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com

David Bilsker
David Perlson
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
robert.burns@finnegan.com

Cortney S. Alexander
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
cortney.alexander@finnegan.com

                                              /s/ Jeffrey K. Sherwood