# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

I/P ENGINE, INC.

                     Plaintiff,

            v.

AOL, INC., *et al.*,

                 Defendants.

Civil Action No. 2:11-cv-512

---

**DECLARATION OF KRISTIN ZMRHAL IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL
MEMORANDUM REGARDING MOTION TO SHOW CAUSE**

I, Kristin Zmrhal, hereby declare,

      1.    I have personal knowledge of the facts stated herein.  If called and sworn as a witness, I could and would testify competently thereto.

      2.    I am a Discovery Project Manager at Google Inc. ("Google").  I am responsible for facilitating the document collection and production of electronically-stored information in response to discovery obligations.

      3.    Google provides an internal corporate "chat" network for employees that allows them to communicate with colleagues via instant messages.  These instant messages allow employees to determine whether colleagues are available and engage in informal communications.

4.      An instant message is a real-time dialogue between two or more people. It most closely resembles a telephone or face-to-face conversation. The conversation usually appears in a small window on a user's computer screen. Employees often use instant messages for conversations that are purely procedural – *e.g.*, determining whether a co-worker is free for a call – or completely irrelevant to their work – *e.g.*, making plans to meet for lunch.



I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 21, 2013

Kristin Zmrhal

DATED: October 21, 2013

_/s/ Stephen E. Noona_
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624.3000
Facsimile: (757) 624.3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

_Counsel for Google Inc., Target Corporation,
IAC Search & Media, Inc., and
Gannett Co., Inc._

By: _/s/ Stephen E. Noona_
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile: (415) 653-6444

*Counsel for Defendant AOL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@docksteinshapiro.com
brothersk@docksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com