# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Thursday, November 7, 2013

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Sharon Borden, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 10:30 a.m. |
|---|---|---|

Case No.   2:11cv512

**I/P Engine, Inc., Plaintiff / Counter Defendant**

v.

**AOL Inc., et. al., Defendants / Counter Defendants**

Attorney's Donald Schultz, Frank Cimino, Jr., Charles J. Monterio, Jr. and Jonathan Falkler appeared on behalf of the plaintiff.

Attorney's David Perlson, David Nelson, Jennifer Polse, and Stephen Noona appeared on behalf of the defendants AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc. and Target Corporation.

Matter came on for hearing re: plaintiff's #978 Motion for Order to Show Cause Under Rule 37 for Noncompliance.

Comments of the Court.

Argument of counsel heard.

Court DENIES plaintiff's #978 Motion.

Court DIRECTS the parties to forward names of two individual experts who are capable and competent to evaluate the design around of the patent by Nov. 15, 2014.

Court to issue an order.

Court adjourned.