IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



I/P ENGINE, INC.,

      Plaintiff,

v.                                             CIVIL ACTION NO. 2:11cv512

AOL INC., *et al.*,

      Defendants.

## *ORDER*

Before the Court is Plaintiff I/P Engine, Inc.'s Motion for Order to Show Cause under Rule 37 for Noncompliance with August 13, 2013 Order (ECF No. 978). The parties have fully briefed the issues. Having reviewed the pleadings and held a hearing on the Motion to Show Cause, this matter is now ripe for judicial determination.

For the reasons stated in open court, the Motion to Show Cause is **DENIED**. The Court **ORDERS** that Plaintiff and Defendant each provide the Court with names of two (2) experts unaffiliated with any of the parties who are capable of determining whether Google's re-design of its infringing system is no more than a colorable variation of the adjudged infringing system by November 15, 2013.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and parties of record.

      **IT IS SO ORDERED.**

                                                             /s/
                                            Raymond A. Jackson
                                            United States District Judge

Norfolk, Virginia
November 7, 2013