UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AOL, INC. *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 2:11-cv-512 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO SUBMIT EVIDENCE AND OFFER OF PROOF IN SUPPORT OF DEFENDANTS' OPENING BRIEF ON ISSUES RAISED IN THE COURT'S AUGUST 14 ORDER**

Plaintiff, I/P Engine, Inc. ("I/P Engine"), by counsel, for its response to Defendants' Motion for Leave to Submit Evidence and Offer of Proof in Support of Defendants' Opening Brief on Issues Raised in the Court's August 14 Order (D.I. 1021) (the "Defendants' Motion") hereby states as follows:

Defendants' Motion requests that this Court allow them leave to submit evidence and offer of proof beyond the 15-page limit set forth by this Court's August 14, 2013 Order. D.I. 1021. When informed of Defendants' Motion, this Court indicated in open Court during its Motion to Show Cause Hearing, held Thursday, November 7, 2013, that the page limit for the parties' opening briefs and supporting evidence would not be expanded beyond the 15-page limit.

Accordingly, I/P Engine understands that Defendants' Motion is moot and, consistent with this Court's comments at the November 7, 2013 hearing, no response from I/P Engine is necessary. Defendants' Motion should be denied.

Dated: November 13, 2013                                  I/P ENGINE, INC.


By:       /s/ Donald C. Schultz
                Of Counsel

Donald C. Schultz, VSB No. 30531
W. Ryan Snow, VSB No. 47423
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.com
wrsnow@cwm-law.com


Jeffrey K. Sherwood, VSB No. 19222
Kenneth W. Brothers (admitted pro hac vice)
Frank C. Cimino, Jr. (admitted pro hac vice)
Dawn Rudenko Albert (admitted pro hac vice)
Charles J. Monterio, Jr. (admitted pro hac vice)
Jonathan Falkler (admitted pro hac vice)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
*Counsel for I/P Engine, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of November 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the following:

>Stephen Edward Noona
>Kaufman & Canoles, P.C.
>150 W Main St, Suite 2100
>Norfolk, VA 23510 senoona@kaufcan.com
>
>David Perlson
>Quinn Emanuel Urquhart & Sullivan LLP
>50 California Street, 22nd Floor San Francisco, CA 94111
>davidbilsker@quinnemanuel.com
>davidperlson@quinnemanuel.com
>
>Robert L. Burns
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP Two Freedom Square
>11955 Freedom Drive Reston, VA 20190
>robert.burns@finnegan.com
>
>Cortney S. Alexander
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>3500 SunTrust Plaza
>303 Peachtree Street, NE Atlanta, GA 94111
>cortney.alexander@finnegan.com

                                                    /s/ Donald C. Schultz