UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AOL, INC. et al., ) <br> ) <br> Defendants. ) | Civ. Action No. 2:11-cv-512 |

## JOINT SUBMISSION REGARDING COURT ORDERED MEET AND CONFER REGARDING POST-JUDGMENT ROYALTIES

Pursuant to this Court's Memorandum Opinion and Order dated August 14, 2013, Plaintiff I/P Engine, Inc. and Defendants Google, Inc., AOL Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation (collectively referred to as "the Parties") respectfully notify this Court that the Parties have met and conferred in good faith to negotiate an appropriate ongoing royalty rate, but no agreement was reached. As ordered, the Parties will now schedule a settlement conference with the U.S. Magistrate Judge assigned to this case.

Dated: November 18, 2013

By: */s/ Donald C. Schultz*
Donald C. Schultz (Virginia Bar No. 30531)
W. Ryan Snow (Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN PLC
150 West Main Street
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735

Jeffrey K. Sherwood (Virginia Bar No. 19222)
Frank C. Cimino, Jr.
Kenneth W. Brothers
Dawn Rudenko
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP

        1825 Eye Street, NW
Washington, DC 20006
Telephone:    (202) 420-2200
Facsimile:    (202) 420-2201

Counsel for Plaintiff I/P Engine, Inc.

DATED: November 18, 2013     */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation,*
*IAC Search & Media, Inc., and Gannett Co., Inc.*

 */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive

2

Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL Inc*.

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of November 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the following:

> Stephen Edward Noona
> Kaufman & Canoles, P.C.
> 150 W Main St, Suite 2100
> Norfolk, VA 23510 senoona@kaufcan.com
>
> David Perlson
> Quinn Emanuel Urquhart & Sullivan LLP
> 50 California Street, 22nd Floor San Francisco, CA 94111
> davidbilsker@quinnemanuel.com
> davidperlson@quinnemanuel.com
>
> Robert L. Burns
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP Two Freedom Square
> 11955 Freedom Drive Reston, VA 20190
> robert.burns@finnegan.com
>
> Cortney S. Alexander
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 3500 SunTrust Plaza
> 303 Peachtree Street, NE Atlanta, GA 94111
> cortney.alexander@finnegan.com

          /s/ Donald C. Schultz