**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

I/P ENGINE, INC.

                          Plaintiff,

       v.

AOL INC., *et al.*,

                          Defendants.

Civil Action No. 2:11-cv-512

## DEFENDANTS' NOTICE OF APPEAL

Defendants AOL Inc., Gannett Co., Inc. Google Inc., IAC Search & Media, Inc., and

Target Corporation ("Defendants") hereby appeal to the United States Court of Appeals for the

Federal Circuit from the final judgment regarding supplemental damages and pre-judgment

interest, which the District Court entered in the above-captioned action on January 3, 2014.

(Dkt. 1081 at 5.)  Defendants also hereby appeal the Order that was filed together with that

judgment and gave rise to that judgment (Dkt. 1081 at 1-4), together with all other orders giving

rise to that judgment, including but not limited to the District Court's Order of August 1, 2013.

(Dkt. 960.)

Under 28 U.S.C. § 1292(c)(2), Defendants believe that their prior Notice of Appeal, filed

on April 4, 2013 (Dkt. 914) was sufficient to appeal the District Court's prior judgment of

November 20, 2012 (Dkt. 801) and all orders giving rise to that judgment.  Nonetheless, should it

be determined that the District Court's judgment of November 20, 2012 was not sufficiently

"final" for appeal purposes while supplemental damages and pre-judgment interest remained

1

pending, Defendants hereby renew their appeal of the November 20, 2012 judgment and all orders giving rise to that judgment.

Included is a payment of all required fees, $5 filing fee required by 28 U.S.C. § 1917 and the $500 docketing fee required by Federal Circuit Rule 52(a)(3)(A) and this Court's e-filing system, paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

DATED: January 10, 2014                 Respectfully submitted,

                                  */s/ Stephen E. Noona*
                                  Stephen E. Noona
                                  Virginia State Bar No. 25367
                                  KAUFMAN & CANOLES, P.C.
                                  150 West Main Street, Suite 2100
                                  Norfolk, VA 23510
                                  Telephone:  (757) 624.3000
                                  Facsimile:  (757) 624.3169
                                  senoona@kaufcan.com

                                  David Bilsker
                                  David A. Perlson
                                  QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
                                  50 California Street, 22nd Floor
                                  San Francisco, California  94111
                                  Telephone:  (415) 875-6600
                                  Facsimile:  (415) 875-6700
                                  davidbilsker@quinnemanuel.com
                                  davidperlson@quinnemanuel.com

                                  *Counsel for Google Inc., Target Corporation, IAC*
                                  *Search & Media, Inc., and Gannett Co., Inc.*

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC   20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

  /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com