**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| I/P ENGINE, INC. <br><br> Plaintiff, <br><br> v. <br><br> AOL INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:11-cv-512 |

**STIPULATION**

Counsel for Plaintiff I/P Engine, Inc. ("I/P Engine") and Counsel for Defendants AOL Inc., Google Inc., IAC Search & Media, Inc., Target Corporation, and Gannett Co., Inc. (collectively "Defendants") stipulate to the following:

1.  On January 3, 2014, this Court awarded supplemental damages in the amounts of $16,109,362 against Google Inc., $456,198 against AOL Inc., $746,926 against IAC Search & Media, Inc., $213 against Gannett Co., Inc., and $8,499 against Target Corp. (together the "Supplemental Judgment").  (Docket No. 1015.)  This Court also awarded prejudgment interest in amounts of $278,067 against Google Inc., $139,790 against AOL Inc., $76 against Gannet Co., Inc., $117,035 against IAC Search & Media, Inc., and $1,739 against Target Corp. (together the "Prejudgment Interest Award").  (*Id.*)

2.  The parties have agreed to stay any proceeding to execute or enforce this judgment against Defendants for the Supplemental Judgment and Prejudgment Interest Award

pending resolution of all of the related pending appeals (Case Nos. 13-1307, 13-1313, and 14-1233), and for thirty (30) days thereafter.

3.   The parties have also agreed that a supersedeas bond is not necessary to protect I/P Engine's interests pending Defendants' appeal of this case.

4.   Consistent with Local Rule 62(B) for the United States District Court for the Eastern District of Virginia, the requirement of the posting of a supersedeas bond pending Defendants' appeal of this case is waived.

5.   This stipulation will terminate thirty (30) days after service of the issuance of a mandate from the United States Court of Appeal for the Federal Circuit, unless Defendants post a supersedeas bond in an amount sufficient to cover the Supplemental Judgment and Prejudgment Interest Award amounts that remain after appeal.

6.   Because Google is indemnifying the other Defendants for the Supplemental Judgment and Prejudgment Interest Award, Google will satisfy in full any Supplemental Judgment and Prejudgment Interest Award amounts that remain after appeal against all Defendants.

7.   This stipulation has no relation to, and does not affect any request by I/P Engine for any future damages, including ongoing royalties, or any opposition to such request by Defendants.

8.   This Stipulation represents the entire agreement of the parties to this action regarding the matters set forth herein.

So stipulated:

Dated: January 14, 2014

By: */s/ Donald C. Schultz*
Donald C. Schultz (Virginia State Bar No. 30531)
W. Ryan Snow (Virginia State Bar No. 47423)
CRENSHAW, WARE & MARTIN PLC
150 West Main Street
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735

Jeffrey K. Sherwood (Virginia Bar No. 19222)
Frank C. Cimino, Jr.
Kenneth W. Brothers
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Dawn Rudenko Albert
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 277-6715
Facsimile: (212) 277-6501

*Counsel for Plaintiff I/P Engine, Inc.*

Dated: January 14, 2014

By: */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (757) 624-3169

        David Perlson
        David Bilsker
        QUINN EMANUEL URQUHART &
          SULLIVAN LLP
        50 California Street, 22nd Floor
        San Francisco, CA 94111
        415-875-6600
        Telephone: (415) 875-6600
        Facsimile: (415) 875-6700

*Counsel for Defendants AOL Inc., Google Inc., IAC Search and Media, Inc., Target Corporation and Gannett Company, Inc.*

Dated: _____        SO ORDERED:

                                          _____

                                          Honorable Raymond A. Jackson


## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

                                                        */s/ Stephen E. Noona*
                                                        Stephen E. Noona
                                                        Virginia State Bar No. 25367
                                                        KAUFMAN & CANOLES, P.C.
                                                        150 West Main Street, Suite 2100
                                                        Norfolk, VA 23510
                                                        Telephone: (757) 624-3000
                                                        Facsimile: (757) 624-3169
                                                        senoona@kaufcan.com