**Form 22**

FORM 22.   Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

I/P Engine, Inc.

) Appeal from  ☑ U.S. District Court for  E.D. Virginia
                    ☐ Court of International Trade
                    ☐ Court of Federal Claims

—VERSUS—

) TRIAL COURT NO. 2:11-cv-512 (RAJ-TEM)
) CIRCUIT COURT NO. 2014-1233

AOL, Inc., Google Inc., Gannett Co., Inc., IAC Search & Media, Inc. and Target Corporation, Inc.

### TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I -   TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
(        ) A transcript is not needed for the appeal
( ✓ ) A transcript is already on file
(        ) Request is hereby made to the reporter for a transcript of the following proceedings (give particu-lars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
(        ) Private Funds
(        ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED  /s/Stephen E. Noona       DATE  1-24-14    COUNSEL FOR  All Defendants
ADDRESS  Kaufman & Canoles, P.C., 150 W. Main Street, Suite 2100, Norfolk, VA 23510
TELEPHONE  757-624-3239

PART II -   TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date
Telephone _____

PART III -  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____         _____
Date                                                      Signature

Reset Fields

DATED: January 24, 2014

 _/s/ Stephen E. Noona_
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

_Counsel for Google Inc., Target Corporation,_
_IAC Search & Media, Inc., and_
_Gannett Co., Inc._

By: _/s/ Stephen E. Noona_
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,  GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &

DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, I will send by electronic mail three copies to the court reporter, one copy to the Trial Court and one copy to I/P Engine, Inc.; I also will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC   20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

 */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com