UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>AOL, INC., *et al.*,<br><br>  Defendants. | Civil Action No. 2:11-cv-512 |

### DEFENDANTS' NOTICE OF APPEAL

Defendants AOL Inc., Gannett Co., Inc. Google Inc., IAC Search & Media, Inc., and Target Corporation ("Defendants") hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment regarding post-judgment royalties, which the District Court entered in the above-captioned action on January 28, 2014, (Dkt. 1088), together with all other orders giving rise to that judgment, including but not limited to the District Court's Orders of August 14, 2013 and January 22, 2014.  (Dkts. 963 & 1086.)

Under 28 U.S.C. § 1292(c)(2), Defendants believe that their prior Notice of Appeal, filed on April 4, 2013 (Dkt. 914) was sufficient to appeal the District Court's prior judgment of November 20, 2012 (Dkt. 801) and all orders giving rise to that judgment.  Nonetheless, should it be determined that the District Court's judgment of November 20, 2012 was not sufficiently "final" for appeal purposes while supplemental damages, pre-judgment interest, and post-judgment royalties remained pending, Defendants hereby renew their appeal of the November 20, 2012 judgment and all orders giving rise to that judgment.

Likewise, under 28 U.S.C. § 1292(c)(2), Defendants believe that their second prior Notice of Appeal, filed on January 10, 2014 (Dkt. 1082) was sufficient to appeal the District

Court's prior judgment regarding supplemental damages and pre-judgment interest (Dkt. 1081) and all orders giving rise to that judgment.  Nonetheless, should it be determined that the District Court's judgment of January 3, 2014 was not sufficiently "final" for appeal purposes while post-judgment royalties remained pending, Defendants hereby renew their appeal of the January 3, 2014 judgment and all orders giving rise to that judgment.

Included is a payment of all required fees, $5 filing fee required by 28 U.S.C. § 1917 and the $500 docketing fee required by Federal Circuit Rule 52(a)(3)(A) and this Court's e-filing system, paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

DATED: February 5, 2014

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com

David Bilsker
David A. Perlson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

*Counsel for Google Inc., Target Corporation, IAC Search & Media, Inc., and Gannett Co., Inc.*

By: */s/ Stephen E. Noona*
Stephen E. Noona

Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile:  (757) 624-3169

Robert L. Burns
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile:  (202) 408-4400

Cortney S. Alexander
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
Telephone: (404) 653-6400
Facsimile:  (415) 653-6444

*Counsel for Defendant AOL, Inc*.

x

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey K. Sherwood
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
sherwoodj@dicksteinshapiro.com
brothersk@dicksteinshapiro.com

Donald C. Schultz
W. Ryan Snow
Steven Stancliff
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, VA  23510
Telephone:  (757) 623-3000
Facsimile:  (757) 623-5735
dschultz@cwm-law.cm
wrsnow@cwm-law.com
sstancliff@cwm-law.com

*Counsel for Plaintiff, I/P Engine, Inc.*

            /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624.3000
Facsimile:  (757) 624.3169
senoona@kaufcan.com